Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: yma@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| MOCHA MILL, INC., et al., | Case No. CV18-2539 LB |
| Plaintiffs, |  |
| v. | **PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| PORT OF MOKHA, INC., et al., |  |
| Defendants. | [Pursuant to Civil L.R. 3-15] |
|  | Hon. Laurel Beeler |
|  | U.S. Magistrate Judge |

Pursuant to Civil L.R. 3-15, the undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- **Nestlé, S.A.**, Swiss transnational food and drink company headquartered in Vevey, Vaud, Switzerland, which Plaintiffs understand to be the corporate parent of defendant Blue Bottle Coffee, Inc.

As required by Civil L.R. 3-15, the undersigned counsel will supplement this certification if an entity becomes interested within the meaning of subsection (a)(1) during the pendency of the proceeding.

Dated:  May 8, 2018

Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

 */s/ Terrence M. Jones*

*Attorneys for Plaintiffs*

1