1  Michael Shipley (SBN 233674)
   KIRKLAND & ELLIS LLP
2  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
3  Telephone:   (213) 680-8400
   Facsimile:   (213) 680-8500
4  E-Mail:      michael.shipley@kirkland.com

5  *Attorneys Blue Bottle Coffee, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>  Plaintiff,<br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>  Defendants. | Case No. 3:18-CV-02539-LB<br><br>Magistrate Judge Laurel Beeler<br>Courtroom C<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15** |

**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15**
**Case No. 3:18-CV-02539-LB**

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned counsel certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. BBC Intermediate Holdings, Inc. is the 100 percent owner/parent of Defendant Blue Bottle Coffee, Inc.

2. BBC New Holdings, LLC is the 100 percent owner of BBC Intermediate Holdings Inc.; and

3. Nestlé, S.A., a publicly traded Swiss company, holds 69.99 percent of the equity in BBC New Holdings, LLC, indirectly through intermediate entities ultimately owned by Nestlé, S.A.

4. The remaining equity in BBC New Holdings, LLC is held by individuals and privately held entities.

To the best of Blue Bottle Coffee Inc.'s knowledge, other than the interests disclosed above, no other publicly held corporation owns 10 percent or more of any of the above entities.

DATED: May 14, 2018         KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-Mail:        michael.shipley@kirkland.com

*Attorneys of Blue Bottle Coffee, Inc.*

-1-
**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15**
**Case No. 3:18-CV-02539-LB**