Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:   michael.shipley@kirkland.com

*Attorneys Blue Bottle Coffee, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>　　　　Plaintiff,<br>　v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>　　　　Defendants. | Case No. 3:18-CV-02539-LB<br><br>Magistrate Judge Laurel Beeler<br>Courtroom C<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed **DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO LOCAL RULE 3-15** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Plaintiffs' counsel of record listed below:

| | |
|---|---|
| **Yasin Mohammad Almadani** | **Terrence Matthew Jones** |
| Almadani Law | The Law Office of Terrence Jones |
| 14742 Beach Boulevard, Suite 410 | 6737 Bright Avenue, Suite B6 |
| La Mirada, CA 90638 | Whittier, CA 90601 |
| Telephone:   (213) 335-3935 | Telephone:   (213) 863-4390 |
| Email:          yma@lawalm.com | Email:          terrence@jonesonlaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 14, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:     (213) 680-8500
E-Mail:         michael.shipley@kirkland.com

*Attorneys Blue Bottle Coffee, Inc.*