Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: yma@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOCHA MILL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., et al., <br><br> Defendants. | Case No. CV18-2539 <br><br> **PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT MOKHA FOUNDATION** |

**TO THIS HONORABLE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 4, 2018, the Summons and Complaint filed in the above-captioned matter were served on Defendant Mokha Foundation ("Defendant"). Pursuant to Rules 4(h) and 5(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs served Defendant's Chief Executive Offer, Mokhtar F. Alkhanshali. A copy of the proof of service is attached hereto as Exhibit A.

Dated: May 15, 2018   Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

  */s/ Terrence M. Jones*

*Attorneys for Plaintiffs*

# Exhibit A

| Attorney or Party without Attorney:<br>THE LAW OFFICE OF TERRENCE JONES<br>TERRENCE M. JONES, ESQ. (256603)<br>6737 BRIGHT AVENUE,  SUITE B6<br>WHITTIER , CA 90601<br>  *Telephone No:* 213-863-4490<br>  *Attorney For:* Plaintiffs | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MOCHA MILL, INC., ET AL.
*Defendant:* PORT MOKHA, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18-2539 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines.

3. a.  Party served:       MOKHTAR F. ALKANSHALI
   b.  Person served:     MOKHTAR F. ALKANSHALI, Served under F.R.C.P. Rule 4.

4. Address where the party was served:    GOOD BOY BOB COFFEE
                                           2058 BROADWAY
                                           SANTA MONICA, CA 90404

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party on: Fri, May 04 2018  at: 12:15 PM

6. **Person Who Served Papers:**
   a. Jason Luther (2012-149069)
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

05/04/2018                              *(signature: Jason Luther)*
(Date)                                  (Signature)



PROOF OF SERVICE

2253279
(366553)

# CERTIFICATE OF SERVICE

I, Terrence Jones, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

Michael Shipley
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
T: (213) 680-8400
E: michael.shipley@kirkland.com

*Counsel for Defendant*
*Blue Bottle Coffee, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 15, 2018                    Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

 /s/ Terrence M. Jones

*Attorneys for Plaintiffs*