1  Yasin M. Almadani (Cal. Bar No. 242798)
   ALMADANI LAW
2  14742 Beach Blvd., Suite 410
   La Mirada, California 90638
3  Telephone: (213) 335-3935
   E-Mail: yma@LawAlm.com
4
   Terrence M. Jones (Cal. Bar No. 256603)
5  THE LAW OFFICE OF TERRENCE JONES
   6737 Bright Ave., Suite B6
6  Whittier, CA 90601
   Telephone: (213) 863-4490
7  E-Mail: Terrence@JonesOnLaw.com

8  *Attorneys for Plaintiffs*

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  MOCHA MILL, INC., et al., | Case No. CV18-2539 |
| 15          Plaintiffs, | |
| 16     v. | **PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT T&H COMPUTERS, INC.** |
| 17  PORT OF MOKHA, INC., et al., | |
| 18          Defendants. | |

**TO THIS HONORABLE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 3, 2018, the Summons and Complaint filed in the above-captioned matter were served on Defendant T& H Computers, Inc. ("Defendant"). Pursuant to Rules 4(h) and 5(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs served the agent for service of process Defendant registered with the California Secretary of State. A copy of the proof of service is attached hereto as Exhibit A.

Dated: May 15, 2018          Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

 /s/ Terrence M. Jones

*Attorneys for Plaintiffs*

# Exhibit A

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THE LAW OFFICE OF TERRANCE JONES<br>TERRANCE M. JONES (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>   *Telephone No:* 213-863-4490<br><br>   *Attorney For:* Plaintiff     *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MOCHA MILL, INC., ET AL.
*Defendant:* PORT MOKHA, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:18-cv-02539-LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference ans ADR Deadlines

3. a.  Party served:     T&H COMPUTERS, INC.
   b.  Person served:     WAEL FADEL, AGENT FOR SERVICE OF PROCESS, served under F.R.C.P. Rule 4.

4. Address where the party was served:     751 Laurel St., San Carlos, CA 94070

5. I served the party:
   a. **by substituted service.**     On: Thu, May 03 2018 at: 01:00 PM by leaving the copies with or in the presence of:
   SHITAL PATEL, OWNER

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)     d. *The Fee* for Service was:
   b. FIRST LEGAL     e. I am: A Registered California Process Server
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



05/07/2018
(Date)           (Signature)



PROOF OF SERVICE

2248679
(3624316)

| Attorney or Party without Attorney: <br> THE LAW OFFICE OF TERRANCE JONES <br> TERRANCE M. JONES (256603) <br> 6737 BRIGHT AVENUE SUITE B6 <br> WHITTIER , CA 90601 <br>  Telephone No: 213-863-4490 <br>  Attorney For: Plaintiff | Ref. No. or File No.: | **For Court Use Only** |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:  MOCHA MILL, INC., ET AL. <br> Defendant: PORT MOKHA, INC., ET AL. | | |

| PROOF OF SERVICE <br> By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:18-cv-02539-LB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference ans ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, May 3, 2018
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: T&H COMPUTERS, INC.
              751 Laurel St., San Carlos, CA 94070

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, May 3, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

                    05/07/2018
                    (Date)                                   (Signature)



Judicial Council Form                    PROOF OF SERVICE                    2248679
Rule 2.150.(a)&(b) Rev January 1, 2007            BY MAIL                    (3624316)

**CERTIFICATE OF SERVICE**

I, Terrence Jones, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

Michael Shipley
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
T: (213) 680-8400
E: michael.shipley@kirkland.com

*Counsel for Defendant*
*Blue Bottle Coffee, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 15, 2018                        Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

  /s/ Terrence M. Jones

*Attorneys for Plaintiffs*