Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: yma@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOCHA MILL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., et al., <br><br> Defendants. | Case No. CV18-2539 <br><br> **PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT BLUE BOTTLE COFFEE, INC.** |

**TO THIS HONORABLE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 3, 2018, the Summons and Complaint filed in the above-captioned matter were served on Defendant Blue Bottle Coffee, Inc. ("Defendant").  Pursuant to Rules 4(h) and 5(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs served the agent for service of process Defendant registered with the California Secretary of State.  A copy of the proof of service is attached hereto as Exhibit A.

Dated:  May 15, 2018                    Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

 /s/ Terrence M. Jones

*Attorneys for Plaintiffs*

# Exhibit A

| *Attorney or Party without Attorney:* <br> THE LAW OFFICE OF TERRANCE JONES <br> TERRANCE M. JONES (256603) <br> 6737 BRIGHT AVENUE SUITE B6 <br> WHITTIER , CA 90601 <br> *Telephone No:* 213-863-4490 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* MOCHA MILL, INC., ET AL. <br> *Defendant:* PORT MOKHA, INC., ET AL. | | |

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 18-2539 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference ans ADR Deadlines

3. a. Party served:     BLUE BOTTLE COFFEE, INC.
   b. Person served:   JON ALSTERLIND, AGENT FOR SERVICE

4. Address where the party was served:    300 Webster St, Oakland, CA 94607

5. I served the party:
   b. **by substituted service.**   On: Thu, May 03 2018 at: 10:00 AM I left the documents listed in item 2 with or in the presence of: ROBERT GODINA, PERSON IN CHARGE .

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] **(Declaration of Mailing)** is attached.
   (5) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]   as an individual defendant.
   b. [ ]   as the person sued under the fictitious name of *(specify)*:
   c. [ ]   as occupant.
   d. [X]   On behalf of *(specify)*:   BLUE BOTTLE COFFEE, INC.
            under the following Code of Civil Procedure section:
            [X] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
            [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
            [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
            [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
            [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
            [ ] other:



| Judicial Council Form POS-010 <br> Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE SUMMONS** | 2248667 <br> (3624314) <br> Page 1 of 2 |
|---|---|---|

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THE LAW OFFICE OF TERRANCE JONES<br>TERRANCE M. JONES (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>   *Telephone No:* 213-863-4490<br>   *Attorney For:* Plaintiff    *Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MOCHA MILL, INC., ET AL.
*Defendant:* PORT MOKHA, INC., ET AL.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18-2539 |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name: Matt Sanna
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was:
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i) [ ] owner [ ] employee [X] independent contractor
         (ii) Registration No: 2016-0001196
         (iii) County: San Francisco

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

05/04/2018
(Date)                                         (Signature)



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | 2248667<br>(3624314)<br>Page 2 of 2 |
|---|---|---|

| *Attorney or Party without Attorney:*<br>THE LAW OFFICE OF TERRANCE JONES<br>TERRANCE M. JONES (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>   *Telephone No:* 213-863-4490<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| *Plaintiff:* MOCHA MILL, INC., ET AL.<br>*Defendant:* PORT MOKHA, INC., ET AL. |
|---|

| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18-2539 |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action, Complaint, Order Setting Initial Case Management Conference ans ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, May 3, 2018
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: BLUE BOTTLE COFFEE, INC.
              300 Webster St, Oakland, CA 94607

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, May 3, 2018 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

05/04/2018

(Date)                                                                 (Signature)



Judicial Council Form                    PROOF OF SERVICE                           2248667
Rule 2.150.(a)&(b) Rev January 1, 2007        BY MAIL                              (3624314)

**CERTIFICATE OF SERVICE**

I, Terrence Jones, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

Michael Shipley
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
T: (213) 680-8400
E: michael.shipley@kirkland.com

*Counsel for Defendant*
*Blue Bottle Coffee, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 15, 2018                        Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

  /s/ Terrence M. Jones

*Attorneys for Plaintiffs*