Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 680-8400
E-Mail: michael.shipley@kirkland.com

*Attorneys for Defendant Blue Bottle Coffee, Inc.*
*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Complaint Filed:     04/30/2018<br>Complaint Served:  05/03/2018 |

**STIPULATION**

This Stipulation is entered into between Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendants Blue Bottle Coffee, Inc,. Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim ("Defendants," and all collectively, the "Parties").

**WHEREAS,** on May 3, 2018, Plaintiffs served Defendants with the Summons and Complaint in the above-captioned case;

**WHEREAS**, Defendants require additional time to respond to the Complaint;

**WHEREAS**, Defendants may file motions to dismiss under Rule 12 while Plaintiffs maintain that such motions are unmerited and would not be a good use of resources;

**WHEREAS**, pursuant Fed. R. Civ. P. 12(a), Defendants are required to respond to the Complaint on May 24, 2018;

**WHEREAS**, pursuant Civil Local Rule 6-1(a), "[p]arties may stipulate in writing, without Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

**WHEREAS**, pursuant Civil Local Rule 7-3, the deadline to file any opposition to a motion is fourteen (14) days after the motion was filed, and the deadline to file any reply in support of the motion is seven (7) days after the opposition was due; and

**WHEREAS**, pursuant Civil Local Rule 7-1, a "written request to the Court for an order can be presented by . . . stipulation of the affected parties pursuant to Civil Local Rule 7-12."

**THEREFORE**, **THE PARTIES AGREE AND STIPULATE** as follows:

1.   The deadline for Defendants to answer or respond to the Complaint shall be extended until June 25, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2.   In the event that any of the Defendants responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

(a) the motion shall be filed on or before June 25, 2018;

(b) any opposition shall be filed on or before July 25, 2018;

(c) any reply shall be filed on or before August 8, 2018.

(d) The motion shall be set on the Court's calendar for argument on August 23, 2018 at 2:00 p.m., or such date thereafter conducive to the Court's schedule.

**IT IS SO STIPULATED.**

Dated: May 18, 2018          KIRKLAND & ELLIS LLP

                                            */s/ Michael Shipley*
                             Michael Shipley (SBN 233674)

                             333 South Hope Street, Suite 2900
                             Los Angeles, California 90071
                             Telephone:     (213) 680-8400
                             E-Mail:         michael.shipley@kirkland.com

                             *Attorneys for Defendant Blue Bottle Coffee, Inc.*

Dated: May 18, 2018          ALMADANI LAW

                             */s/ Yasin M. Almadani*
                             Yasin M. Almadani (SBN 242798)

                             14742 Beach Blvd., Suite 410
                             La Mirada, California 90638
                             Telephone:     (213) 335-3935
                             E-Mail:         yma@LawAlm.com

                             Terrence M. Jones (SBN 256603)
                             LAW OFFICE OF TERRENCE JONES
                             6737 Bright Ave., Suite B6
                             Whittier, CA 90601
                             Telephone:     (213) 863-4490
                             E-Mail:          Terrence@jonesonlaw.com

                             *Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: May 18, 2018 | CONRAD & METLITZKY LLP |
| | */s/ Mark R. Conrad* |
| | Mark R. Conrad (SBN 255667) |
| | CONRAD & METLITZKY LLP |
| | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111 |
| | Telephone:   (415) 343-7102 |
| | Facsimile:   (415) 343-7101 |
| | E-Mail:   mconrad@conradmetlitzky.com |
| | *Attorney for Defendants Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim* |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: May 18, 2018            /s/ Michael Shipley
                               Michael Shipley