Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-Mail:  michael.shipley@kirkland.com

*Attorney for Defendant Blue Bottle Coffee, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>　　　　　Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE** |

---

**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE**
**Case No. 4:18-CV-02539-HSG**

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS AND PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to counsel of record listed below:

**Yasin Mohammad Almadani**
Almadani Law
14742 Beach Boulevard, Suite 410
La Mirada, CA 90638
Telephone:   (213) 335-3935
Email:           yma@lawalm.com

**Terrence Matthew Jones**
The Law Office of Terrence Jones
6737 Bright Avenue, Suite B6
Whittier, CA 90601
Telephone:   (213) 863-4390
Email:           terrence@jonesonlaw.com

**Mark R. Conrad**
Conrad & Metlitzky LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 343-7102
Facsimile:    (415) 343-7101
E-Mail:         mconrad@conradmetlitzky.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-Mail:         michael.shipley@kirkland.com

*Attorney for Defendant Blue Bottle Coffee, Inc.*