# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Complaint Filed:   04/30/2018<br>Complaint Served: 05/03/2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On May 18, 2018, Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendants Blue Bottle Coffee, Inc,. Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim ("Defendants," and all collectively, the "Parties") filed a Stipulation to Extend Time for Defendants to Answer or Respond to the Complaint under Civil Local Rule 6-1, and for Briefing Schedule on Motion to Dismiss. This Court, having reviewed the stipulation, adopts the Parties' proposed schedule as follows:

1. The deadline for Defendants to answer or respond to the Complaint shall be extended until June 25, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2. In the event that any of the Defendants responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

    (a) the motion shall be filed on or before June 25, 2018;

    (b) any opposition shall be filed on or before July 25, 2018;

    (c) any reply shall be filed on or before August 8, 2018.

    (d) The motion shall be set on the Court's calendar for argument on August 23, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 21, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT