AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| MOCHA MILL, INC., ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:18-CV-02539-HSG |
| PORT OF MOKHA, INC., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blue Bottle Coffee, Inc.                                                                           .

Date: 05/21/2018

s/Edward Hillenbrand
*Attorney's signature*

Edward Hillenbrand
*Printed name and bar number*

KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071

*Address*

edward.hillenbrand@kirkland.com
*E-mail address*

(213) 680-8400
*Telephone number*

(213) 680-8500
*FAX number*