| | |
|---|---|
| 1 | Michael Shipley (SBN 233674) |
| 2 | Edward Hillenbrand (SBN 310872)<br>KIRKLAND & ELLIS LLP |
| 3 | 333 South Hope Street, Suite 2900<br>Los Angeles, California 90071 |
| 4 | Telephone:    (213) 680-8400<br>Facsimile:     (213) 680-8500 |
| 5 | E-Mail:         michael.shipley@kirkland.com<br>                   edward.hillenbrand@kirkland.com |

*Attorneys Blue Bottle Coffee, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>             Plaintiff,<br>      v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>             Defendants. | Case No. 4:18-CV-02539-HSG<br><br>The Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed **DEFENDANT BLUE BOTTLE COFFEE, INC.'S APPEARANCE OF COUNSEL FOR EDWARD HILLENBRAND** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Plaintiffs' counsel of record listed below:

| | |
|---|---|
| **Yasin Mohammad Almadani**<br>Almadani Law<br>14742 Beach Boulevard, Suite 410<br>La Mirada, CA 90638<br>Telephone:   (213) 335-3935<br>Email:            yma@lawalm.com | **Terrence Matthew Jones**<br>The Law Office of Terrence Jones<br>6737 Bright Avenue, Suite B6<br>Whittier, CA 90601<br>Telephone:   (213) 863-4390<br>Email:            terrence@jonesonlaw.com |

**Mark R. Conrad**
Conrad & Metlitzky LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:   (415) 343-7102
Facsimile:    (415) 343-7101
E-Mail:         mconrad@conradmetlitzky.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Edward Hillenbrand*
Michael Shipley (SBN 233674)
Edward Hillenbrand (SBN 310872)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-Mail:         michael.shipley@kirkland.com
E-Mail:         edward.hillenbrand@kirkland.com

*Attorneys Blue Bottle Coffee, Inc.*