Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 680-8400
E-Mail: michael.shipley@kirkland.com

*Attorneys for Defendant Blue Bottle Coffee, Inc.
(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE FIRST AMENDED COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>First Amended Complaint Filed:   06/03/2018 |

## STIPULATION

This Stipulation is entered into between Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendants Blue Bottle Coffee, Inc., Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, Ibrahim Ahmad Ibrahim, and T&H Computers, Inc. ("Defendants," and all collectively, the "Parties").

**WHEREAS,** on June 3, 2018, Plaintiffs filed a First Amended Complaint in the above-captioned case;

**WHEREAS**, Defendants require additional time to respond to the First Amended Complaint and thus seek modification to the Court's present briefing schedule;

**WHEREAS**, Defendants may file motions to dismiss under Rule 12, while Plaintiffs maintain that such motions are unmerited and would not be a good use of resources;

**WHEREAS**, pursuant to the Court's Order on May 21, 2018, [Dkt. 22] Defendants are required to respond to the Complaint on or before June 25, 2018;

**WHEREAS**, pursuant Civil Local Rule 6-1(a), "[p]arties may stipulate in writing, without Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

**WHEREAS**, pursuant Civil Local Rule 7-3, the deadline to file any opposition to a motion is fourteen (14) days after the motion was filed, and the deadline to file any reply in support of the motion is seven (7) days after the opposition was due; and

**WHEREAS**, pursuant Civil Local Rule 7-1, a "written request to the Court for an order can be presented by . . . stipulation of the affected parties pursuant to Civil Local Rule 7-12."

**THEREFORE**, **THE PARTIES AGREE AND STIPULATE** as follows:

1. The deadline for Defendants to answer or respond to the Complaint shall be extended until July 27, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2. In the event that any of the Defendants responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

-1-
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE FAC**
Case No. 4:18-CV-02539-HSG

(a) the motion shall be filed on or before July 27, 2018;

(b) any opposition shall be filed on or before August 27, 2018;

(c) any reply shall be filed on or before September 10, 2018.

(d) The motion shall be set on the Court's calendar for argument on September 27, 2018, at 2:00 p.m., or such date thereafter conducive to the Court's schedule.

**IT IS SO STIPULATED.**

Dated: June 6, 2018                KIRKLAND & ELLIS LLP

                                   _/s/ Michael Shipley_
                                   Michael Shipley (SBN 233674)

                                   333 South Hope Street, Suite 2900
                                   Los Angeles, California 90071
                                   Telephone:   (213) 680-8400
                                   E-Mail:      michael.shipley@kirkland.com

                                   *Attorneys for Defendant Blue Bottle Coffee, Inc.*

Dated: June 6, 2018                ALMADANI LAW

                                   _/s/ Yasin M. Almadani_
                                   Yasin M. Almadani (SBN 242798)

                                   14742 Beach Blvd., Suite 410
                                   La Mirada, California 90638
                                   Telephone:   (213) 335-3935
                                   E-Mail:      yma@LawAlm.com

                                   Terrence M. Jones (SBN 256603)
                                   LAW OFFICE OF TERRENCE JONES
                                   6737 Bright Ave., Suite B6
                                   Whittier, CA 90601
                                   Telephone:   (213) 863-4490
                                   E-Mail:      Terrence@jonesonlaw.com

                                   *Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: June 6, 2018 | CONRAD & METLITZKY LLP |
| | |
| | */s/ Mark R. Conrad* |
| | Mark R. Conrad (SBN 255667) |
| | CONRAD & METLITZKY LLP |
| | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111 |
| | Telephone:   (415) 343-7102 |
| | Facsimile:    (415) 343-7101 |
| | E-Mail:        mconrad@conradmetlitzky.com |
| | |
| | *Attorneys for Defendants Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim* |
| Dated: June 6, 2018 | KERR & WAGSTAFFE LLP |
| | |
| | */s/ Frank Busch* |
| | Frank Busch (258288) |
| | KERR & WAGSTAFFE LLP |
| | 101 Mission Street, 18th Floor |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 371-8500 |
| | Facsimile:    (415) 371-0500 |
| | E-Mail:        busch@kerrwagstaffe.com |
| | |
| | *Attorneys for Defendant T&H Computers, Inc.* |

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: June 6, 2018        　　/s/ Michael Shipley　　
　　　　　　　　　　　　　　 Michael Shipley