Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:   michael.shipley@kirkland.com

*Attorney for Defendant Blue Bottle Coffee, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>            Plaintiff,<br>   v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>            Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE** |

**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE**
**Case No. 4:18-CV-02539-HSG**

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE FIRST AMENDED COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to counsel of record listed below:

| | |
|---|---|
| **Yasin Mohammad Almadani** <br> Almadani Law <br> 14742 Beach Boulevard, Suite 410 <br> La Mirada, CA 90638 <br> Telephone: (213) 335-3935 <br> Email: yma@lawalm.com <br><br> *Attorneys for Plaintiffs* | **Terrence Matthew Jones** <br> The Law Office of Terrence Jones <br> 6737 Bright Avenue, Suite B6 <br> Whittier, CA 90601 <br> Telephone: (213) 863-4390 <br> Email: terrence@jonesonlaw.com <br><br> *Attorneys for Plaintiffs* |
| **Mark R. Conrad** <br> Conrad & Metlitzky LLP <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Telephone: (415) 343-7102 <br> Facsimile: (415) 343-7101 <br> E-Mail: mconrad@conradmetlitzky.com <br><br> *Attorneys for Defendants Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim* | **Frank Busch** <br> Kerr & Wagstaffe LLP <br> 101 Mission Street, 18th Floor <br> San Francisco, CA 94105 <br> Telephone: (415) 371-8500 <br> Facsimile: (415) 371-0500 <br> E-Mail: busch@kerrwagstaffe.com <br><br> *Attorneys for Defendant T&H Computers, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
E-Mail: michael.shipley@kirkland.com

*Attorney for Defendant Blue Bottle Coffee, Inc.*