# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR RESPOND TO THE FIRST AMENDED COMPLAINT UNDER CIVIL LOCAL RULE 6-1, AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>First Amended Complaint Filed: 06/03/2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On June 6, 2018, Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendants Blue Bottle Coffee, Inc,. Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, Ibrahim Ahmad Ibrahim, and T&H Computers, Inc. ("Defendants," and all collectively, the "Parties") filed a Stipulation to Extend Time for Defendants to Answer or Respond to the Complaint under Civil Local Rule 6-1, and for Briefing Schedule on Motion to Dismiss. This Court, having reviewed the stipulation, adopts the Parties' proposed schedule as follows:

1. The deadline for Defendants to answer or respond to the Complaint shall be extended until July 27, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2. In the event that any of the Defendants responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

    (a) the motion shall be filed on or before July 27, 2018;

    (b) any opposition shall be filed on or before August 27, 2018;

    (c) any reply shall be filed on or before September 10, 2018.

    (d) The motion shall be set on the Court's calendar for argument on September 27, 2018, at 2:00 p.m., or such date thereafter conducive to the Court's schedule.

**IT IS SO ORDERED.**

Dated: June 7, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT