AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| MOCHA MILL, INC., et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-02539-HSG |
| PORT OF MOKHA, INC., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Port of Mokha, Inc., Port of Mokha, LLC, Mokhtar F. Alkhanshali, and Ibrahim Ahmad Ibrahim.

Date: 06/07/2018

*Attorney's signature*

Mark R. Conrad (CA Bar No. 255667)
*Printed name and bar number*

Conrad & Metlitzky LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
*Address*

mconrad@conradmetlitzky.com
*E-mail address*

(415) 343-7100
*Telephone number*

(415) 343-7101
*FAX number*