Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: yma@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MOCHA MILL, INC., et al.,

Plaintiffs,

v.

PORT OF MOKHA, INC., et al.,

Defendants.

Case No. CV18-2539-HSG

**PLAINTIFFS' NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT METRA COMPUTER GROUP FZCO**

Hon. Haywood S. Gilliam, Jr.
United States District Judge

**TO THIS HONORABLE COURT, AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 7, 2018, the Summons, Complaint, and First Amended Complaint filed in the above-captioned matter were served on Defendant Metra Computer Group Fzco ("Defendant"). Pursuant to Rules 4(h) and 5(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs served the registered agent for service of Defendant's wholly-owned American subsidiary, T&H Computers, Inc., which acts as Defendant's agent and general manager in the United States and within the Northern District of California. A copy of the proof of service is attached hereto as Exhibit A.

Dated: June 14, 2018

Respectfully submitted,

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

*/s/ Terrence M. Jones*

*Attorneys for Plaintiffs*

# Exhibit A

| *Attorney or Party without Attorney:*<br>THE LAW OFFICE OF TERRANCE JONES<br>Terrence M. Jones (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>*Telephone No:* 213-863-4490<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | ***For Court Use Only*** |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* MOCHA MILL, INC., et al.<br>*Defendant:* METRA COMPUTERS FZCO, et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:18-cv-02539 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action, Complaint, Letter Dated: June 5, 2018

3. *a. Party served:* METRA COMPUTER GROUP FZCO
   *b. Person served:* WAEL FADEL, AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 751 Laurel St Suite 955, San Carlos, CA 94070

5. *I served the party:*
   a. **by substituted service.** On: Thu, Jun 07 2018 at: 01:15 PM by leaving the copies with or in the presence of: SHITAL PATEL, MANAGER

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

*6. **Person Who Served Papers:***
a. Edgar Mendez (2017-0001328, San Francisco)
**b. FIRST LEGAL**
1517 W. Beverly Blvd.
LOS ANGELES, CA 90026
c. (213) 250-1111

**d.** ***The Fee*** *for Service was:*
**e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***



06/10/2018
*(Date)* *(Signature)*



| *Attorney or Party without Attorney:*<br>THE LAW OFFICE OF TERRANCE JONES<br>Terrence M. Jones (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>*Telephone No:* 213-863-4490<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | ***For Court Use Only*** |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* MOCHA MILL, INC., et al.<br>*Defendant:* METRA COMPUTERS FZCO, et al. | | | | |
| **PROOF OF SERVICE<br>By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:18-cv-02539 |

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action, Complaint, Letter Dated: June 5, 2018

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 8, 2018
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: METRA COMPUTER GROUP FZCO
   751 Laurel St, Suite 955 San Carlos, CA 94070

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 8, 2018 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
   1517 W. Beverly Boulevard
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee** for Service was:*
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

06/10/2018
*(Date)*

*(Signature)*

**CERTIFICATE OF SERVICE**

I, Terrence Jones, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

Michael Shipley
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
T: (213) 680-8400
E: michael.shipley@kirkland.com

*Attorneys for Defendant Blue Bottle Coffee, Inc.*

Mark R. Conrad
CONRAD & METLITZKY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
T: (415) 343-7102
E-Mail: mconrad@conradmetlitzky.com

*Attorneys for Defendants Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim*

Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
T: (415) 357-8902
E: busch@kerrwagstaffe.com

*Attorneys for Defendant T&H Computers, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 15, 2018

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

*/s/ Terrence M. Jones*

*Attorneys for Plaintiffs*