1  FRANK BUSCH (258288)
   **KERR & WAGSTAFFE LLP**
2  101 Mission Street, 18th Floor
   San Francisco, CA 94105-1727
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4  Email: busch@kerrwagstaffe.com

5  Attorneys for Defendants
   METRA COMPUTER GROUP FZCO and
6  T&H COMPUTERS, INC.

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **OAKLAND DIVISION**
10

11

12  MOCHA MILL, INC., MONK OF MOCHA          Case No. 3:18-CV-02539-HSG
    SPECIALTY COFFEE PRODUCTION AND
13  EXPORT, INC., IBRAHIM A. ALAELI,
    YASIR H. KHANSHALI, and ADNAN G.         **STIPULATION TO EXTEND TIME
14  AWNALLAH,                                FOR DEFENDANTS TO ANSWER OR
                                             RESPOND TO THE FIRST AMENDED
15                  Plaintiffs,              COMPLAINT UNDER CIVIL LOCAL
                                             RULE 6-1, AND FOR BRIEFING
16  v.                                       SCHEDULE ON MOTION TO DISMISS**

17
    PORT OF MOKHA, INC., PORT OF MOKHA
18  LLC, MOKHA FOUNATION, BLUE BOTTLE        Honorable Haywood S. Gilliam, Jr.
    COFFEE, INC., METRA COMPUTER
19  GROUP FZCO, T&H COMPUTERS, INC.,
    MOKHTAR F. ALKHANSHALI, and
20  IBRAHIM AHMAD IBRAHIM,

21                  Defendants.

22

23

24

25

26

27

28

## STIPULATION

This Stipulation is entered into between Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendant Metra Computer Group FZCO ("Defendant," and all collectively, the "Parties").

**WHEREAS,** on June 3, 2018, Plaintiffs filed a First Amended Complaint in the above-captioned case;

**WHEREAS**, Plaintiffs claim to have served the First Amended Complaint on Defendant in the manner described in Docket No. 28, and Defendant believes that service of process is insufficient;

**WHEREAS**, the Parties wish to resolve this dispute, and others, on the same schedule previously set for responding to the First Amended Complaint;

**WHEREAS**, Defendant may file a motion to dismiss under Rule 12, while Plaintiffs maintain that such motions are unmerited and would not be a good use of resources;

**WHEREAS**, by entering into this stipulation Defendant shall preserve all defenses available under Rule 12, including without limitation the defenses of lack of personal jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted;

**WHEREAS**, pursuant to the Court's Order on June 7, 2018, [Dkt. 26] other Defendants are required to respond to the Complaint on or before July 27, 2018;

**WHEREAS**, pursuant Civil Local Rule 6-1(a), "[p]arties may stipulate in writing, without Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order";

**WHEREAS**, pursuant Civil Local Rule 7-3, the deadline to file any opposition to a motion is fourteen (14) days after the motion was filed, and the deadline to file any reply in support of the motion is seven (7) days after the opposition was due; and

1    **WHEREAS**, pursuant Civil Local Rule 7-1, a "written request to the Court for an order can be presented by . . . stipulation of the affected parties pursuant to Civil Local Rule 7-12."

**THEREFORE**, **THE PARTIES AGREE AND STIPULATE** as follows:

1. The deadline for Defendant to answer or respond to the Complaint shall be July 27, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2. In the event that Defendant responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

    (a) the motion shall be filed on or before July 27, 2018;

    (b) any opposition shall be filed on or before August 27, 2018;

    (c) any reply shall be filed on or before September 10, 2018.

    (d) The motion shall be set on the Court's calendar for argument on September 27, 2018, at 2:00 p.m., or such date thereafter conducive to the Court's schedule.

3. This stipulation does not waive Defendant's right to present all defenses available under Rule 12, including without limitation the defenses of lack of personal jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted.

**IT IS SO STIPULATED.**

Date:   June 25, 2018            **KERR & WAGSTAFFE LLP**


By:   /s/ Frank Busch_____
Frank Busch (258288)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
E-Mail: busch@kerrwagstaffe.com


Attorneys for Defendants
METRA COMPUTER GROUP FZCO and
T&H COMPUTERS, INC.



1  Date:  June 25, 2018                            **ALMADANI LAW**

                                          By:   /s/ Terrence M. Jones_____
                                                Yasin M. Almadani (SBN 242798)
                                                ALMADANI LAW
                                                14742 Beach Blvd., Suite 410
                                                La Mirada, CA 90638
                                                Telephone: (213) 335-3935
                                                E-Mail: yma@LawAlm.com

                                                Terrence M. Jones (SBN 256603)
                                                LAW OFFICE OF TERRENCE JONES
                                                6737 Bright Ave., Suite B6
                                                Whittier, CA 90601
                                                Telephone: (213) 863-4490
                                                E-Mail: Terrence@jonesonlaw.com

                                                Attorneys for Plaintiffs

### **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Date: June 25, 2018                              /s/ Frank Busch_____
                                                 Frank Busch