1  FRANK BUSCH (258288)
   **KERR & WAGSTAFFE LLP**
2  101 Mission Street, 18th Floor
   San Francisco, CA 94105-1727
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4  Email: busch@kerrwagstaffe.com

5  Attorneys for Defendants
   METRA COMPUTER GROUP FZCO and
6  T&H COMPUTERS, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **OAKLAND DIVISION**

11

12  MOCHA MILL, INC., MONK OF MOCHA          Case No. 3:18-CV-02539-HSG
    SPECIALTY COFFEE PRODUCTION AND
13  EXPORT, INC., IBRAHIM A. ALAELI,         **[PROPOSED] ORDER GRANTING
    YASIR H. KHANSHALI, and ADNAN G.         PARTIES' STIPULATION TO EXTEND
14  AWNALLAH,                                TIME FOR DEFENDANTS TO
                                             ANSWER OR RESPOND TO THE
15              Plaintiffs,                  FIRST AMENDED COMPLAINT
                                             UNDER CIVIL LOCAL RULE 6-1, AND
16  v.                                       FOR BRIEFING SCHEDULE ON
                                             MOTION TO DISMISS
17  PORT OF MOKHA, INC., PORT OF MOKHA
18  LLC, MOKHA FOUNATION, BLUE BOTTLE
    COFFEE, INC., METRA COMPUTER
19  GROUP FZCO, T&H COMPUTERS, INC.,         Honorable Haywood S. Gilliam, Jr.
    MOKHTAR F. ALKHANSHALI, and
20  IBRAHIM AHMAD IBRAHIM,

21              Defendants.

22

23

24

25

26

27

28

K E R R
  — & —
W A G S T A F F E
    LLP

## [PROPOSED] ORDER

On June 22, 2018, Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, the "Plaintiffs"), and Defendant Metra Computer Group FZCO ("Defendant," and all collectively, the "Parties") filed a Stipulation to Extend Time for Defendants to Answer or Respond to the Complaint under Civil Local Rule 6-1, and for Briefing Schedule on Motion to Dismiss.  This Court, having reviewed the stipulation, adopts the Parties' proposed schedule as follows:

1.      The deadline for Defendant to answer or respond to the Complaint shall be July 27, 2018, which will not alter the date of any other event or deadline already fixed by court order;

2.      In the event that Defendant responds to the Complaint by filing a Rule 12 motion, the Parties agree that the motion shall be briefed as follows:

(a) the motion shall be filed on or before July 27, 2018;

(b) any opposition shall be filed on or before August 27, 2018;

(c) any reply shall be filed on or before September 10, 2018.

(d) The motion shall be set on the Court's calendar for argument on September 27, 2018, at 2:00 p.m., or such date thereafter conducive to the Court's schedule.

3.      This stipulation does not waive Defendant's right to present all defenses available under Rule 12, including without limitation the defenses of lack of personal jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

Dated:  June _____, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

KERR
&
WAGSTAFFE
LLP