MARK R. CONRAD (CA Bar No. 255667)
MEGAN CESARE-EASTMAN (CA Bar No. 253845)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: mcesare@conradmetlitzky.com

Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>PORT OF MOKHA, INC., *et al.*,<br><br>      Defendants. | CASE NO. 4:18-CV-02539-HSG<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, N.D. CAL. CIV. L.R. 7-11 & 16-2** |

# [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Defendants Port of Mokha, Inc., Port of Mokha, LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim ("Moving Defendants") filed an Administrative Motion to Continue Initial Case Management Conference on June 27, 2018. The Administrative Motion seeks to continue the Initial Case Management Conference, which is currently scheduled for August 7, 2018, at 2:00 p.m., to be held either concurrently with or after a hearing on the motions to dismiss that will be filed by defendants in the above-captioned matter, which is scheduled for September 27, 2018, at 2:00 p.m.

After carefully reviewing the procedural history of this case, and the filings for the Administrative Motion and the arguments therein, the Court is of the view that it would be more efficient, and would conserve judicial resources, for the Court and the Parties to hold the Initial Case Management Conference after the hearing on Defendants' forthcoming motions to dismiss. For the same reason, the Court is of the view that all pending deadlines associated with the initial case management conference, including those relating to ADR and the parties' discovery obligations, as set forth in the initial scheduling order in this matter, *see* ECF No. 5, shall be vacated, subject to resetting at the initial case management conference.

Accordingly, IT IS HEREBY ORDERED, that the initial case management conference in this matter is hereby CONTINUED until _____, and all related deadlines set by the Court in its initial scheduling order, *see* ECF No. 5, are hereby VACATED. The parties shall submit an initial case management conference statement seven (7) days prior to the date of the rescheduled initial case management conference.

DATED: _____

HON. HAYWOOD S. GILLIAM
United States District Judge