Michael Shipley (SBN 233674)
michael.shipley@kirkland.com
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:     (213) 680-8400

*Attorney for Defendant Blue Bottle Coffee, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>            Plaintiff,<br>    v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>            Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed **DEFENDANT BLUE BOTTLE COFFEE, INC.'S JOINDER IN PORT OF MOKHA DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to counsel of record listed below:

**Yasin Mohammad Almadani**
Almadani Law
14742 Beach Boulevard, Suite 410
La Mirada, CA 90638
Telephone: (213) 335-3935
Email: yma@lawalm.com

*Attorneys for Plaintiffs*

**Terrence Matthew Jones**
The Law Office of Terrence Jones
6737 Bright Avenue, Suite B6
Whittier, CA 90601
Telephone: (213) 863-4390
Email: terrence@jonesonlaw.com

*Attorneys for Plaintiffs*

**Mark R. Conrad**
Conrad & Metlitzky LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 343-7102
E-Mail: mconrad@conradmetlitzky.com

*Attorneys for Defendants Port of Mokha, Inc. Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim*

**Frank Busch**
Kerr & Wagstaffe LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
E-Mail: busch@kerrwagstaffe.com

*Attorneys for Defendant T&H Computers, Inc.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 29, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
E-Mail: michael.shipley@kirkland.com

*Attorney for Defendant Blue Bottle Coffee, Inc.*

-1-
**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE**
Case No. 4:18-CV-02539-HSG