MARK R. CONRAD (CA Bar No. 255667)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com

Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*, | CASE NO. 4:18-CV-02539-HSG |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS ON MOTION TO DISMISS** |
| v. | |
| PORT OF MOKHA, INC., *et al.*, | |
| Defendants. | |

1  WHEREAS, on April 30, 2018, Plaintiffs filed their Complaint in this action, *see* ECF No. 1;

2  WHEREAS, on June 4, 2018, Plaintiffs file an Amended Complaint in this action, ECF No. 24;

3  WHEREAS, the parties to this action have previously stipulated to, and the Court has ordered, an
4  extended briefing schedule on forthcoming motions to dismiss to be filed by the defendants, with the
5  motions to be heard on September 27, 2108, *see* ECF Nos. 22, 25 & 26, 29 & 31;

6  WHEREAS, the Amended Complaint asserts thirteen separate causes of action against each of
7  Defendants Port of Mokha, Inc., Port of Mokha, LLC, Mokha Foundation, Mokhtar Alkhanshali, and
8  Ibrahim Ahmad Ibrahim ("Stipulating Defendants");

9  WHEREAS, in order to provide the Court with sufficient briefing and background to respond to
10 the Amended Complaint on behalf of the Stipulating Defendants, undersigned counsel for the
11 Stipulating Defendants requests leave to file a memorandum in support of their motion to dismiss that
12 exceeds the default page limits set forth in Northern District Civil Local Rules 7-2 and 7-3;

13 WHEREAS, undersigned counsel for the Stipulating Defendants and for Plaintiffs have met and
14 conferred and have agreed to the filing of overlength briefs as follows;

15 NOW, THEREFORE, the Stipulating Defendants and Plaintiffs hereby stipulate and agree that
16 the page limits with respect to Stipulating Defendants' forthcoming motion to dismiss shall be enlarged
17 as follows: forty (40) pages for Stipulating Defendants' opening brief, forty pages (40) for Plaintiffs'
18 opposition brief, and twenty (20) pages for Stipulating Defendants' reply brief.

Respectfully submitted,

DATED: July 10, 2018                CONRAD & METLITZKY LLP


*/s/ Mark R. Conrad*
MARK R. CONRAD
Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

DATED: July 10, 2018                                ALMADANI LAW


*/s/ Yasin M. Almadani*
YASIN M. ALMADANI
Attorneys for Plaintiffs


### [PROPOSED] ORDER EXTENDING PAGE LIMITS

PURSUANT TO STIPULATION between Plaintiffs and Defendants Port of Mokha, Inc., Port of Mokha, LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim ("Stipulating Defendants"), the limits on Stipulating Defendants' motion to dismiss shall be forty (40) pages for the opening brief, forty (40) pages for the opposition brief, and twenty (20) pages for the reply brief.

IT IS SO ORDERED.


DATED: _____

                                            HON. HAYWOOD S. GILLIAM, JR.
                                            United States District Judge