FRANK BUSCH (258288)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105-1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: busch@kerrwagstaffe.com

Attorneys for Defendants
METRA COMPUTER GROUP FZCO and
T&H COMPUTERS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**DECLARATION OF MOHAMED EISSA IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)**<br><br>DATE: September 27, 2018<br>TIME: 2:00 p.m.<br>COURTROOM: 2<br><br>TRIAL: [None] |

# DECLARATION OF MOHAMED EISSA

I, Mohamed Eissa, hereby declare as follows:

1. I am one of two shareholders of Metra Computer Group FZCO ("Metra"). I am also Metra's manager under United Arab Emirates law. I submit this declaration in support of the concurrently-filed Motion to Dismiss.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. All of Metra's offices and employees are located in the United Arab Emirates. It does not operate in the United States.

4. Attached as Exhibit A is a true and correct copy of Metra's Trading License with the Jebel Ali Free Trade Zone ("Jafza"), which is valid through February 2, 2019. As accurately reflected in Exhibit A, Metra is headquartered in Jafza and operates under licenses to trade various categories of electronics. As also accurately reflected in Exhibit A, I am Metra's manager.

5. I own Metra with Tarek Eissa. We both are residents of Dubai, UAE.

6. Metra has received nothing by mail from Plaintiffs regarding the above-captioned litigation.

7. Metra has a wholly owned subsidiary located in the United States called T&H Computers, Inc. ("T&H"). Neither T&H nor any of T&H's employees has any management or supervisory role in Metra. No T&H employee, specifically including Wael Fadel, is employed by Metra in any capacity.

8. Metra has not authorized anyone in the United States of America, including T&H and its employees, to serve as its agent for service of process.

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed this 26th day of July, 2018 at Dubai, United Arab
3  Emirates.

_____
Mohamed Eissa

# EXHIBIT A

رخصة تجارية
# Trading License



| | | |
|---|---|---|
| **LICENSE NO.** | 2204 | ٢٢٠٤ | رقم الرخصة |
| **REGISTRATION NO.** | 111802 | ١١١٨٠٢ | رقم السجل التجاري |
| **LEGAL TYPE** | FZCO (Limited Liability) | ش م ح (مسؤولية محدودة) | الشكل القانوني |
| **LICENSEE** | Metra Computer Group FZCO | مجموعة مترا كومبيوتر ش م ح | صاحب الرخصة |
| **OPERATING NAME** | Metra Computer Group FZCO | مجموعة مترا كومبيوتر ش م ح | الاسم التجاري |
| **DUNS NUMBERS** | 851040659 | ٨٥١٠٤٠٦٥٩ | الرقم العالمي |
| **ADDRESS** | Plot No. S20601A | ارض رقم اس ٢٠٦٠١اي | العنوان |
| | P.O Box 61188 | ص. ب: ٦١١٨٨ | |
| | Jebel Ali | جبل على | |
| | Dubai | دبي | |
| | United Arab Emirates | الامارات العربية المتحدة | |
| **MANAGER** | Mohamed Tarek Ahmed Essa | محمد طارق احمد عيسى | المدير |
| **NATIONALITY** | Canada | كندي | الجنسية |
| **ISSUE DATE** | 03/04/1999 | ١٩٩٩/٠٤/٠٣ | تاريخ الإصدار |
| **VALID TILL** | 02/02/2019 | ٢٠١٩/٠٢/٠٢ | تاريخ الانتهاء |
| **ACTIVITY** | Computer & Data Processing Requisites Trading | تجارة مستلزمات الحاسب الآلي ومعالجة البيانات | النشاط |
| | Electrical & Electronic Appliances Spare Parts Trading | تجارة قطع غيار الأجهزة الكهربائية والإلكترونية | |
| | Chandeliers Trading | تجارة الثريات | |
| | Computer Equipment Requisites Trading | تجارة أجهزة الحاسب الآلي ولوازمه | |
| | Mobile Phones Trading | تجارة الهواتف المتحركة | |
| | Electronic Card & Chips & Requisites Trading | تجارة البطاقات والشرائح الإلكترونية ولوازمها | |
| | Telephones & Telecommunications Equipment Trading | تجارة الهواتف وأجهزة الإتصال السلكي | |

CN:1244 (O)

إدارة التسجيل التجاري
**COMMERCIAL REGISTRATION DEPARTMENT**

وثيقة إلكترونية معتمدة و صادرة بدون توقيع من سلطة المنطقة الحرة لجبل علي
Approved electronic document issued without signature by
**JEBEL ALI FREE ZONE AUTHORITY**

صادرة عن المنطقة الحرة لجبل علي، وخاضعة لشروط التأجير والقوانين والأنظمة والقواعد المحددة من المنطقة الحرة لجبل علي.
Issued by Jafza and subject to the terms of Lease Agreement, Laws, Regulations and Rules of Jafza

Member of Economic Zones World