FRANK BUSCH (258288)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105-1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: busch@kerrwagstaffe.com

Attorneys for Defendants
METRA COMPUTER GROUP FZCO and
T&H COMPUTERS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**DECLARATION OF WAEL FADEL IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)**<br><br>DATE: September 27, 2018<br>TIME:  2:00 p.m.<br>COURTROOM:  2<br><br>TRIAL:  [None] |

Case No. 4;18-cv-02539-HSG                                                    DECLARATION OF WAEL FADEL

## DECLARATION OF WAEL FADEL

I, Wael Fadel, hereby declare as follows:

1. I am the manager of T&H Computers, Inc. ("T&H"). I submit this declaration in support of the concurrently-filed Motion to Dismiss.

2. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. Attached as Exhibit A is a true and correct copy of the cover letter attached to the process materials Plaintiffs purported to serve on Metra Computer Group FZCO ("Metra").

4. Neither T&H nor any of T&H's employees has any management or supervisory role in Metra. No T&H employee, specifically including me, is employed by Metra in any capacity. Metra has not authorized T&H, or any of its employees including me, to serve as Metra's agent for service of process.

5. I have reviewed Plaintiffs' "Notice of filing proof of service of summons and complaint on [Metra]." ECF No. 28. It indicates that process was served to 751 Laurel St. Suite 955, San Carlos, CA 94070 and left with Shital Patel, Manager. That address is a UPS store where T&H receives its mail. Patel is not an employee of T&H, and I do not know who that person is. Based upon the address of purported service, however, I believe that Patel was most likely the manager of the UPS store at the time process was delivered there.

6. No individual named Shital Patel has any relationship with, or authority over, T&H.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of July, 2018 at San Carlos, California.

_____
Wael Fadel

# EXHIBIT A



THE LAW OFFICE OF TERRENCE JONES
6737 Bright Avenue, Suite B6
Whittier, California 90601
www.JonesOnLaw.com

Terrence Jones, Esq.
213.863.4490 | Terrence@JonesOnLaw.com

June 5, 2018  |  *Via Personal Delivery*

Metra Computers Fzco
Attn: T&H Computers, Inc. – Agent for Service of Process
751 Laurel Street, #955
San Carlos, California 94070

RE:   MOCHA MILL, INC., et al. v. METRA COMPUTERS FZCO, et al.
      U.S. District Court, No. Dist. of Calif., Case No. CV18-2539-HSG

Dear Sir or Madam:

**A lawsuit has been filed against Metra Computers Fzco in United States Federal Court.** The above-captioned action was filed in the Northern District of California, situated in the San Francisco metropolitan area, on April 30, 2018. Please find enclosed the original Summons and Complaint, recent court orders, as well as the currently-operative First Amended Complaint. Kindly forward these documents to your principals and legal counsel as soon as possible.

This process was served on your organization since T&H Computers, Inc. is a wholly-owned subsidiary of Metra and acts as Metra's agent and general manager here in the United States and within the Northern District of California. Thus, consistent with prevailing legal precedent from this appellate circuit regarding service on foreign entities, Plaintiffs' service on T&H is binding upon its corporate parent Metra. *See, e.g., Yamaha Motor Co., Ltd. v. Superior Court*, 174 Cal. App. 4th 264 (2009).

Please do not hesitate to contact me, or have your legal counsel contact me, should you have any questions or concerns regarding the foregoing.

Sincerely,

Terrence Jones