1  FRANK BUSCH (258288)
   **KERR & WAGSTAFFE LLP**
2  101 Mission Street, 18th Floor
   San Francisco, CA 94105-1727
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4  Email: busch@kerrwagstaffe.com

5  Attorneys for Defendants
   METRA COMPUTER GROUP FZCO and
6  T&H COMPUTERS, INC.

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **OAKLAND DIVISION**
10

11

12  MOCHA MILL, INC., MONK OF MOCHA        Case No. 4:18-cv-02539-HSG
    SPECIALTY COFFEE PRODUCTION AND
13  EXPORT, INC., IBRAHIM A. ALAELI,
    YASIR H. KHANSHALI, and ADNAN G.       **[PROPOSED] ORDER GRANTING
14  AWNALLAH,                              MOTION TO DISMISS PURSUANT TO
                                           FRCP 12**
15         Plaintiffs,

16  v.

17  PORT OF MOKHA, INC., PORT OF MOKHA
    LLC, MOKHA FOUNATION, BLUE BOTTLE
18  COFFEE, INC., METRA COMPUTER
    GROUP FZCO, T&H COMPUTERS, INC.,
19  MOKHTAR F. ALKHANSHALI, and
    IBRAHIM AHMAD IBRAHIM,
20
           Defendants.
21

22

23

24

25

26

27

28

1    This Court, having read and considered the papers and arguments submitted by the parties, being fully informed, and finding good cause therefore, hereby GRANTS the motion to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12 filed by Defendants METRA COMPUTER GROUP FZCO ("Metra") and T&H COMPUTERS, INC. ("T&H") (collectively, "Movants") as follows:

    Pursuant to Federal Rule of Civil Procedure 12(b)(2), all claims against Metra are dismissed for lack of personal jurisdiction.

    Pursuant to Federal Rule of Civil Procedure 12(b)(5), all claims against Metra are dismissed for insufficient service of process.

    Pursuant to Federal Rule of Civil Procedure 12(b)(6), all claims against Movants are dismissed with prejudice for failure to state a claim upon which relief can be granted.

    Accordingly, IT IS HEREBY ORDERED THAT all claims against Movants in Plaintiff's First Amended Complaint are DISMISSED WITHOUT LEAVE TO AMEND.

    IT IS SO ORDERED.


DATED: _____

_____
HONORABLE HAYWOOD STIRLING GILLIAM, JR.
UNITED STATES DISTRICT JUDGE