MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., *et al.*, <br><br> Defendants. | CASE NO. 4:18-CV-02539-HSG <br><br> **DECLARATION OF MOKHTAR ALKHANSHALI IN SUPPORT OF MOTION TO DISMISS BY PORT OF MOKHA DEFENDANTS** <br><br> Date:         September 27, 2018 <br> Time:        2:00 p.m. <br> Judge:       Hon. Haywood S. Gilliam, Jr. <br> Courtroom:   Courtroom 2, 4th Floor |

I, Mokhtar Alkhanshali, declare as follows:

1. I am the Chief Executive Officer of Port of Mokha, Inc., and a defendant in this lawsuit. The following facts are known to me personally, and if called upon as a witness, I could and would testify competently as to them.

2. In or around March 2015, I entered into a partnership agreement with Ibrahim Alaeli, Yasir Khanshali, and Adnan Awnallah (collectively, the "Investors"), who are plaintiffs in this lawsuit. This contract was prepared by lawyers who were retained by the Investors. The First Amended Complaint in this case affirmatively alleges in Paragraph 102 that the Investors signed this partnership agreement. *See* FAC ¶ 102. Attached as **Exhibit A** to this declaration are three photographs that truly and accurately depict the three-page contract that is referenced in Paragraph 102 of the First Amended Complaint ("Partnership Agreement"). My signature and thumbprint appear on the lower right-hand corner of pages 2 and 3 of this document.

3. The Partnership Agreement has specific terms that govern how disputes between the partners in Plaintiff Mocha Mill, Inc. ("Mocha Mill") are supposed to be resolved. These terms are found on page 3 of the Partnership Agreement. To begin, the Partnership Agreement provides that any dispute between the Mocha Mill partners that relates in any way to the business must be resolved through a process that is best translated as a "selection of arbitrators." In Yemeni culture, many disputes are resolved by a process whereby each side chooses one or more representatives and authorizes the representative(s) to negotiate and determine an appropriate resolution of the dispute. This is the process contemplated by the Mocha Mill Partnership Agreement. Second, the Partnership Agreement provides that if the aforementioned "arbitration" process does not succeed, then any disputes between the partners shall be resolved in the Commercial Court of Sana'a in Yemen. The language of the Partnership Agreement is mandatory, not permissive. It *requires* the partners to pursue any and all claims arising out of their disputes to the court in Sana'a (which is the capital of Yemen), and precludes the partners from suing one another in the United States, including in the Northern District of California.

4. I understand that, in addition to asserting claims against me individually, the First Amended Complaint also asserts claims against entities that are alleged to be affiliated or associated with Port of Mokha, Inc. One of these entities is The Mokha Foundation, which is alleged to be "an

entity headquartered in the Northern District of California" and alleged, on information and belief, to be an entity that "operates as a wholly-owned subsidiary of Port of Mokha, Inc., (or Port of Mokha LLC)." First Amended Complaint ("FAC") ¶ 17.

5. The allegations made in the First Amended Complaint about The Mokha Foundation are false and inaccurate. It is not a subsidiary of Port of Mokha, Inc. It is not an affiliate of Port of Mokha, Inc. In fact, there is no legal entity called The Mokha Foundation. Although Port of Mokha, Inc., has been engaged in charitable work to provide aid and assistance to coffee farmers in Yemen, *see* Introducing the Mokha Foundation, https://www.portofmokha.com/foundation (last visited July 27, 2018), this work is not conducted through an independent entity called Mokha Foundation, and indeed, the charitable work is not done or performed by an entity that is owned or controlled by me or by any other officer, director, or employee of Port of Mokha, Inc. Attached as **Exhibit B** to this declaration is a true and accurate copy of a website page from the Department of Corporations from the Department of State of the State of Delaware showing that there is "no record found" when the name "Mokha Foundation" is searched. Attached as **Exhibit C** to this declaration is a true and accurate copy of a website page from the Secretary of State of the State of California showing that a search of California corporations for the name "Mokha Foundation" returns "0 entity records." Attached as **Exhibit D** to this declaration is a true and accurate copy of a website page from the Secretary of State of the State of California showing that a search of California limited liability companies for the name "Mokha Foundation" returns "0 entity records."

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27th day of July, 2018, at Oakland, California.

_____
MOKHTAR ALKHANSHALI

# Exhibit A

محمد عبده سعيد الباقري
بسم الله الرحمن الرحيم
المحاماة واستشارات قانونية
Lawyer -Mohammad Abdo Saeed AL- Baqeri
ترخيص مزاولة المهنة امام المحاكم الاستئنافية
Advocates and legal
advice license with appellate courts
برقم (2075) تاريخ 31/12/2005م
No. 2075 Date:31/12/2005

## اتفاقية شراكة

انه في يوم .............. بتاريخ / / 1436هـ الموافق / /2015م تم تحرير هذه الاتفاقية بين كل من:

**أولاً :** السيد / مختار فيصل الحنشلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▮▮▮▮ وتاريخ 31/07/2012 جنسيه امريكي مقيم في اليمن/كاليفورنيا - الولايات المتحدة الامريكية.

**ثانياً :** السيد / ابراهيم عبدالعزيز احمد العلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▮▮▮▮ وتاريخ 16/06/2014 جنسيه امريكي مقيم في كاليفورنيا - الولايات المتحدة الامريكية.

**ثالثاً :** السيد / ياسر حمود الحنشلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▮▮▮▮ وتاريخ 21/12/2010 جنسيه امريكي مقيم في كاليفورنيا - الولايات المتحدة الامريكية.

**رابعاً :** السيد / عدنان جبر عون الله يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▮▮▮▮ وتاريخ 2014/1/16 جنسيه امريكي مقيم في كاليفورنيا - الولايات المتحدة الامريكية.

بعد أن أقر الأطراف بأهليتها للتصرف والتعاقد ، اتفقوا على تكوين شركة فيما بينهم تحكمها البنود الآتية:

**البند الأول،** اتفق الشركاء على تأسيس شركة فيما بينهم تسمى شركة موكا مل Mocha mill

**البند الثاني،** غرض الشركة بيع وشراء وتصدير البن

**البند الثالث، مركز الشركة،** اوكلند - كلفورنيا بالولايات المتحده ويمكن فتح فروع في اي دولة اخرى حسب مصلحة الشركة بقرار يصدره جميع الشركاء

**البند الرابع ، رأس مال الشركة:** اتفق الشركاء على ان رأس مال الشركة هو مبلغ $300000 (ثلاثمائة الف دولار امريكي) دفع الشريك/ ابراهيم عبد العزيز احمد العلي $100000 ودفع الشريك/ياسر حمود الحنشلي $100000 ودفع الشريك/عدنان جبر عون الله $100000 واما بالنسبة للشريك / مختار فيصل الحنشلي فنسبة 40% من صافي الأرباح مقابل جهده وخبرته في ادارة الشركة وحصص الشركاء على النحو الآتي:

حصة الشريك الأول مختار فيصل الحنشلي 40% مقابل جهده.

Republic of Yemen

Lawyer - Mohammad Abdo Saeed AL- Baqeri

Advocates and legal

advice license with appellate courts

No. 2075 Date: 31/12/2005

محمد عبده سعيد الباقري

مستشارات قانونية

مزاولة المهنة امام المحاكم الاستئنافية

رقم ٢٠٧٥ تاريخ ٣١/١٢/٢٠٠٥م



بسم الله الرحمن الرحيم

حصة الشريك الثاني/ ابراهيم عبد العزيز احمد العلي 20 .%

حصة الشريك الثالث/ياسر حمود الحنشلي 20 . %

حصة الشريك الرابع/ عدنان حمو عوض الله 20 . %

**البند الخامس ، الادارة وحق التوقيع ،** موكلة للاطراف مجتمعين أو منفردين بشرط ان تكون الأعمال التي تصدر منهم لتحقيق غرض الشركة وضمن اغراضها وعنوانها . وبالنسبة للعمل باليمن فيتولى ادارته الاخ /مختار فيصل الحنشلي وله الحق بالقيام بكافة الأعمال التي تصب في مصلحة الشركة اما بشان المعاملات التي تزيد قيمتها عن ......، وأية تصرفات قانونية اخرى من رهن او بيع عقارات الشركة أو الحصول على قروض للشركة أو ضمانات ، فيجب ان تصدر من جميع الشركاء أو بموافقة عطية ممن لم يستطع الحضور

**البند السادس:** اتفق الشركاء ان يتقاضى الاخ/ مختار فيصل الحنشلي مبلغ 4000$ اربعة الف دولار امريكي راتب شهري او لاي طرف اخر عن حق الادارة تدخل من ضمن مصروفات الشركة وفق الأنظمة المحاسبية ويجب على من يتولى الادارة اعداد دراسة مكتوبة و خطة مزمنة لاحصاء الزارعين في كافة انحاء الجمهورية اليمنية وتحديد اسماء افضل المزارعين انتاجا لاجود البن في كل منطقة على حدة وعمل الخطط المستقبلية لاستيعاب مزارعين جدد وذلك خلال السنة الأشهر الأولى من بداية مزاولة النشاط ثم يتم تحديث البيانات كل اربعة اشهر وعلى ان يتم كل ذلك كتابة ويعد له ملف مستقل.

**البند السابع ، الحسابات والسنة المالية ،** يجب ان تدون حسابات الشركة في دفاتر تجارية حسب الأصول التجارية المتعارف عليها و يرصد فيها رأس المال النقدي والعيني ، وتبدأ السنة المالية للشركة في أول يناير  وتنتهي في ديسمبر على ان يجرد أصول الشركة وخصومها وحسابات الأرباح والخسائر في إطار ميزانية عمومية للشركة وتكون نافذة في حق الشركاء  بعد مضي خمسة عشر يوماً من التوقيع عليها من قبلهم او من تاريخ إستلامهم صورة منها بخطاب موصى عليه بعلم الوصول ، أو بإنذار على يد محضر ويكون لكل شريك الحق بالإطلاع على دفاتر الشركة ورصيدها بنفسه أو وكيل عنه أو بندب أحد الخبراء

**البند الثامن ، توزيع الأرباح والخسائر ،** توزع الأرباح بقدر نسبة كل شريك .اما في حالة الخسارة في ميزانية إحدى السنوات ، فمحمل على السنة المالية ،ولا توزع الأرباح إلا بعد تغطية خسارة السنوات السابقة.

**البند التاسع ، حظر المنافسة ،** يتعهد الشركاء بعدم القيام باي عمل من الأعمال التي تقوم بها الشركة أو ان ينافسها في الغرض المخصص لها سواء بتفرده أو مع الغير ، و في حالة ثبوت مخالفة أي شريك لهذا البند يحق لباقي الشركاء فصله ومطالبه بالتعويضات الناجمة عن تصرفه.



Mas2010ba@Gmail.com

Mohammad Abdo Saeed AL- Baqert

Advocates and legal

license with appellate courts

No. 2075 Date: 31/12/2005

بسم الله الرحمن الرحيم

الى / محمد عبده سعيد الباقري

محاماة واستشارات قانونية

مرخص مزاولة المهنة امام المحاكم الاستئنافية

برقم (٢٠٧٥) تاريخ ٣١/١٢/٢٠٠٥م

**البند العاشر ، الانسحاب والتنازل عن الحصص:**

أ- اذا أراد أحد الشركاء بيع حصته في الشركة فيجب عليه عرض الأمر على بقية الشركاء لان الأولوية للشركاء.

ب- لا يحق لأي شريك ان يبيع حصته او يرهنها أو يتنازل عنها أو جزء منها للغير الا بموافقة باقي الشركاء كتابة.

ج- وفي حالة مخالفة أي شريك لما جاء بالبند السابق لا يعتد هذا التصرف في حق باقي الشركاء، مع الاحتفاظ بجميع حقوقهم بسائر أنواعها.

**البند الحادي عشر ، وفاة أحد الشركاء أو فقدان أهليته ،** لا ينتهي عقد الشركة بوفاة أحد الشركاء أو فقدان أهليته ، وإنما يحل محله ورثته أو ممثلين بالشروط نفسها التي في عقد الشركة ،ولا يحق لهم وضع الأختام على الشركة أو قسمها ولايدخلون في إدارتها ويحق لهم الاطلاع على كيفية ادارة العمل عبر وكيل قانوني لهم جميعا ولتستمر الشركة إلى نهاية مدتها اذا رغب بقية الشركاء بذلك . وتقتصر حقوق ورثة المتوفي على المطالبة بنصيبهم في الأرباح التي لم يتم المحاسبة عليها ،واذا اتفق باقي الشركاء على عدم الاستمرار فيها مع وجود ورثة المتوفي أو من فقد أهليته فيتم تسليمهم ما يستحقه مورثهم.

**البند الحادي عشر ، فسخ الشركة :** تفسخ الشركة قبل نهاية مدتها في حالة وجود خسائر كبيرة، ويكون بإجماع الشركاء.

**البند الثاني عشر ،** كل نزاع ينشأ بين الشركاء أو الورثة أو من فقد أهليته في تفسير أي بند من بنود العقد يتم حله وديا عبر اختيار محكم من كل طرف وفي حالة عدم الوصول للحل وديا  وتكون المحكمة التجارية بأمانة العاصمة صنعاء، هي المختصة

**البند الثالث عشر ،** حرر هذا العقد من اربع نسخ بيد كل شريك نسخة للعمل بموجبها.

**توقيــــع الشــــــركاء**

مختار فضيل الخنشلي     ابراهيم عبدالعزيز احمد العلي   ياسر حمود الخنشلي    عدنان جبر عون الله

**توقيــــع الشهـــــود**

أنا / محمد عبده سعيد الباقري     احمد مهيوب قائد

Mas2010ba@Gmail.com                                      ٧٧٧٥٠٥٠٦٦-٧١١٦٢٤٥٩٩

# Exhibit B

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain Copy of same, please contact a Delaware online agent. Please click here.

For more information please read the Frequently Asked Questions page.

**General Information Name Search**

**If you are experiencing issues with Internet Explorer and the captcha challenge, please try Google Chrome or Firefox. We apologize for any inconvenience.**

✱ **Required Field**

✱ Entity Name:          ✱ File Number:

[Mokha Foundation]     [          ]     [Search]

or
[This field is not case sensitive.]

**No Record found**

**FILE NUMBER          ENTITY NAME**

To ensure everyone using the Division of Corporations search tools has the best experience possible, the Division strongly discourages the use of automated tools to search or mine data. We also discourage excessive and repeated searches that may have a negative impact on our systems and customer experience. Failure to use these tools in a responsible manner may result in the suspension of your access to utilize this service.

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Exhibit C

**Alex Padilla**
**California Secretary of State**

# 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Wednesday, July 25, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "mokha foundation" returned 0 entity records (out of 0 records found).

Show  10 ▼  entities per page

Narrow search results: [          ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| No matching entities found |||||||

Showing 0 to 0 of 0 entities

Previous    Next

Modify Search    New Search

# Exhibit D

**Alex Padilla**
**California Secretary of State**

# 🔍 Business Search - Results

The California Business Search is updated daily and reflects work processed through Wednesday, July 25, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "mokha foundation" returned 0 entity records (out of 0 records found).

Show [ 10 ▼ ] entities per page

Narrow search results: [        ]

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| | | | No matching entities found | | |

Showing 0 to 0 of 0 entities

[ Previous ]  [ Next ]

[ Modify Search ]   [ New Search ]