MARK R. CONRAD (CA Bar No. 255667)
GABRIELA KIPNIS (CA Bar No. 284965)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:      (415) 343-7100
Fax:      (415) 343-7101
Email: mconrad@conradmetlitzky.com
Email: gkipnis@conradmetlitzky.com

Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>PORT OF MOKHA, INC., *et al.*,<br><br>      Defendants. | CASE NO. 4:18-CV-02539-HSG<br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF MOTION TO DISMISS BY PORT OF MOKHA DEFENDANTS**<br><br>Date:       September 27, 2018<br>Time:      2:00 p.m.<br>Judge:     Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  Courtroom 2, 4th Floor |

I, Mark R. Conrad, declare as follows:

1.     I am an attorney at Conrad & Metlitzky LLP and am lead counsel for Defendants Port of Mokha, Inc., Port of Mokha, LLC, Mokhtar Alkhanshali, Ibrahim Ahmad Ibrahim, and the non-existent entity "Mokha Foundation" (collectively, the "Moving Defendants"). I submit this declaration in support of the motion to dismiss filed concurrently herewith by the Moving Defendants.  The following facts are known to me personally, and if called upon as a witness, I would testify competently as to them.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the original Arabic-language contract described in Paragraph 102 of the First Amended Complaint ("FAC"), *see* Dkt. No. 24 ¶ 102, between Plaintiffs Ibrahim Alaeli, Yasir Khanshali, and Adnan Awnallah, on the one hand, and Defendant Mokhtar Alkhanshali, on the other hand ("Partnership Agreement").

3.     Attached hereto as **Exhibit B** is a true and correct copy of the certified English translation of the Partnership Agreement that was prepared by an independent translation service, TransPerfect.  Attached hereto as **Exhibit C** is a true and correct copy of the notarized Certificate of Translation provided by translator Rosha Toppozada-Yow, through TransPerfect, in connection with the Arabic-to-English translation of the Partnership Agreement.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 27th day of July, 2018, at San Francisco, California.

MARK R. CONRAD

# Exhibit A

الأخ/ محمد عبده سعيد الباقري

Lawyer - Mohammad Abde Saeed AL- Bageri

بسم الله الرحمن الرحيم

محاماة واستشارات قانونية

Advocates and legal

ترخيص مزاولة المهنة امام المحاكم الاستئنافية

advice license with appellate courts

برقم (٢٠٧٥) تاريخ ٢٠٠٥/١٢/٣١م

No. 2075 Date:31/12/2005

## اتفاقية شراكة

انه في يوم ................. بتاريخ / /١٤٣٦هـ الموافق / /٢٠١٥م تم تحرير هذه الاتفاقية بين كل من:

أولاً : السيد / مختار فيصل الخنشلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▆▆▆▆▆▆▆▆▆▆
وتاريخ٢٠١٢/٠٧/٣١ جنسيته امريكي مقيم في اليمن/كاليفورنيا – الولايات المتحدة الامريكية.

ثانياً : السيد / ابراهيم عبدالعزيز احمد العلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▆▆▆▆▆▆▆▆▆▆
وتاريخ٢٠١٤/٠٦/١٦ جنسيته امريكي مقيم في كاليفورنيا – الولايات المتحدة الامريكية.
ثالثاً : السيد / ياسر حمود الخنشلي يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▆▆▆▆▆▆▆▆▆▆
وتاريخ٢٠١٠/١٢/٢١ جنسيته امريكي مقيم في كاليفورنيا – الولايات المتحدة الامريكية .

رابعا : السيد / عدنان جـر عون الله يحمل بطاقة رخصة قيادة صادرة من كاليفورنيا برقم ▆▆▆▆▆▆▆▆▆▆
وتاريخ٢٠١٤/١/١٦ جنسيته امريكي مقيم في كاليفورنيا – الولايات المتحدة الامريكية.
بعد أن اقر الأطراف باهليها للتصرف والتعاقد ، اتفقوا على تكوين شركة فيما بينهم
تحكمها البنود الآتية:

**البند الأول،** اتفق الشركاء على تأسيس شركة فيما بينهم تسمى شركة موكا مل Mocha mill

**البند الثاني،** غرض الشركة بيع وشراء وتصدير البن

**البند الثالث، مركز الشركة** ، اوكلند -كلفورنيا بالولايات المتحدة ويمكن فتح فروع في أي دولة اخرى حسب مصلحة الشركة
بقرار يصدره جميع الشركاء

**البندالرابع ، رأس مال الشركة:** اتفق الشركاء على ان رأس مال الشركة هو مبلغ ٣٠٠٠٠٠$ للثلاثة الف دولار
امريكي دفع الشريك/ ابراهيم عبد العزيز احمد العلي ١٠٠٠٠٠$ ودفع الشريك/ياسر حمود الخنشلي ١٠٠٠٠٠$ ودفع
الشريك/عدنان جبر عون الله ١٠٠٠٠٠$ واما بالنسبة للشريك / مختار فيصل الخنشلي فنسبته٤٠٪ من صافي الأرباح مقابل جهده
وخبرته في ادارة الشركة وحصص الشركاء على النحو الآتي:
الشريك الأول مختار فيصل الخنشلي ٤٠٪ مقابل جهده.

Republic of Yemen

Lawyer -Mohammad Abdo Saeed AL- Baqeri

Advocates and legal

advice license with appellate courts

No. 2075 Date:31/12/2005

بسم الله الرحمن الرحيم



محمد عبده سعيد الباقري

ماة واستشارات قانونية

وكالة الجهية امام المحاكم الاستئنافية

٢٠٧٥ تاريخ ٢٠٠٥/١٢/٣١م

حصة الشريك الثاني/ ابراهيم عبد العزيز احمد العلفي 20 %.

حصة الشريك الثالث/ياسر جود الخنشلي 20٪.

حصة الشريك الرابع/ عدنان حمر عوض المذا 20.%

البند الخامس ، الادارة وحق التوقيع ، موكلة للأطراف، مجتمعين أو منفردين بشرط ان تكون الأعمال التي تصدر منهم لتحقيق غرض الشركة وضمن أغراضها وعنوانها . وبالنسبة للعمل بالمن فيخول ادارته الاخ /مختار فيصل الخنشلي وله الحق بالقيام بكافة الاعمال التي تصب في مصلحة الشركة اما بشأن المعاملات التي تزيد قيمتها عن....... ، وأية تصرفات قانونية أخرى من رهن أو بيع عقارات الشركة أو الحصول على قروض للشركة أو ضمانات ، فيجب ان تصدر من جميع الشركاء أو بموافقة خطية ممن لم يستطع الحضور

البند السادس: اتفق الشركاء ان يتقاضى الأخ/ مختار فيصل الخنشلي مبلغ $4000 اربعة الف دولار امريكي راتب، شهري او لاي طرف اخر  عن حق الادارة لدخل من ضمن مصروفات الشركة  وفق الأنظمة المحاسبة  ويجب على من يتولى الادارة اعداد دراسة مكتوبة و خطة مزمنة لاحياء المزارعين في كافة آنحاء الجمهورية اليمنية وتحديد اصحاء افضل المزارعين انتاجا لاجود الن في كل منطقة على حدة وعمل الخطط المستقبلية لاستيعاب مزارعين جدد وذلك خلال السنة الأشهر الاولى من بداية مزاولة النشاط ثم يتم تحديث البيانات، كل أربعة أشهر وعلي ان يتم كل ذلك كتابة ويعد له ملف مستقل.

البند السابع ، الحسابات والسنة المالية ، يجب ان تكون حسابات الشركة في دفاتر تجارية حسب الأصول التجارية المتعارف عليها و يرصد فيها رأس المال النقدي والعيني ، وتبدأ السنة المالية للشركة في أول يناير  وتنتهي في ديسمبر على أن يجرد أصول الشركة وخصومها وحساب الأرباح والخسائر في إطار ميزانية عمومية للشركة وتكون نافذة في حق الشركاء  بعد مضي خمسة عشر يوماً من التوقيع عليها من قبلهم او من تاريخ إسلامهم صورة منها بخطاب موصى عليه بعلم الوصول ، أو والنذار على يد محضر ويكون لكل شريك الحق بالإطلاع على دفاتر الشركة ورصيدها بنفسه أو وكيل عنه أو بندب أحد الخبراء

البند الثامن ، توزيع الأرباح والخسائر ، توزع الأرباح بقدر نسبة كل شريك ،أما في حالة الخسارة في ميزانية إحدى السنوات ، فترحل إلى السنة المالية ،ولا توزع الأرباح إلا بعد تغطية خسارة السنوات السابقة.

البند التاسع ، حظار المنافسة ، ويتعهد الشركاء بعدم القيام بأي عمل من الأعمال التي تقوم بها الشركة أو ان ينافسها في الغرض المخصص لها سواء بفرده أو مع الغير ، و في حالة ثبوت علاقة اي شريك بهذا البند يحق لباقي الشركاء فصله ومطالبته بالتعويضات الناتجة

محل تصرفه،



2

Mohammad Abdo Saeed AL- Baqeri

Advocates and legal

office license with appellate courts

No. 2075 Date:31/12/2005

بسم الله الرحمن الرحيم

الأخ/ محمد عبده سعيد الباقري

محاماة واستشارات قانونية

المرخص بمزاولة المهنة أمام المحاكم الاستئنافية

برقم (٢٠٧٥) تاريخ ٢٠٠٥/١٢/٣١م

## البند العاشر ، الانسحاب والتنازل عن الحصص:

أ- اذا أراد احد الشركاء بيع حصته في الشركة فيجب عليه عرض الأمر على بقية الشركاء لان الاولويه للشركاء.

ب- لا يحق لأي شريك أن يبيع حصة او رهنها او بتنازل عنها او جزء منها للغير الا بموافقة باقي الشركاء كتابة.

ج - وفي حالة عدالة أى شريك لما جاء بالبند السابق لا ينفذ هذا التصرف فى حق باقي الشركاء مع الاحتفاظ بجميع حقوقهم بسائر أنواعها.

ثاني عشر ، وفاة أحد الشركاء أو فقدان أهليته ، لا ينتهى عقد الشركة بوفاة أحد الشركاء أو فقدان أهليته ا وإنما يحل محله ورثته أو ممثلين بالشروط نفسها التي في عقد الشركة ،ولا يحق لهم وضع الأختام على الشركة أو قسمتها ولايدخلون فى إدارتها ويحق لهم الاطلاع على كيفية ادارة العمل عبر وكيل قانوني لهم جميعا ولستمر الشركة إلى نهاية مدتها اذا رغب بقية الشركاء بذلك . وتقتصر حقوق ورثة المتوفي على المطالبة بنصيبهم فى الأرباح التي لم يتم المحاسبة عليها ،واذا اتفق باقي الشركاء على علم الاستمرار فيها مع وجود ورثة المتوفي أو من فقد أهليته فيتم تسليمهم ما يستحقه موروثهم.

البند الحادي عشر ، فسخ الشركة ، تفسخ الشركة قبل نهاية مدتها فى حالة وجود خسائر كبيرة، ويكون بإجماع الشركاء.

البند الثاني عشر ، كل نزاع ينشأ بين الشركاء او الورثة أو من فقد أهليته فى تفسير أى بند من بنود العقد يتم حله ودبا عبر اختيار محكم من كل طرف وفي حالة عدم الوصول للحل ودبا وتكون المحكمة التجارية بأمانة العاصمة صنعاء هى المختصة.

البند الثالث عشر ، حرر هذا العقد من اربع نسخ بيد كل شريك نسخة للعمل بموجبها.

### توقيــع الشـــركاء

عدنان جبر عون الله ............. | ابراهيم عبدالعزيز احمد العلي ............. | ياسر حمود الحنشلي ............. | مختار فضل الحنشلي

### توقيــع الشهــود

احمد مهيوب قائد .............

إمضاء/ محمد عبده سعيد الباقري

Mas2010ba@Gmail.com

٧٧٧٥.٥.٦٦-٧١١٦٢٤٥٩٩:ن

# Exhibit B

In the Name of Allah, the Beneficent, the Merciful

| Lawyer / Mohammad Abdo Saeed Al-Baqeri | | Lawyer – Mohammad Abdo Saeed Al-Baqeri |
|---|---|---|
| Advocates and Legal Advice | [logo] | Advocates and legal |
| Licensed to appear before the appellate courts | | advice license with appellate courts |
| under No. 2075 Date: 31/12/2005 | | No. 2075 Date: 31/12/2005 |

<u>Partnership Agreement</u>

On _____, /  /1436 A.H. corresponding to    /   /2015 A.D., this agreement was concluded between the following:

First: Mr. Mukhtar Faisal Al-Hanshali, holder of California Driver's License No. ▮▮▮▮▮▮▮▮, dated 31/07/2012, and a US citizen residing in Yemen/California, USA.

Second: Mr. Ibrahim Abdul Aziz Ahmed Al-Ali, holder of California Driver's License No. ▮▮▮▮▮▮▮▮, dated 16/06/2014, and a US citizen residing in California, USA.

Third: Mr. Yasser Hammoud Al-Hanshali, holder of California Driver's License No. ▮▮▮▮▮▮▮▮, dated 21/12/2010, and a US citizen residing in California, USA.

Fourth: Mr. Adnan Jabr Awnullah, holder of California Driver's License No. ▮▮▮▮▮▮▮▮, dated 16/1/2014, and a US citizen residing in California, USA.

After the Parties attested that they are eligible to act and transact, they agreed to form a company among them governed by the following articles:

**Article (1):** The partners have agreed to establish a company among them called the Mocha Mill Company.

**Article (2):** The Company's purpose is to sell, buy and export coffee.

**Article (3): The Company's headquarters:** Oakland, California, USA. In addition, branches may be opened in any other country via a decision to be issued by all partners in accordance with the Company's best interest.

**Article (4): The Company's capital:** The partners have agreed that the Company's capital shall be a sum of ($300,000) three hundred thousand US dollars. Partner / Ibrahim Abdul Aziz Ahmed Al-Ali has paid $100,000, Partner / Yasser Hammoud Al-Hanshali has paid $100,000, and Partner / Adnan Jabr Awnullah has paid $100,000. As for Partner / Mukhtar Faisal Al-Hanshali, he shall be entitled to a share of 40% of net profits as compensation for his efforts and expertise in managing the Company. The partners' shares shall be as follows:

The first partner, Mukhtar Faisal Al-Hanshali, shall have a share of 40% as compensation for his efforts.

[signature]        [thumb print]

In the Name of Allah, the Beneficent, the Merciful

| | | |
|---|---|---|
| Lawyer / Mohammad Abdo Saeed Al-Baqeri<br>Advocates and Legal Advice<br>Licensed to appear before the appellate courts<br>under No. 2075 Date: 31/12/2005 | [logo] | Lawyer – Mohammad Abdo Saeed Al-Baqeri<br>Advocates and legal<br>advice license with appellate courts<br>No. 2075 Date: 31/12/2005 |

The second partner, Ibrahim Abdul Aziz Ahmed Al-Ali, shall have a share of 20%.

The third partner, Yasser Hammoud Al-Hanshali, shall have a share of 20%.

The fourth partner, Adnan Jabr Awnullah, shall have a share of 20%.

**Article (5): Management and the right to sign [on the Company's behalf]:** are hereby granted to the Parties, jointly or severally, provided that the activities they undertake are aimed at achieving the Company's purpose, are within the scope of its purposes, and are undertaken on its behalf. With respect to the business in Yemen, Mukhtar Faisal Al-Hanshali shall manage that business, and he shall be entitled to perform all activities in the Company's best interest. With respect to transactions whose value exceeds …………., and any other legal actions, including mortgaging or selling the Company's property, or obtaining loans or letters of guarantee for the Company, they shall have to be undertaken by all partners or with written consent from the partner who is unable to attend.

**Article (6):** The partners agree that Mr. Mukhtar Faisal Al-Hanshali shall receive a sum of ($4,000) four thousand US dollars as a monthly salary, or that said sum shall be paid to any other party granted the right to manage [the Company]. That sum shall be part of the Company's expenses in accordance with the accounting systems. The person managing the Company shall prepare a written study and plan listing the names of farmers throughout the Republic of Yemen, indicate the names of the best farmers who produce the highest quality coffee in each region separately, and prepare future plans to absorb new farmers. This shall be done within the first six months of beginning to do business, and the information shall then be updated every four months, provided that all of this is done in writing and that a separate folder is prepared for that purpose.

**Article (7):** The Company's accounts shall have to be recorded in business ledgers as per the generally accepted business customs, and the cash and in-kind capital shall have to be tracked therein. The Company's fiscal year shall commence on January first and end in December. There shall be an inventory of the Company's assets, liabilities, and profit and loss account in the Company's balance sheet, and it shall be enforceable vis-à-vis the partners after fifteen days of the date on which they sign it, or the date on which they receive a copy thereof via registered mail with receipt confirmation or are served therewith by a process server. Each partner shall be entitled to review the Company's ledgers and its account balance in person, through his representative, or through an appointed expert.

**Article (8): Distribution of profits and losses:** Profits shall be distributed in proportion to each partner's share. In the event of a loss in the balance sheet for a given year, it shall be deferred to the following year, and no profits shall be distributed until the loss from the previous years has been covered.

**Article (9): Do not compete clause:** The partners pledge not to engage in any of the activities that the Company undertakes or to compete therewith in the purpose designated for it, individually or with a third party. If it is proven that any partner has violated this article, the other partners shall be entitled to expel him and seek damages from him for the result of his actions.

[signature] [thumb print]

In the Name of Allah, the Beneficent, the Merciful

| Lawyer / Mohammad Abdo Saeed Al-Baqeri<br>Advocates and Legal Advice<br>Licensed to appear before the appellate courts<br>under No. 2075 Date: 31/12/2005 | [logo] | Lawyer – Mohammad Abdo Saeed Al-Baqeri<br>Advocates and legal<br>advice license with appellate courts<br>No. 2075 Date: 31/12/2005 |

**Article (10): Withdrawal and relinquishment of shares:**

a- If one of the partners wishes to sell his share in the Company, he shall have to offer it to the other partners because they shall have a priority right thereto.

b- No partner shall be entitled to sell, mortgage or relinquish his share, or a part thereof, to a third party without written consent from the other partners.

c- If any partner breaches the preceding clause, his actions shall not be enforceable against the other partners, and these partners shall retain all of their rights of all types.

**(12) *[sic]*: A partner's death or loss of competence:** The partnership contract shall not expire if a partner dies or becomes incompetent. Rather, his heirs or representatives shall succeed him pursuant to the same terms and conditions set forth in the partnership contract. However, they shall not be entitled to affix seals on the Company [i.e. shut it down] or divide it, and they shall not interfere in its management. They shall be entitled to review how the business is being managed via a legal representative who represents them all. Moreover, the Company shall continue to operate until its term expires, if the other partners desire that. The rights of the decedent's heirs shall be limited to requesting their share of the profits that have not been disbursed. If the other partners agree not to continue operating the Company with the successors of the decedent or incompetent partner, the partners shall give the successors what their testator is entitled to.

**Article (11): Termination of the Company:** The Company shall be terminated once its term expires if there are significant losses, and this shall occur via a unanimous decision by the partners.

**Article (12):** If any dispute arises among the partners, the heirs or the incompetent partner over interpretation of any of the contract's articles, this dispute shall be resolved amicably. If it cannot be resolved amicably, each party shall select an arbitrator, and the Sana'a Commercial Court shall have jurisdiction over the dispute.

**Article (13):** This contract was prepared in four copies, with each partner receiving a copy to work in accordance therewith.

**The Partners' Signature**

Mukhtar Faisal Al-Hanshali                                    Ibrahim Abdul Aziz Ahmed Al-Ali

_____[signature]_____ [thumb print]                    _____

Yasser Hammoud Al-Hanshali                              Adnan Jabr Awnullah

_____                    _____

**The Witnesses' Signature**

*Attorney /* Mohammed Abdo Saeed Al-Baqeri                    Ahmed Mayhoub Fayed

_____[signature]_____                                        _____

[stamp:] Lawyer Mohammed Abdo Saeed Al-Baqeri – Lawyer [illegible] – [logo] [illegible]

3

Exhibit C

# CERTIFICATE OF TRANSLATION

## TRANSPERFECT

I, Rasha Toppozada-Yow, am a professional translator and work with TransPerfect Translations Ltd.'s US offices at Three Park Avenue, 39th Floor, New York, NY 10016. I have over 14 years of legal translation experience, and I am competent to translate from **Arabic** into **English.** I hereby certify that I translated the following document(s):

**Mocha Mill Partnership Agreement - Original Arabic**

Signed:

Name:  Rasha Toppozada-Yow

Date:   27th day of July 2018

Sworn to before me this

27th day of July 2018

Signature, Notary Public

"OFFICIAL SEAL"
DIANA L SPRADLIN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Nov. 24, 2018

Stamp, Notary Public