1   MARK R. CONRAD (CA Bar No. 255667)
2   **CONRAD & METLITZKY LLP**
    Four Embarcadero Center, Suite 1400
3   San Francisco, CA 94111
    Tel:    (415) 343-7100
4   Fax:    (415) 343-7101
    Email: mconrad@conradmetlitzky.com

5   Attorneys for Defendants Port of Mokha, Inc.,
    Port of Mokha, LLC, Mokha Foundation,
6   Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11

12  MOCHA MILL, INC., *et al.*,              CASE NO. 4:18-CV-02539-HSG

13          Plaintiffs,                      **REQUEST FOR JUDICIAL NOTICE IN**
                                             **SUPPORT OF MOTION TO DISMISS**
14      v.                                   **BY PORT OF MOKHA DEFENDANTS**

15  PORT OF MOKHA, INC., *et al.*,
                                             Date:        September 27, 2018
16          Defendants.                      Time:        2:00 p.m.
                                             Judge:       Hon. Haywood S. Gilliam, Jr.
17                                           Courtroom:   Courtroom 2, 4th Floor

18

19

20

21

22

23

24

25

26

27

28

This Request for Judicial Notice is submitted in support of the Motion to Dismiss by the Defendants Port of Mokha, Inc., Port of Mokha, LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim ("Moving Defendants"), filed concurrently herewith. Pursuant to Federal Rule of Evidence 201, the Moving Defendants respectfully request that the Court take judicial notice of the facts and documents described below.

## I.     LEGAL STANDARD

Rule 201(b) provides that a court may take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid 201(b). Rule 201(e) provides that a court may take judicial notice of such facts "at any stage of the proceeding." Fed R. Evid. 201(e). Ordinarily, "when resolving a motion to dismiss for failure to state a claim, the court may not generally consider materials outside the pleadings," but an "exception to this rule is that a court may consider a matter that is properly the subject of judicial notice, such as matters of public record." *Rosal v. First Fed. Bank of California*, 671 F. Supp. 2d 1111, 1120 (N.D. Cal. 2009) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).

## II.     ARGUMENT

The documents subject to the Moving Defendants' request fall into two discrete categories: historical facts and media publications.

### A.     Historical Facts.

Courts may take judicial notice of historical facts. *See, e.g., Third Nat. Bank in Nashville v. Impac Ltd.*, 432 U.S. 312, 317 (1977) (taking "judicial notice of the historical fact that 1873 was the year of a financial panic"); *Akira Ono v. U.S.*, 267 F. 359, 362 (9th Cir. 1920) (taking judicial notice of "gentlemen's agreement" between the United States in Japan). Indeed, "judicial notice under Rule 201 is designed for judicial recognition of scientific or historical fact without resort to cumbersome methods of proof." *Walker v. Woodford*, 454 F. Supp. 2d 1007, 1022 (S.D. Cal. 2006), *aff'd in part*, 393 F. App'x 513 (9th Cir. 2010) (citing *Melong v. Micronesian Claims Comm.*, 643 F.2d 10, 12 n. 5 (D.C. Cir. 1980)). The following historical events are not subject to reasonable dispute:

*Fact No. 1: In January 2015, Houthi rebels seized the Yemeni presidential palace.*

This fact is supported by U.S. State Department's 2017 report entitled "*Yemen 2017 Human Rights Report*," available at https://www.state.gov/documents/organization/277517.pdf, attached hereto as **Exhibit A**, which says on page 1: "The Hadi government resigned after Houthi forces seized the presidential palace in January 2015."

*Fact No. 2: On March 26, 2015, Saudi Arabia deployed its armed forced and commenced bombing in Yemen, fighting in defense of the exiled government and against Houthi rebels.*

This fact is supported by U.S. State Department's 2017 report entitled "*Yemen 2017 Human Rights Report*," available at https://www.state.gov/documents/organization/277517.pdf, attached hereto as Exhibit A, which says on page 1: "In March 2015 a military coalition led by Saudi Arabia initiated Operation 'Decisive Storm' on behalf of the Hadi government. The Saudi-led coalition continued air and ground operations against the Houthi-Saleh rebels throughout 2017." This fact is also supported by Saudi Arabia Embassy's 2017 report entitled "*White Paper: Saudi Arabia and the Yemen Conflict*" available at https://www.saudiembassy.net/reports/white-paper-saudi-arabia-and-yemen-conflict, attached hereto as **Exhibit B**, which says on page 28: "On March 26, 2015, Saudi Arabia deployed its armed forces at the request of President Hadi to help resist Houthi aggression."

## B.    Newspaper Reports

Courts "may take judicial notice of publications introduced to indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); *see also Opperman v. Path, Inc.*, 205 F. Supp. 3d 1064, 1070 (N.D. Cal. 2016) (taking judicial notice of several news articles for the proposition that major media sources began reporting about the alleged privacy breach at a specific time). Moving Defendants request that the Court take judicial notice of the following press reports:

| | |
|---|---|
| **Exhibit C** | NPR, "*Trapped In Yemen's 'Armageddon,' An American Made A Dangerous Escape*" (April 11, 2015), available at https://www.npr.org/2015/04/11/399002842/trapped-in-yemens-armageddon-an-american-made-a-dangerous-escape |
| **Exhibit D** | ABC 7 News, "*San Francisco Man Escapes War-Torn Yemen*" (April 7, 2015), available at http://abc7news.com/news/san-francisco-man-escapes-war-torn-yemen-/639023/ |

- 2 -

| | |
|---|---|
| **Exhibit E** | PRI, "'*Am I going to make this or not?'* — *One American's escape from Yemen*" (April 9, 2015), available at https://www.pri.org/stories/2015-04-09/am-i-going-make-or-not-one-americans-escape-yemen |
| **Exhibit F** | KTVU, "*San Francisco Man Shares Story of Escaping Wartorn Yemen*" (April 7, 2015) available at http://www.ktvu.com/news/san-francisco-man-shares-story-of-escaping-wartorn-yemen |

Moving Defendants request that the Court take judicial notice of news media articles listed above, not for the truth of the matters asserted therein, but for the fact that it was the story of Mokhtar Alkhanshali's escape from Yemen, not Mocha Mill's coffee beans, that garnered media attention.


DATED: July 27, 2018                              Respectfully submitted,

                                                  CONRAD & METLITZKY LLP



                                                  */s/ Mark R. Conrad*
                                                  MARK R. CONRAD
                                                  GABRIELA KIPNIS
                                                  Attorneys for Defendants Port of Mokha, Inc.,
                                                  Port of Mokha, LLC, Mokha Foundation,
                                                  Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

Exhibit A

# YEMEN 2017 HUMAN RIGHTS REPORT

## EXECUTIVE SUMMARY

Yemen is a republic with a constitution that provides for a president, a parliament, and an independent judiciary. In 2012 former vice president Abd Rabbuh Mansour Hadi was chosen by the governing and opposition parties as the sole consensus candidate for president. Two-thirds of the country's eligible voters went to the polls to confirm Hadi as president, with a two-year mandate. The transitional government he headed sought to expand political participation to excluded groups, including women, youth, and minorities. In 2014 Houthi forces aligned with forces loyal to former president Ali Abdullah Saleh occupied the capital Sana'a, igniting a three-year civil war between Houthi forces and the Hadi government that continued through year's end.

Civilian authorities did not maintain effective control over the security forces. Houthi-Saleh rebels controlled most of the security apparatus and state institutions. Competing family, tribal, party, and sectarian influences also reduced government authority.

In 2014 the Houthi uprising compelled the Hadi government to sign a UN-brokered peace deal calling for a "unity government." The Hadi government resigned after Houthi forces seized the presidential palace in January 2015. In February 2015 Houthi-Saleh forces dissolved parliament, replacing it with the Supreme Revolutionary Committee, allied with the former president Ali Abdullah Saleh's General People's Congress (GPC) party. Hadi escaped house arrest and fled to Aden, where he declared all actions taken in Sana'a unconstitutional, reaffirmed his position as president, pledged to uphold the principles of the 2014 National Dialogue Conference, and called on the international community to protect Yemen's political process. In March 2015 Houthi forces launched an offensive in southern Yemen and entered Aden, forcing Hadi to flee to Saudi Arabia. In March 2015 a military coalition led by Saudi Arabia initiated Operation "Decisive Storm" on behalf of the Hadi government. The Saudi-led coalition continued air and ground operations against the Houthi-Saleh rebels throughout 2017. On December 2, Saleh publicly split from the Houthis and welcomed cooperation with the coalition; he was killed by Houthi forces two days later.

The most significant human rights issues attributable to the Houti-Saleh rebels, and sometimes to the government authorities or various armed actors in the country, included extrajudicial killings; forced disappearances and kidnappings; reports of

torture; harsh and life-threatening prison conditions; arbitrary arrest and detention; arbitrary infringements on privacy rights; repression of the freedoms of expression, the press, assembly, and association; the inability of citizens to choose their government through free and fair elections; pervasive corruption; criminalization of same sex sexual conduct, although the law was not enforced; recruitment and use of child soldiers; and trafficking in persons, including forced labor.

The Hadi government took steps to investigate, prosecute and punish officials who committed human rights abuses; however, impunity was persistent and pervasive. Houthi-Saleh influence over government institutions severely reduced the Hadi government's capacity to conduct investigations.

Nonstate actors, including Houthi-Saleh rebels, tribal militias, militant secessionist elements, al-Qaida in the Arabian Peninsula (AQAP), and a local branch of ISIS, reportedly committed significant abuses.  Few actions led to prosecutions.  Saudi-led coalition airstrikes resulted in civilian casualties and damage to infrastructure on multiple occasions.  Hadi government and coalition delays or denials of permits for commercial and aid shipments bound for rebel-held ports, as well as actions by Houthi rebels and others, disrupted aid delivery on the ground.

**Section 1. Respect for the Integrity of the Person, Including Freedom from:**

**a. Arbitrary Deprivation of Life and Other Unlawful or Politically Motivated Killings**

There were numerous reports that current or former members of the security forces committed arbitrary or unlawful killings.  Politically motivated killings by nonstate actors, including Houthi-Saleh rebel forces and terrorist and insurgent groups claiming affiliation with AQAP or ISIS, increased significantly during the year (see section 1.g.).

In June, the Mwatana Organization for Human Rights (Mwatana) reported that individuals in the Ministry of Interior's Special Security Forces (SSF), led by Houthi-Saleh rebels, detained a 26-year-old man in Sana'a in November 2016 and imprisoned him in the Criminal Investigation Department.  The man was held incommunicado for four days, after which a prison supervisor told his family the man had committed suicide and that his body was at the morgue.  A forensic report obtained by Mwatana concluded that, although the man died from a gunshot wound, his hands showed no traces of gunpowder or blood spray.  There were also indications of severe abuse.

On May 14, an unidentified gunman killed a law student in an internet cafe in Aden.  Al-Hizam, a local Islamist security force aligned with southern secessionist groups, accused the student of apostasy and threatened Aden residents not to attend his funeral.

## b. Disappearance

During the year there were reports of politically motivated disappearances and kidnappings of individuals associated with political parties, NGOs, and media outlets critical of government security forces and the Houthi movement (see section 1.g.).  Houthi-Saleh rebels and their allies sometimes detained civilian family members of government security officials.  Nonstate actors targeted and detained foreigners, including those believed to be working for foreign diplomatic missions.

The government's National Commission to Investigate Alleged Violations to Human Rights (NCIAVHR) received 1,037 allegations of arbitrary arrest and enforced disappearances from September 2016 to June.

Many unofficial groups abducted persons to achieve specific goals.  In September, Mwatana reported Houthi authorities carried out eight enforced disappearances and that forces led by the Hadi government carried out two others during the period from September 2016 to July.

In October 2016 media outlets reported that an Australian soccer coach working in Sana'a appeared in a video claiming to have been kidnapped by an unnamed group.  He was released in May.

## c. Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment

The constitution prohibits torture and other such abuses.  Although the law lacks a comprehensive definition of torture, there are provisions allowing prison terms of up to 10 years for acts of torture.

Torture and other forms of mistreatment were common in Houthi-Saleh detention facilities and by Houthi-Saleh rebels, according to NCIAVHR.  The commission stated it received reports of 386 cases of torture from September 2016 to June.

In June Human Rights Watch (HRW) and the Associated Press both reported claims of torture by Hadrami Elite and Security Belt forces, tribal fighters aligned with the Hadi-led government and supervised by United Arab Emirates (UAE) security personnel in Mukalla and Aden.  These forces reportedly abducted dozens of Yemenis to secret detention centers run by the UAE, where they were tortured.  Accounts of torture included tying detainees to a pole and rotating them in a circle of fire, electric shocks, and beatings.  The UAE government denied the existence of secret detention centers and the use of torture on prisoners during interrogation.  The Hadi-led government ordered a six-member committee to investigate the reports of torture and abuses.

According to Mwatana, Security Belt forces detained a lost 15-year-old boy in December 2016 seeking help at a security checkpoint.  The forces accused him of espionage for AQAP and drug use.  Security Belt officers beat and burned him before releasing him in January.

Security Belt Forces detained another man in January 2016 and reportedly attempted to coerce a confession of AQAP ties by putting sand in his mouth, eyes, and ears and putting out cigarettes on his body.  He was released in March.

**Prison and Detention Center Conditions**

Prison conditions were harsh and life threatening and did not meet international standards.  The Hadi-led government exercised very limited control over prison facilities.  In past years, government officials and NGOs identified overcrowding, lack of professional training for corrections officials, poor sanitation, inadequate access to justice, intermingling of pretrial and convicted inmates, lack of effective case management, lack of funding, and deteriorating infrastructure as problems within the 18 central prisons and 25 reserve prisons (also known as pretrial detention centers).  Authorities held prisoners with physical or mental disabilities with the general population without special accommodations.  The Office of the UN High Commissioner for Human Rights (OHCHR) reported during the year that conditions of detention facilities deteriorated, including overcrowding, damaged buildings, and shortages of food and medicine.

In 2014 Houthi-Saleh rebels began seizing control of most prisons and released many convicted criminals; they also engineered several jailbreaks from facilities they did not control.  Under Houthi-Saleh rebel management, prisons and other places of detention failed to meet minimum health or hygiene standards, according to monitors from the state-affiliated Yemeni Coalition to Monitor Human Rights

**YEMEN**                                                                    5

Violations who visited Houthi-run facilities in Sana'a in 2015.  According to the
OHCHR, Houthi-Saleh rebel-affiliated tribal militias, known locally as popular
committees, operated at least eight detention facilities in Sana'a, including Habra
in the al-Shu'aub District, Hataresh in the Bani Hashaysh District, and al-Thawra
and the House of Ali Mohsen al-Ahmar in Haddah.

Tribes in rural areas operated unauthorized "private" detention centers based on
traditional tribal justice.  Tribal leaders sometimes placed "problem" tribesmen in
private jails, sometimes simply rooms in a sheikh's house, to punish them for
noncriminal actions.  Tribal authorities often detained persons for personal or tribal
reasons without trial or judicial sentencing.

Physical Conditions:  The continuing armed conflict negatively affected the
condition of prisons.  Observers described most prisons, particularly in rural areas,
as overcrowded with poor sanitary conditions, inadequate food and access to
potable water, and inadequate medical care.  Limited information was available on
prison populations during the year.

Prior to the outbreak of the conflict, local NGOs reported that prison authorities
held juveniles with adults in some rural and women's prisons as well as in some
prisons in the capital.  By custom, young children and infants born in prison
remained in custody with their mothers until age nine.  Prison authorities
performed pregnancy tests on all female prisoners upon entry into a facility.
Prisons segregated male and female adult prisoners.

Political prisoners reportedly faced torture, abuse, and other forms of mistreatment,
while all prisoners experienced harsh physical conditions.  Houthi-Saleh rebels
reportedly hung detainees upside down, beat them repeatedly, and pulled their hair,
according to former detainees.

No credible statistics were available on the number of inmate deaths during the
year (see section 1.a.).

Administration:  Limited information was available on prison administration since
the Houthi-Saleh rebel takeover in 2014.  Poor recordkeeping and a lack of
communication between prisons and the government made it difficult for
authorities to estimate accurately the size of the prison population.

In 2014 the NGO National Organization for Defending Rights and Freedoms
(HOOD) claimed that bribery and corruption played major roles in prison

mismanagement and that prisoners who paid bribes received better services and benefits.  Many prisoners faced prolonged stays in detention beyond their sentences if they or their families could not pay fines or bribes.

There was no ombudsman to serve on behalf of prisoners and detainees.  Under past practice, prisoners could submit complaints to judicial authorities; according to NGO reports, authorities largely ignored such complaints.  Authorities generally allowed visitors to see prisoners and detainees when family members knew a detainee's location but granted limited access to family members of those accused of security offenses.  They generally allowed prisoners and detainees to engage in religious observances.

According to a November 2016 HRW report, the general prosecutor of the Houthi-Saleh-controlled Ministry of Justice ordered investigations into alleged abuses and the release of dozens of detainees held by Houthi and Saleh forces.  In most cases, however, prison and police authorities ignored the orders and often blocked access to prisons by officials tasked with overseeing detainees.  Saleh al-Sammad, president of the rebel-backed Supreme Political Council, issued a decree in September 2016 providing amnesty to those who had helped the Saudi-led coalition.  There was little information, however, on whether the Houthi-Saleh rebels effectively implemented the decree.

Independent Monitoring:  The continuing conflict prevented substantial prison monitoring by independent human rights observers.

## d. Arbitrary Arrest or Detention

The law prohibits arbitrary arrest and detention, but both continued to occur.  The law prohibits arrests or serving subpoenas between sundown and dawn, but local NGOs reported that authorities took some persons suspected of crimes from their homes at night without warrants.  Ministry of Interior security forces remained largely under the control of Houthi rebels as of year's end.

The OHCHR reported 235 arbitrary or illegal detentions by Houthi-Saleh affiliates between January and June and 76 by progovernment affiliates.

## Role of the Police and Security Apparatus

The primary state security and intelligence-gathering entities, the Political Security Organization (PSO) and the National Security Bureau (NSB), came under Houthi-

Saleh rebel control in 2014, although their structure and operations appeared to remain the same.  The Hadi-led government, however, maintained its own appointments to the PSO and NSB in the parts of the country under government control.  By law the PSO and NSB report first to the interior minister and then to the president.  The relationship and coordination efforts between the PSO and NSB were unclear.  The law charges the PSO with identifying and combating political crimes and acts of sabotage.  There was no clear definition of many of the NSB's duties.

The Criminal Investigation Division reports to the Ministry of Interior and conducted most criminal investigations and arrests.  The ministry's paramilitary SSF, often responsible for crowd control, was under the direct authority of the interior minister, as was the counterterrorism unit.  The Ministry of Defense also employed units under its formal supervision to quell domestic unrest and to participate in internal armed conflicts.

Impunity for security officials remained a problem, in part because the Hadi-led government exercised limited authority and in part due to the lack of effective mechanisms to investigate and prosecute abuse and corruption.  The SSF, the Yemen Special Operations Forces, the Presidential Guard (formerly the Republican Guard), the NSB, and other security organizations ostensibly reported to civilian authorities in the Ministry of Interior, Ministry of Defense, and Office of the President.  Civilian control of these agencies continued to deteriorate, however, as regional efforts to promote national reconciliation stalled.  Exacerbating the problem of impunity, interest groups--including former president Saleh's family and other tribal and party entities--expanded their influence over security agencies, often through unofficial channels rather than through the formal command structure.

**Arrest Procedures and Treatment of Detainees**

Since its relocation in 2015, the Hadi-led government lost control over much of the court or prison systems, and both systems deteriorated.  The law provides that authorities cannot arrest individuals unless they are apprehended while committing a criminal act or being served with a summons.  In addition, authorities must arraign a detainee within 24 hours or release him.  The judge or prosecuting attorney, who decides whether detention is required, must inform the accused of the basis for the arrest.  The law stipulates authorities may not hold a detainee longer than seven days without a court order.  There was no confirmed information on whether the law was respected during the year.

The law contains provisions for bail, but no information was available on its application; in the past, some authorities allowed bail only if they received a bribe. The law prohibits incommunicado detention, provides detainees the right to inform their families of their arrest, and allows detainees to decline to answer questions without an attorney present, but no information was available on whether authorities respected these provisions; in the past, authorities did not always respect these rights. The law states the government must provide attorneys for indigent detainees, but no information was available on whether this occurred; in the past, the government often did not do so. Tribal mediators commonly settled rural cases without reference to the formal court system.

Detainees often did not know which investigating agency arrested them, and the agencies frequently complicated matters by unofficially transferring custody of individuals between entities. Prior to the rebel takeover, security forces routinely detained relatives of fugitives as hostages until the fugitive was located. Authorities stated they detained relatives only when the relatives obstructed justice, but human rights organizations rejected this claim.

Arbitrary Arrest:  Houthi-Saleh rebels who seized power over government institutions routinely practiced arbitrary arrest. Prior to the outbreak of conflict, authorities did not record many detainees' names, did not transfer some detainees to official detention centers, and arrested and released many detainees multiple times during the year. In many areas, Houthi-Saleh forces and their allies arbitrarily detained persons and kept them in temporary prisons, including at military sites. Other nonstate actors also arbitrarily detained persons. NGOs reported that Houthi-Saleh rebel forces denied detainees family visits or legal representation.

In August 2016 Amnesty International reported that Houthi-Saleh-controlled NSB officers arbitrarily arrested and detained 65 individuals from a Bahai youth workshop in Sana'a. One of those arrested remained imprisoned at year's end (see section 1.e.).

Pretrial Detention:  Very limited information was available on pretrial detention practices during the year. Prior to the outbreak of the conflict, international monitoring organizations estimated that one-half of the detainees held by the Ministry of Interior either awaited trial or were pending investigation. Prolonged detentions without charge or, if charged, without a public preliminary judicial

hearing within a reasonable time were common practices, despite their prohibition by law.  Staff shortages, judicial inefficiency, and corruption caused trial delays.

Hamed Kamal bin Haydara, a Bahai, remained in detention at year's end after several court hearings were postponed during the year.  The NSB detained him in 2013, reportedly for apostasy, proselytizing, and spying for Israel.  Bin Haydara reported authorities tortured him during the first 45 days of his detention.  After their takeover, Houthi-Saleh rebels kept him imprisoned and continued court proceedings against him.

Detainee's Ability to Challenge Lawfulness of Detention before a Court: Information was limited on whether persons arrested or detained were entitled to challenge the legal basis of their detention in court.  The law provides that authorities must arraign a detainee within 24 hours or release him.  It also provides that the judge or prosecuting attorney must inform the accused of the basis for the arrest.  The Hadi government, however, lacked the capacity to enforce the law.

Mwatana claimed that those detained by the Houthi-Saleh rebels were often not informed of the charges against them.  In some cases, detainees who were issued release orders from the Houthi-controlled courts had yet to be released.

HRW noted that in several cases in which individuals disappeared into detention centers allegedly run by UAE-supervised forces in the South, the Aden prosecutor's office issued release orders that were not respected.

**e. Denial of Fair Public Trial**

The constitution provides for an independent judiciary, but under Houthi-Saleh control, the judiciary was weak and hampered by corruption, political interference, and lack of proper legal training.  Judges' social and political affiliations and occasional bribery influenced verdicts.  The government's lack of capacity and reluctance at times to enforce court orders, especially outside of cities, undermined the credibility of the judiciary.  Criminals threatened and harassed members of the judiciary to influence cases.  NCIAVHR stated it received reports of 693 cases of extrajudicial prosecution from September 2016 to June.

**Trial Procedures**

The law considers defendants innocent until proven guilty.  Trials were generally public, but all courts may conduct closed sessions "for reasons of public security or

morals." Judges, who play an active role in questioning witnesses and the accused, adjudicate criminal cases.  Defendants have the right to be present and to consult with an attorney in a timely manner.  Defendants can confront or question witnesses against them and present witnesses and evidence on their behalf.  The law provides for the government to furnish attorneys for indigent defendants in serious criminal cases, but no information was available on whether this occurred; in the past, the government did not always provide counsel in such cases.  The law allows defense attorneys to counsel their clients, address the court, and examine witnesses and any relevant evidence.  Defendants have the right to appeal and could not be compelled to testify or confess guilt.  There was limited information available regarding respect for due process.

A court of limited jurisdiction considers security cases.  A specialized criminal court, the State Security Court, operated under different procedures in closed sessions and did not provide defendants the same rights provided in the regular courts.  Defense lawyers reportedly did not have full access to their clients' charges or court files.  The lack of birth registration compounded difficulties in proving age, which reportedly led courts to sentence juveniles as adults, including for crimes eligible for death sentences (see section 6, Children).

In addition to established courts, there is a tribal justice system for noncriminal issues.  Tribal judges, usually respected sheikhs, often also adjudicated criminal cases under tribal law, which usually involved public accusation without the formal filing of charges.  Tribal mediation often emphasized social cohesion more than punishment.  The public often respected the outcomes of tribal processes more than the formal court system, which was seen by many as corrupt and lacking independence.

**Political Prisoners and Detainees**

There were numerous reports of political prisoners and detainees.  Following their takeover of state institutions, rebels detained activists, journalists, demonstration leaders, and other political figures representing various political groups and organizations opposed to the Houthi-Saleh rebels.  They did not charge detainees publicly, and they severely restricted or barred information to and access by local or international human rights organizations.  NGOs claimed that, absent public charges, it was often difficult to determine whether authorities held detainees for criminal or political activity.

**Civil Judicial Procedures and Remedies**

The law provides a limited ability to pursue civil remedies for human rights violations as tort claims against private persons.  There were no reports of such efforts during the year.  Citizens cannot sue the government directly but may petition the public prosecutor to initiate an investigation.

## f. Arbitrary or Unlawful Interference with Privacy, Family, Home, or Correspondence

The law prohibits these actions, but authorities continued such interference. According to human rights NGOs, rebel security actors searched homes and private offices, monitored telephone calls, read personal mail and email, and otherwise intruded into personal matters without legally issued warrants or judicial supervision.

Prior to and throughout the continuing conflict, the attorney general was required personally to authorize telephone-call monitoring and reading of personal mail and email; information was not available on whether this practice continued.

Citizens may not marry a foreigner without permission from the Ministry of Interior, the NSB, and, in some instances, the PSO, under a regulation authorities enforced arbitrarily.  The ministry typically approved marriages to foreigners if they provided a letter from their embassy stating that the government of the non-Yemeni spouse had no objection to the marriage and presented a marriage contract signed by a judge.  Bribes frequently facilitated approval.  There was no available information on current practice.

## g. Abuses in Internal Conflict

In 2014 Houthi-Saleh rebels took control of the capital and occupied many government offices, precipitating the relocation of President Hadi and his government in 2015.  The ensuing conflict continued as of year's end.  The UN-led peace process included attempts to reestablish a cessation of hostilities at intervals throughout the year.  These efforts made no progress, and the conflict continued to escalate.  Throughout the year, the Saudi-led coalition continued military operations against Houthi-Saleh rebels, including an active military role by the UAE.

The Hadi-led government re-established a presence in Aden and additional areas in the South in 2016.  Prime Minister Ahmed Bin Dagher and part of the cabinet

remained in Aden, with some cabinet members also present in Marib.  President Hadi remained abroad in Saudi Arabia.

Throughout the year, clashes occurred as warring parties lost and regained territory.  The military's loyalty was divided among numerous local actors.  Armed clashes expanded to several areas of the country among Houthi-Saleh rebels, supporters of the Islah Party (Sunni Islamist) and the Rashad Party (Salafi), armed separatists affiliated with the southern separatist movement Hirak tribal forces, progovernment resistance forces, and some Saudi-led coalition ground forces, with participation by elements of the Hadi-led government's armed forces.  Terrorist groups, including AQAP, carried out many deadly attacks against government representatives and installations, Houthi combatants, members of Hirak, and other actors accused of behavior violating sharia law.

Yemeni and international observers criticized all parties to the conflict for civilian casualties and damage to infrastructure resulting from shelling and airstrikes.

As a result of the fighting, the humanitarian situation in the country deteriorated significantly, with 8.4 million people at potential risk for famine and a reported 80 percent of the country's population requiring humanitarian assistance by year's end, according to the United Nations.  An estimated three million Yemenis remained internally displaced during the year.  The United Nations estimated that only 55 percent of health facilities remained functional.

Yemen suffered from two cholera outbreaks, the first in October 2016 and the second in April.  The World Health Organization reported more than 964,000 suspected cases and more than 2,220 deaths since April.

<u>Killings</u>:  While information on civilian casualties was incomplete--especially with the closure of many health facilities during the year due to insecurity and the lack of supplies--NGOs, media outlets, and humanitarian and international organizations reported what they characterized as disproportionate and indiscriminate use of force by all parties to the continuing conflict.

At least 5,000 civilians, including 1,120 children, were killed and more than 8,700 injured in the conflict from March 2015 until August 2017, according to the OHCHR.  The OHCHR further estimated there were more air strikes in the first half of the year than in all of 2016, resulting in an increase in the number of civilian deaths and a worsening humanitarian emergency.  Civilian casualties also resulted from shelling by Houthi-Saleh rebels and their affiliated popular

committees.  Other deaths resulted from attacks and killings by armed groups, including AQAP and ISIS.

Near year's end in November and December, Houthi militias fired two ballistic missiles into Saudi Arabia over Riyadh.  Saudi media reported that more than 370 Saudi civilians have been killed in Houthi attacks along the Saudi Arabia-Yemen border since March 2015.

The Saudi-led coalition airstrikes reportedly resulted in civilian casualties and damage to infrastructure on multiple occasions.  The United Nations and NGOs, including HRW and Amnesty International, voiced serious concerns regarding Saudi-led coalition activities, claiming some coalition airstrikes were indiscriminate and caused disproportionate collateral impact on civilians. Coalition sources sometimes reported that damage in a given explosive incident resulted not from airstrikes but from shelling by Houthi-Saleh rebel forces; there were often contrary claims by pro-Houthi media.  Due to continuing fighting, there was limited opportunity for postincident forensic investigations.

According to HRW, on March 16, a helicopter fired on a civilian boat in the Red Sea near Hudaydah that was carrying predominantly Somali citizens, including many refugees and migrants.  There were 42 casualties, including women and children.  Both the Saudi-led coalition and Houthi-Saleh forces denied responsibility for the attack; a UN investigation attributed responsibility to the Saudi-led coalition.

Reuters and several local media sources reported that, on June 17, two Saudi-led coalition air raids killed at least 25 civilians in al-Mashnaq market in the Shada District of the Sa'ada Governorate.

On July 18, the OHCHR reported a Saudi-led coalition airstrike killed at least 18 civilians, including 10 children in al-Asheerah village in Taiz.  The three families in the house were internally displaced persons who moved due to airstrikes in their home village.

The coalition's Joint Incident Assessment Team, based in Riyadh and consisting of 14 military and civilian members from coalition member states, investigated some incidents of airstrikes that reportedly resulted in civilian casualties and concluded that facilities hit during the year were targeted as legitimate military facilities.

<u>Abductions</u>:  In its August report, the OHCHR stated it verified 491 cases of abduction and "deprivation of liberty" since July 2015.  Of these, 89 percent were allegedly committed by the popular committees or tribal militias, 6 percent by AQAP affiliates, and 5 percent by the popular resistance committees or armed groups.  The OHCHR reported that, as of March 24, some 249 individuals, including 18 journalists, were reportedly detained without cause in detention facilities throughout the country.  Tribal groups were also responsible for kidnappings for ransom, as were other nonstate actors, such as AQAP (see section 1.b.).

Local press reports and activists also alleged that coalition and local forces abducted, arbitrarily detained, and mistreated individuals, including those without apparent ties to terrorist organizations, as part of their counterterrorism efforts in the Mukalla area.

<u>Physical Abuse, Punishment, and Torture</u>:  The NCIAVHR claimed to have received 386 cases involving torture from September 2016 to June (see section 1.c.).

Following a visit to Aden early in the year, HRW reported in an April statement that Houthi-Saleh forces used land mines in six governorates, including in residential areas, which appear to have killed and maimed hundreds of civilians since the conflict began.

In February the Yemen Executive Mine Action Center (YEMAC) found and cleared improvised mines on civilian roads near the port city of Mokha in Taiz governorate, from which Houthi-Saleh forces had recently withdrawn.  HRW reported that AQAP has also used landmines.

Between July 2015 and March 2, YEMAC's southern branch reportedly found and destroyed 65,272 landmines, including 20,807 antipersonnel landmines, attributed to Houthi-Saleh forces and AQAP in Aden, Abyan, Lahj, al-Dhale, and Taiz.

<u>Child Soldiers</u>:  Although law and government policy expressly forbid the practice, children under the age of 18 directly participated in armed conflict for government, tribal, and militant forces, primarily as guards and couriers.  Nearly one-third of the combatants in the country were younger than 18, by some estimates.  The lack of a consistent system for birth registration compounded difficulties in proving age, which at times contributed to the recruitment of minors into the military.  In September the OHCHR reported 1,702 verified cases of recruitment and use of

child soldiers since March 2015, of which 67 percent were attributed to Houthi-Saleh forces and 20 percent to progovernment forces.

During the year the Houthis and other armed groups, including tribal and Islamist militias and AQAP, increased their recruitment, training, and deployment of children as participants in the conflict.

A February Amnesty International report found that the Houthis actively recruited boys as young as 15 to fight as child soldiers. According to the report, Houthi representatives ran local centers where young boys and men were encouraged to fight. One source said the Houthis imposed recruitment quotas on local representatives.

Tribes, including some armed and financed by the government to fight alongside the regular army, used underage recruits in combat zones, according to reports by international NGOs, such as Save the Children. Houthi-Saleh rebels routinely used children to staff checkpoints, act as human shields, or serve as suicide bombers. Combatants reportedly involved married boys between the ages of 12 and 15 in fighting in the northern tribal areas; tribal custom considered married boys as adults who owe allegiance to the tribe. As a result, according to international and local human rights NGOs, one-half of tribal fighters were youths under 18. Other observers noted that tribes rarely placed boys in harm's way but used them as guards rather than fighters.

The UN Security Council Panel of Experts on Yemen reported in January 2016 that young men and child combatants of all local fighting groups in Aden were reportedly subject to rape upon capture.

Also see the Department of State's annual *Trafficking in Persons Report* at www.state.gov/j/tip/rls/tiprpt/.

Other Conflict-related Abuse:  All parties to the conflict routinely imposed severe restrictions on movements of people, goods, and humanitarian assistance. Food insecurity, fuel shortages, damage to local infrastructure, and lack of access for humanitarian organizations to vulnerable populations contributed to the deteriorating humanitarian situation.

The Houthi-Saleh militias' forceful takeover and misadministration of government institutions led to dire economic consequences--nonpayment of workers' wages and allegations of widespread corruption, including at checkpoints controlled by

Houthi-Saleh militias--that severely affected the distribution of food aid and exacerbated food insecurity.

The government, the coalition, or both delayed or denied clearance permits for humanitarian and commercial aid shipments bound for rebel-held Red Sea ports. After a Houthi ballistic missile attack was intercepted over the Riyadh airport on November 4, the Saudi-led coalition blocked all air, sea, and land crossings in and out of Yemen, ceasing all commercial imports and humanitarian aid into the country for more than two weeks. The Saudi-led coalition reversed this action on December 20, allowing ports, including the critical Red Sea port of Hudaydah, to reopen.

Militias held trucks containing food, medical supplies, and aid equipment at checkpoints and prevented them from entering major cities.

There were reports of attacks on health-care facilities and health-care workers. The September OHCHR report for Yemen noted that, according to the World Health Organization, as of October 2016, at least 274 health facilities had been damaged or destroyed by fighting, 13 health workers killed, and 31 injured while performing their duties.

In January the UN Security Council Panel of Experts found that all parties to the conflict--the Saudi-led coalition, the Houthi-Saleh military alliance, and forces associated with the government of Yemen--committed or contributed to violations against hospitals. The panel recorded three incidents in Taiz in which armed men threatened hospital staff and disrupted life-saving treatment to demand treatment first for their wounded.

There were reports of the use of civilians to shield combatants. Houthi-Saleh forces reportedly used captives as human shields at military encampments and ammunition depots under threat of coalition airstrikes.

## Section 2. Respect for Civil Liberties, Including:

## a. Freedom of Expression, Including for the Press

Although the constitution provides for freedom of expression, including for the press, "within the limits of the law," the Press and Publications Law calls for journalists to uphold national unity and prohibits criticism of the head of state.

Rebel actors did not respect the rights as provided, and the government was unable to enforce them.

<u>Freedom of Expression</u>:  There were reports Houthi-Saleh rebels suppressed speech critical of them.

On December 2, Houthi rebels detained more than 41 media personnel, including staff from Yemen Today, a television station affiliated with former president Ali Abdullah Saleh.  All 41 were released on December 13.  In addition, the national journalists' syndicate reported that Houthis posted names of media personnel they deemed "hostile" at area checkpoints around the capital.

In February 2016 Houthi-Saleh rebels abducted the editor of *al-Sahwa News*, Abdullah al-Minefi, from his home in Dhamar; according to Reporters without Borders, he has not been released.

<u>Press and Media Freedom</u>:  Prior to the outbreak of conflict, the transitional government approved legislation to regulate broadcasting and television channels. A number of domestic private stations operated under media production company permits, and several stations broadcast from abroad for domestic audiences.

On July 19, the United Nations reported the Saudi-led coalition blocked three BBC journalists from traveling on a UN aid flight to Sana'a.

In November the Saudi-led coalition prevented a CBS *60 Minutes* crew from entering the country three times, once by ship and twice by air.  Although the crew reported it had obtained visas from the Hadi government and Houthi rebels, the CBS crew was removed by order of the coalition.

<u>Violence and Harassment</u>:  Houthi militias and forces loyal to Saleh were responsible for a campaign of violence and harassment against journalists, according to the Yemen Journalists Syndicate, an affiliate of the International Federation of Journalists.  The government was unable to take any substantive steps to protect journalists from violence and harassment.

In multiple instances, Houthi-Saleh rebels went to the homes of activists, journalists, and political leaders opposed to the Houthis and used the threat of arrest and other means to intimidate perceived opponents and to silence dissent. According to HRW, authorities frequently compelled detainees to sign contracts

promising not to affiliate themselves with groups their captors saw as opposed to Houthi movement.

The Yemen Journalists Syndicate reported freelance journalist Abdel-Raheem Mohsin was abducted on August 22 near the city of Taiz while covering the civil war.  Mohsin's family said gunmen in civilian clothes searched the journalist at a checkpoint in the al-Rahida District before taking him to an unknown location.  At year's end his whereabouts remained unknown.

Censorship or Content Restrictions:  During the year the Houthi-controlled Ministry of Telecommunications and internet service providers reportedly systematically blocked websites and domains that authorities deemed critical of the Houthi agenda.

Libel/Slander Laws:  The law criminalizes criticism of the "person of the head of state;" the publication of "false information" that may spread "dissent and division among the people;" materials that may lead to "the spread of ideas contrary to the principles of the Yemeni revolution;" and "false stories intended to damage Arab and friendly countries or their relations."

In October the Yemen Journalists Syndicate reported that 10 journalists detained by Houthis for two years would be tried before the State Security Court.  The syndicate opposed the decision to prosecute the journalists in the security court, claiming it denied them the right of defense and did not provide minimum conditions for a fair trial.

Nongovernmental Impact:  Houthi-Saleh rebels and AQAP significantly inhibited freedom of expression and members of the press through violence and harassment. The Houthi-Saleh rebels controlled several state ministries responsible for press and communications, including the Ministry of Telecommunications.  In that capacity, they selected items for formerly government-run broadcast and print media and did not allow reports critical of themselves.

Houthi-Saleh rebels, progovernment popular resistance forces, and tribal militias were responsible for a range of abuses against media outlets.  According to Reporters without Borders, more than 15 journalists remained captive by Houthi rebels through year's end, and two journalists were killed in fighting.  In April the Houthis sentenced journalist Yahya Abdelraqib al-Jubaihi to death, charged with spying for an enemy country.  In September, Houthi forces released al-Jubaihi due to health concerns.

## Internet Freedom

The government did not have the capacity to uphold internet freedom. Censorship affected internet freedom, and there were notable cases of Houthi-Saleh rebel intrusion into cyberspace. The Houthi-controlled Public Telecommunications Corporation systematically blocked user access to websites and internet domains it deemed dangerous to the rebel actors' political agenda.

According to the International Telecommunication Union, 24.6 percent of the population used the internet in 2016, while 5.5 percent had internet access at home.

Media outlets reported that the mobile messaging applications WhatsApp, Youtube, and Twitter appeared to be blocked in both Houthi-controlled territory and areas held by the Hadi-led government. The Houthi-controlled Ministry of Telecommunications claimed sites were not blocked but rather were offline due to local disruptions to internet service and damage to telecommunications infrastructure due to the conflict.

## Academic Freedom and Cultural Events

The NSB maintained permanent offices on campuses, reflecting continued government concern about security and, in some cases, controversial speech. Party-affiliated officials at the Ministry of Higher Education and academic institutions reviewed prospective university professors and administrators for political acceptability before hiring them and commonly showed favoritism toward supporters of specific political parties. There were no reported instances of censored curriculums or sanctioned professors or students; however, after their takeover, Houthi and other actors' incursions onto campuses and detentions of academics appeared designed to intimidate them as perceived opponents.

## b. Freedoms of Peaceful Assembly and Association

The law provides for the freedoms of peaceful assembly and association, but the government lacked the capability to protect these rights.

## Freedom of Peaceful Assembly

The law provides for freedom of peaceful assembly. The government was unable to prevent infringements on freedom of assembly by Houthi-Saleh rebels and their

affiliates, who at times responded to demonstrations and protests in various parts of the country with excessive force.

**Freedom of Association**

While the law provides for freedom of association, the government lacked the capacity to protect this right, and there were reports Houthi-Saleh rebels harassed and shut down NGOs.  The law regulates associations and foundations and outlines the establishment and activities of NGOs.  Authorities required annual registration.  The law exempts registered NGOs from taxes and tariffs and requires the government to provide a reason for denying an NGO registration, such as deeming an NGO's activities "detrimental" to the state.  It forbids NGO involvement in political or religious activities.  It permits foreign funding of NGOs.  The law requires government observation of NGO internal elections.  There were no known attempts by NGOs to register during the year.

**c. Freedom of Religion**

See the Department of State's *International Religious Freedom Report* at www.state.gov/religiousfreedomreport/.

**d. Freedom of Movement**

The law provides for freedom of internal movement, foreign travel, emigration, and repatriation.

Prior to 2014, the transitional government cooperated with the Office of the UN High Commissioner for Refugees (UNHCR) and other humanitarian organizations in providing protection and assistance to internally displaced persons, refugees, returning refugees, asylum seekers, stateless persons, and other persons of concern.  The Houthi takeover and the ensuing conflict, however, made it difficult for humanitarian organizations to reach many areas of the country due to security concerns.  The Hadi-led government did not and could not enforce the law, even in government-controlled areas, due to capacity and governance issues.

According to UNHCR, the country's laws and policies were consistent with international standards, but authorities' capacity to protect and assist persons in need was limited.  The Houthi-Saleh rebels imposed ad hoc and unpredictable requirements on humanitarian organizations throughout the year, making implementation of humanitarian programs difficult in areas under their control.

<u>Abuse of Migrants, Refugees, and Stateless Persons</u>:  In past years, multiple NGOs reported that criminal smuggling groups built a large number of "camps" near the Yemen-Saudi border city of Haradh, where militants held migrants for extortion and ransom.

UNHCR, the International Organization for Migration (IOM), and other partners continued to face challenges accessing detention centers.  UNHCR and the IOM negotiated with relevant ministries to find alternative means to monitor refugees and asylum seekers in detention.

The IOM estimated that 117,000 migrants arrived in 2016 and that some 56,000 have arrived during the year as of September.  The IOM reported that both the government and Houthi-Saleh rebels detained migrants due to concerns that they could be recruited by the other party.  While the government was able to deport migrants back to their country of origin, the Houthi-Saleh rebels generally detained migrants for indefinite periods.  The IOM worked with the rebels to assist the migrants while in detention.  Separately, UNHCR and the IOM worked together to provide assisted voluntary returns for migrants and assisted spontaneous returns for Somali refugees.

<u>In-country Movement</u>:  Rebel forces, resistance forces, security forces, and tribesmen maintained checkpoints on major roads.  In many regions, especially in areas outside effective central security control, armed tribesmen frequently restricted freedom of movement, operating their own checkpoints, sometimes with military or other security officials, and often subjected travelers to physical harassment, extortion, theft, or short-term kidnappings for ransom.  Damage to roads, bridges, and other infrastructure from the conflict also hindered the delivery of humanitarian aid and commercial shipments (see section 1.g.).

Social discrimination severely restricted women's freedom of movement.  Women in general did not enjoy full freedom of movement, although restrictions varied by location.  Some observers reported increased restrictions on women in conservative locations, such as Safadi.  Oxfam reported that men at checkpoints increasingly insisted on adherence to the "mahram" system, the cultural obligation of women to be accompanied by male relatives in public, in areas controlled by radical Islamic groups, such as AQAP (see section 6, Women).

Authorities required travel permits for all non-Yemeni nationals leaving Sana'a.

Local observers reported that Yemenis from Houthi-controlled areas faced increasing discrimination and difficulties when traveling in southern Yemen.

Foreign Travel:  In the past women needed the permission of a male guardian, such as a husband, before applying for a passport or leaving the country.  A husband or male relative could bar a woman from leaving the country by placing a woman's name on a "no-fly list" maintained at airports.  Prior to the conflict, authorities strictly enforced this requirement when women traveled with children, but there were no reports of authorities enforcing this requirement during the year.  There were attempts, however, by Houthi rebels to impose similar restrictions on women's international travel.  Given the deterioration of infrastructure and lack of security due to the conflict, many women reportedly declined to travel alone (see section 6, Women).

## Internally Displaced Persons (IDPs)

According to UNHCR's *Fact Sheet* for September, there were three million IDPs, of whom 84 percent were displaced for more than one year.  There were approximately 946,044 IDP returnees.  The government's IDP registration system has been on pause since the escalation of the conflict in 2015.

IDPs originated from all governorates and have dispersed throughout the country. Taiz hosted 66 percent (620,934 individuals) of the identified IDP population, while the neighboring governorates of Ibb and Lahj hosted the next largest IDP populations with 12 percent (111,384 individuals) and 6 percent (52,866 individuals), respectively.  Approximately 86 percent of the total conflict-displaced population originated from the governorates of Taiz, Hajjah, Amanat al-Asimah, Sa'ada, and Sana'a, according to the Task Force on Population Movement.

Humanitarian organizations' access to IDPs was generally limited and unpredictable due to the continuing conflict; however, many humanitarian organizations maintained a presence in multiple locations throughout the country. According to the United Nations, humanitarian organizations, local NGOs, and charities that still functioned in the capital supported IDPs in Sana'a with food, shelter, and nonfood items.  IDPs from Sa'ada reported limited access to cash for purchasing basic household items.

Parties to the conflict interfered with the distribution of humanitarian goods. Houthi forces conducted armed robberies and stole vehicles throughout the year, yet this type of limitation generally occurred in conflict hotspots and represented a

small fraction of overall aid.  Due to general insecurity, humanitarian organizations' access to populations of concern was restricted and somewhat unpredictable.  According to UNHCR, there were 20.7 million people in need.

There was a marked increase in food insecurity throughout the country, and rates of acute malnutrition were high among IDPs and other vulnerable groups (see section 1.g.).

The IOM reported that IDPs largely sought refuge with relatives or friends or rented accommodations where many faced frequent threats of eviction due to late payments of rent.  Others were housed in unconventional shelters in public or private buildings, such as schools, health facilities, or religious buildings, primarily in Taiz and Lahj.  Between January and August, UNHCR provided more than 30,889 IDP households with nonfood items and more than 6,552 households with shelter kits.  UNHCR also provided cash assistance to more than 67,000 individuals, including IDPs and host community members.

The Saudi government-run King Salman (KS) Relief Agency set up a temporary camp in 2015 for displaced persons in al-Abr District, 60 miles south of the al-Wadiah border crossing.  The camp provided services for as many as 3,000 IDPs, including electricity, air-conditioning, and drinking water.  In late 2016 the KS Relief Agency decided to close the camp due to security problems that included fires and the theft of electricity generators, but media reports indicated the camp remained open at year's end.

**Protection of Refugees**

The country maintained open borders during the conflict and received refugees from a variety of countries.  Many refugees became increasingly vulnerable due to the worsening security and economic situation in the country.  Somali, Ethiopian, Eritrean, and other refugees shared in the general poverty and insecurity of the country.

According to UNHCR's September *Fact Sheet*, there were more than 280,000 refugees and asylum seekers in the country, mostly from Somalia and Ethiopia. Many were attempting to reach or return to Saudi Arabia for work and had entered the country based on false information from smugglers that the conflict in the country was over, according to UNHCR and the IOM.  Due to the fighting, many left Aden and took refuge at the camp at Kharaz and towns in the South.  The Hadi-led government could not provide physical protection to refugees; many were

held in detention centers operated by Houthi-Saleh rebels in the North and the government in the South.  UNHCR claimed there were reports of refugees facing physical and sexual abuse as well as torture and forced labor and that many refugees were susceptible to trafficking.

In July, UNHCR estimated more than 188,000 people had fled the country since the outbreak of conflict, some seeking to cross the border into Saudi Arabia, others to cross the Red Sea for Djibouti, Somalia, or other nearby countries, despite the difficulty and danger of the crossing.  Approximately one-third of the persons who fled the country were citizens; others included Somali refugees, Ethiopians, Djiboutians, Sudanese, and other foreign nationals who had worked in the country prior to the conflict.

Refoulement:  In 2016 media outlets reported that UAE-supported Security Belt Forces deported Ethiopian migrants from Aden, and the IOM reported that Hadi-led government authorities deported hundreds to Djibouti.  Information was not available for deportations during the year.

Access to Asylum:  The country is a signatory to the 1951 Refugee Convention and its 1967 protocol; however, no law addresses the granting of refugee status or asylum, and there was no system for providing protection to asylum seekers.  In past years, the government provided automatic refugee status to Somalis who entered the country.  The Houthi-Saleh rebels attempted to take over the refugee status determinations process in areas under their control, leading many refugees to have lapsed documentation.  UNHCR was able to access populations to provide assistance and was working with the rebels to come to a resolution on registration of refugees.  UNHCR continued to conduct refugee status determination in southern Yemen in territory under government control, in coordination with the government.

Freedom of Movement:  Freedom of movement remained difficult for all in the country, including refugees, given the damage to roads, bridges, and basic infrastructure caused by the conflict.  Most of the country's airports have incurred significant damage or been closed to commercial traffic, making travel difficult for all, including refugees.  In areas controlled by Houthi-Saleh rebels and the Hadi-government, unofficial checkpoints caused unnecessary delays or blocked the movement of individuals or goods.

Access to Basic Services:  Refugees lacked access to basic services due to the ongoing conflict.  The United Nations estimated that only about 55 percent of

public-health facilities remained functional during the year.  Many were closed due to damage caused by the conflict, some were destroyed, and all facilities faced shortages in supplies, including medications and fuel to run generators.

## Section 3. Freedom to Participate in the Political Process

The law provides citizens with the ability to choose their government peacefully through free and fair periodic elections based on universal and equal suffrage.  The outbreak of conflict interrupted a government-initiated new voter registration program.  There have been no elections since the outbreak of conflict in 2014.

## Elections and Political Participation

Recent Elections:  Elections for the presidency remained pending under the GCC-I, a regional effort to promote national reconciliation, which superseded elements of the constitution and permitted the extension of President Hadi's term through the end of the transition.  In 2014 political parties acting within the National Dialogue Conference (NDC) endorsed that extension.  Thirteen parties signed a Peace and National Partnership Agreement in 2014 that temporarily ended the violence associated with the Houthi-Saleh rebel entrance into Sana'a and called for implementation of the NDC, including holding elections and establishing a new constitution.

In 2015 Houthi-Saleh rebels declared the constitution null and void, disbanded parliament, and announced the formation of the appointive Supreme Revolutionary Committee as the highest governing body.  The Houthi-aligned GPC announced the formation of a Supreme Political Council and the reconvening of parliament in Sana'a, followed by the announcement of a "national salvation government."  The institutions did not receive international recognition as government bodies, and elections for parliament were not held during the year.  The UN-led political process continued at year's end.

Political Parties and Political Participation:  The law requires political parties to be national organizations that do not restrict their membership to residents of a particular region or to members of a given tribe, religious sect, class, or profession. The power-sharing agreement outlined in the 2011 GCC-I broke down as rebels drove the internationally recognized government from the country in 2015.

<u>Participation of Women and Minorities</u>:  No laws limit participation of women or members of minorities in the political process, and they participated in the 2012 one-candidate election.

The Hadi-led government has two women ministers.  Prior to the outbreak of conflict, the agreed-upon provisions at the 2014 NDC included a 30 percent quota for women in all branches of government.  Thirty percent of delegates to the 2013-14 NDC were women, and women chaired many committees and working groups.

The NDC had one delegate representing the minority group commonly known as "Muhamasheen" or "Akhdam" (an ethnic group largely descended from East Africans).  According to some preconflict estimates, the Muhamasheen comprised up to 10 percent of the population.  Although only one of the 565 delegates was from the Muhamasheen, this representation was a first for the community.

## Section 4. Corruption and Lack of Transparency in Government

While the law provides for criminal penalties for official corruption, the government was unable to implement the law effectively.  There were reports of official corruption during the year.  A burdensome criminal judicial process creates a separate legal system for the political elite.  According to the constitution, approval of one-fifth of the members of parliament is necessary to conduct a criminal investigation of a deputy minister or higher-ranking official.  The law then requires a two-thirds majority in parliament and presidential permission to bring criminal investigation results to the general prosecutor for indictment.  The government did not use the procedure before Houthi rebels disbanded parliament in 2015.

<u>Corruption</u>:  A culture of corruption was pervasive throughout the country, and observers reported petty corruption in nearly every government office.  Job applicants were often expected to purchase their positions.  Observers believed tax inspectors undervalued assessments and pocketed the difference.  Many government officials and civil service employees received salaries for jobs they did not perform or multiple salaries for the same job.  Corruption also regularly affected government procurement.  Corruption and goods on the black market increased overall in parts of Houthi-controlled areas, particularly in institutions controlled from Sana'a.

Recent analyses by international and local observers, including Transparency International, agreed that corruption was a serious problem in every branch and

level of government, and especially in the security sector.  International observers claimed government officials benefited from insider arrangements, embezzlement, and bribes.  Political leaders and most government agencies took negligible action to combat corruption.

The Central Organization for Control and Audit (COCA) is the national auditing agency for public expenditures and the investigative body for corruption.  It has not conducted any known investigations since 2015.

Some police stations reportedly maintained an internal affairs section to investigate security force abuses, and citizens have the right to file complaints with the Prosecutor's Office.  The Ministry of Interior had a fax line for citizens to file claims of abuse for investigation.  No information was available on the number of complaints the ministry received or investigated or whether the mechanism still existed.

A government plan to collect biometric information on all government employees, including soldiers and security forces, and to create a central registry designed to eliminate tens of thousands of fraudulent and duplicate names from the payroll, was suspended following the armed Houthi takeover in 2015.  The government also suspended implementation of a payment system for soldiers and security forces via bank or post office accounts.  Prior to the outbreak of conflict, that system bypassed paymasters who had previously paid soldiers in cash.

Prior to the outbreak of conflict, the independent Supreme National Authority for Combating Corruption (SNACC) received complaints and developed programs to raise awareness of corruption.  It included a council of government, civil society, and private-sector representatives.  A lack of capacity, particularly in terms of financial analysis, hampered the SNACC.  According to the government, the SNACC continued to operate "at minimal levels" during the year.  No information was available, however, on the number of complaints received or referrals for prosecution.  NGO sources reported that in July Houthi forces raided the SNACC building in Sana'a to hinder anticorruption work and confiscate files that implicated the Houthis in corruption.

Financial Disclosure:  The law requires annual disclosure of financial assets by all ministers, deputy ministers, agency heads, members of parliament, and Shura Council members.  Filers are to provide disclosures to the SNACC for verification. The information was not publicly available.  The SNACC may also request disclosures from any other government employee and provides for penalties for

false filing of information.  The law does not require disclosure of assets of children or spouses.  There was no information on whether officials complied with the law.

## Section 5. Governmental Attitude Regarding International and Nongovernmental Investigation of Alleged Abuses of Human Rights

Nonstate actors, including the Houthi-Saleh rebels, subjected domestic human rights NGOs to significant harassment during the year (see also section 2.b.).  After publishing negative reports, international human rights groups were targeted by media affiliated with both the Hadi government and Houthi-Saleh forces.  Most human rights groups were blocked from accessing the country.

The United Nations or Other International Bodies:  The coalition and Hadi government worked with the United Nations, particularly through the UN Verification and Inspection Mechanism for Yemen, to process delivery of commercial imports and humanitarian aid.  The UN and humanitarian organizations report coalition delays and denials obstruct delivery to the population.  All parties permitted access to UN humanitarian organizations distributing aid, but obstacles remained due to blockades, checkpoints, and continuing armed conflict.

Government Human Rights Bodies:  In 2014 multistakeholder working groups within the NDC focused on a wide spectrum of problems pertaining to human rights, including freedom of press and expression, women's and minority rights, and religious diversity.  In 2015 Presidential Decree Number 13 established the NCIAVHR as an independent group responsible for investigating all alleged human rights violations since 2011.  The commission consists of a chair and eight members with legal, judicial, or human rights backgrounds.

## Section 6. Discrimination, Societal Abuses, and Trafficking in Persons

**Women**

Rape and Domestic Violence:  The law criminalizes rape, but it does not criminalize spousal rape because the law states a woman may not refuse sexual relations with her husband.  The punishment for rape is imprisonment for up to 25 years.  The government did not enforce the law against rape effectively.

There were no reliable rape statistics.  By law authorities can prosecute rape victims on charges of fornication if authorities do not charge a perpetrator.  There were no known cases of rape during the year.  According to law, without the perpetrator's confession, the rape survivor must provide four male witnesses to the crime.

The law states that authorities should execute a man if convicted of killing a woman.  The penal code, however, allows leniency for persons guilty of committing an "honor" killing or violently assaulting or killing a woman for perceived "immodest" or "defiant" behavior.  The law does not address other types of gender-based abuse, such as beatings, forced isolation, imprisonment, and early and forced marriage.

The law provides women with protection against domestic violence, except spousal rape, under the general rubric of protecting persons against violence, but authorities did not enforce this provision effectively.  Victims rarely reported domestic abuse to police and criminal proceedings in cases of domestic abuse were rare.

Female Genital Mutilation/Cutting (FGM/C):  The law does not prohibit female genital mutilation/cutting (FGM/C), although a 2001 ministerial directive banned the practice in government institutions and medical facilities, according to HRW.  The *2013 Demographic and Health Survey*, administered by the Ministry of Public Health and Population, found that 19 percent of all women between the ages of 15 and 49 had undergone some form of FGM/C.

Other Harmful Traditional Practices:  Cases of "honor" killing--the murder of a daughter or sister who "shamed" the family--occurred, particularly in rural areas.  Authorities investigated very few instances.

Sexual Harassment:  No laws specifically prohibit sexual harassment, although the penal code criminalizes "shameful" or "immoral" acts.  Authorities, however, rarely enforced the law.  Sexual harassment in the streets was a major problem for women.

Coercion in Population Control:  There were no reports of coerced abortion, involuntary sterilization, or other coercive population control methods.  Estimates on maternal mortality and contraceptive prevalence are available at:
www.who.int/reproductivehealth/publications/monitoring/maternal-mortality-2015/en/.

Discrimination:  Women faced deeply entrenched discrimination in both law and practice in all aspects of their lives.  Mechanisms to enforce equal protection were weak, and the government could not implement them effectively.

Women cannot marry without permission of their male guardians; do not have equal rights in inheritance, divorce, or child custody; and have little legal protection.  They experienced discrimination in areas such as employment, credit, pay, owning or managing businesses, education, and housing (see section 7.d.).  The estimated 55 percent female literacy rate, compared with 85 percent for men, accentuated this discrimination.

A male relative's consent was often required before a woman could be admitted to a hospital, creating significant problems in a humanitarian context in which the men of the household were often absent or dead.

Women also faced unequal treatment in courts, where the testimony of a woman equals half that of a man's.

A husband may divorce a wife without justifying the action in court.  In the formal legal system, a woman must provide justification.

Any citizen who wishes to marry a foreigner must obtain the permission of the Ministry of Interior (see section 1.f.).  A woman wishing to marry a foreigner must present proof of her parents' approval.  A foreign woman who wishes to marry a male citizen must prove to the ministry that she is "of good conduct and behavior."

Women experienced economic discrimination (see section 7.d.).

**Children**

Birth Registration:  Citizenship derives from a child's parents.  A child of a Yemeni father is a citizen.  Yemeni women may confer citizenship on children born of a foreign-born father if the child is born in the country.  If the child is not born in the country, in rare cases the Ministry of Interior may permit a woman to transmit citizenship to the child if the father dies or abandons the child.

There was no universal birth registration, and many parents, especially in rural areas, never registered children or registered them several years after birth.  The

requirement that children have birth certificates to register for school was not universally enforced, and there were no reports of authorities denying educational or health-care services and benefits to children based on lack of registration.

Education:  The law provides for universal, compulsory, and tuition-free education from ages six to 15.  Public schooling was free to children through the secondary school level, but many children, especially girls, did not have easy access.  For school attendance statistics, see the May 2016 *Humanitarian Situation Report* from UNICEF.

Medical Care:  Due to social discrimination, male children received preferential medical treatment.

Child Abuse:  The law does not define or prohibit child abuse, and there was no reliable data on its extent.  Authorities considered violence against children a family affair.

Early and Forced Marriage:  Early and forced marriage was a significant, widespread problem.  The conflict likely exacerbated the situation, and local and international NGOs reported an increase in forced marriage and child marriage for financial reasons due to economic insecurity.  There is no minimum age for marriage, and girls married as young as eight years of age.

Sexual Exploitation of Children:  The law does not define statutory rape and does not impose an age limit for consensual sex.  The law prohibits pornography, including child pornography, although there was no information available on whether the legal prohibitions were comprehensive.  Article 161 of the Child Rights Law criminalizes the prostitution of children.

Child Soldiers:  See section 1.g., Child Soldiers.

International Child Abductions:  The country is not a party to the 1980 Hague Convention on the Civil Aspects of International Child Abduction.  See the Department of State's *Annual Report on International Parental Child Abduction* at travel.state.gov/content/childabduction/en/legal/compliance.html.

## Anti-Semitism

Approximately 50 Jews remained in the country; according to media reports, most lived in a closed compound in Sana'a after the Israeli Jewish Agency succeeded in

transporting 19 Jews to Israel in March 2016.  The continuing conflict further weakened law enforcement, putting the Jewish community at risk.  Many fled the country as a result.

See the Department of State's *International Religious Freedom Report* at www.state.gov/religiousfreedomreport/.

Anti-Semitic material was rare.  Media coverage of the country's Jewish population was generally positive.  The Houthi movement, however, adopted anti-Semitic slogans, including "death to Israel, a curse on the Jews," and anti-Israeli rhetoric at times blurred into anti-Semitic utterances.  Houthis continued to propagate such materials and slogans throughout the year, including adding anti-Israeli slogans and extremist rhetoric into elementary education curriculum and books.

Members of the Jewish community are not eligible to serve in the military or federal government.  Authorities forbid them from carrying the ceremonial Yemeni dagger.

**Trafficking in Persons**

See the Department of State's *Trafficking in Persons Report* at www.state.gov/j/tip/rls/tiprpt/.

**Persons with Disabilities**

Several laws mandate the rights and care of persons with disabilities, but the government was unable to enforce them.  The law permits persons with disabilities to exercise the same rights as persons without disabilities, but this did not happen in practice.  Social stigma and official indifference were obstacles to implementation.

The law reserves 5 percent of government jobs for persons with disabilities and mandates the acceptance of persons with disabilities in universities, exempts them from paying tuition, and requires that schools be accessible to persons with disabilities.  The extent to which any authority implemented these laws was unclear.

Children with disabilities may attend public schools, although schools made no special accommodations for them.

Although the law mandates that new buildings have access for persons with disabilities, compliance was poor.

Information about patterns of abuse of persons with disabilities in educational and mental health institutions was not publicly available.

The Ministry of Social Affairs and Labor is responsible for protecting the rights of persons with disabilities.  The Hadi government could not continue collaboration with the World Bank to administer a social development fund; the ministry was also unable to oversee the Fund for the Care and Rehabilitation of the Disabled, which provided limited basic services and supported more than 60 NGOs assisting persons with disabilities.

**National/Racial/Ethnic Minorities**

Although racial discrimination is illegal, some groups, such as the Muhamasheen or Akhdam communities, and the Muwaladeen (Yemenis born to foreign parents), faced social and institutional discrimination based on race, ethnicity, and social status.  The Muhamasheen, who traditionally provided low-prestige services such as street sweeping, generally lived in poverty and endured persistent societal discrimination.  Muhamasheen women were particularly vulnerable to rape and other abuse because of the general impunity for attackers due to the women's low-caste status.

**Acts of Violence, Discrimination, and Other Abuses Based on Sexual Orientation and Gender Identity**

Lesbian, gay, bisexual, transgender, and intersex (LGBTI) persons faced discrimination and could face the death penalty, although there were no known executions of LGBTI persons in more than a decade.  The penal code criminalizes consensual same-sex sexual conduct, with the death penalty as a sanction under the country's interpretation of Islamic law.

Due to the illegality of and possible severe punishment for consensual same-sex sexual conduct, there were no LGBTI organizations.  Because the law does not prohibit discrimination, the government did not consider LGBTI problems "relevant" for official reporting, and few LGBTI persons were open about their sexual orientation or gender identity.  The government blocked access to LGBTI internet sites.

## HIV and AIDS Social Stigma

While there were no reports of social violence against persons with HIV/AIDS, the topic was socially sensitive and infrequently discussed. Discrimination against persons with HIV/AIDS is a criminal offense, and information was not available on whether there were reports of incidents of discrimination occurring during the year.

## Section 7. Worker Rights

Government enforcement of labor law was weak to nonexistent due to the continuing conflict. Labor laws were still in effect, but Houthi-Saleh rebels controlled the ministries responsible for their implementation, and the government was unable to enforce them.

## a. Freedom of Association and the Right to Collective Bargaining

The labor code provides for the right of salaried private-sector employees to join unions and bargain collectively. These protections do not apply to public servants, day laborers, domestic servants, foreign workers, and other groups who together made up the majority of the work force. The civil service code covers public servants. The law generally protects employees from antiunion discrimination and prohibits dismissal for union activities. Due to the continuing conflict, the government lacked the capacity to enforce labor laws effectively.

While unions may negotiate wage settlements for their members and may conduct strikes or other actions to achieve their demands, workers have the right to strike only if prior attempts at negotiation and arbitration fail. They must give advance notice to the employer and government and receive prior written approval from the executive office of the General Federation of Unions of the Republic. Strikes may not be carried out for "political purposes." The proposal to strike must be put to at least 60 percent of all workers concerned, of whom 25 percent must vote in favor for a strike to be conducted.

The government was unable to enforce laws on freedom of association and the right to collective bargaining.

Although not required by law, all unions were federated within the GFYWTU. While not formally affiliated with the government, the GFYWTU was the only

official federation and worked with the government to resolve labor disputes.  In practical terms, a union's ability to strike depended on its political strength.  Under the transitional government, authorities often accused unions and associations of being linked to a political party.  The Development Working Group of the NDC called for the independence of all unions.

## b. Prohibition of Forced or Compulsory Labor

The penal code prescribes up to 10 years' imprisonment for any person who "buys, sells, gives [a human being] as a present, or deals in human beings."  This statue's narrow focus on transactions and movement means the law does not criminalize many forms of forced labor.

The Hadi government did not effectively enforce the law due to the continuing conflict, lack of resources, and interests of the elite, many of whom supported such forms of labor.

There were numerous reports of such practices in both urban and rural areas.  Some sources reported that the practice of chattel slavery in which human beings were traded as property continued.  While no official statistics existed detailing this practice, a 2014 study by a human rights organization documented 190 cases of slavery in three directorates of the Hajjah Governorate.  Sources reported there could be several hundred other men, women, and children sold or inherited as slaves in the al-Hodeida and al-Mahwit Governorates.  In some instances employers forced children into domestic servitude and agricultural work (see section 7.c.) and women into domestic servitude or prostitution.  Migrant workers were vulnerable to forced labor conditions.

See also the Department of State's *Trafficking in Persons Report* at www.state.gov/j/tip/rls/tiprpt/.

## c. Prohibition of Child Labor and Minimum Age for Employment

The law prohibits child labor, but the government was unable to implement its regulations effectively.  The Combating Child Labor Unit (CCLU) within the Ministry of Social Affairs and Labor was responsible for implementing and enforcing child labor laws and regulations.

The country's minimum employment age is 14 or not lower than the age of completion of compulsory education.

Children under 18 with formal contracts may work no longer than six hours a day, with a one-hour break after four consecutive hours, on weekdays between 7 a.m. and 7 p.m.

Child labor was common, including its worst forms.  According to a 2013 International Labor Organization study, more than 1.3 million children participated in the workforce, including 469,000 children between the ages of five and 11.  The results of the country's 2012 national child labor survey indicated that 17 percent of the 7.7 million children in the five-to-17 age group and 11 percent of those between the ages of five and 11 were involved in child labor.  In 2014 the director of the CCLU estimated the informal minimum wages paid by private-sector businesses to children ranged between 430 and 650 riyals ($1.70 to $2.60) per day.

In rural areas, family poverty and traditional practice led many children to work in subsistence farming.  In urban areas, children worked in stores and workshops, sold goods, and begged on the streets.  Children also worked in some industries and construction.  Continued weak economic conditions forced hundreds of children to seek work in the hazardous fishery sector.  Children also reportedly worked in dangerous conditions in construction, mining, and waste dumps.  According to HRW, nearly one-third of all combatants in the country were under 18 years of age (see section 1.g., Child Soldiers).

See also the Department of Labor's *Findings on the Worst Forms of Child Labor* at www.dol.gov/ilab/reports/child-labor/findings/.

## d. Discrimination with Respect to Employment and Occupation

The labor law does not address sexual orientation, political opinion, national origin, social origin, gender identity, HIV status, or other communicable diseases. Authorities did not consistently enforce the law, and discrimination based on race, gender, and disability remained a serious problem in employment and occupation.

Racial and employment discrimination against the Muhamasheen was a problem. Persons with disabilities faced discrimination in hiring and limited access to the workplace (see section 6).  Foreign workers may join unions but may not be elected to office.

## e. Acceptable Conditions of Work

**YEMEN** 37

There was no established minimum wage in the private sector.  The minimum civil service wage was more than the estimated poverty income level, and government agencies implemented it.  Labor laws were not enforced in the informal sector, which included an estimated 89 percent of the workforce.

The law specifies a maximum 48-hour workweek with a maximum eight-hour workday, although many workshops and stores operated 10- to 12-hour shifts without penalty.  The 35-hour workweek for government employees was nominally seven hours per day from Sunday through Thursday.  The law requires overtime pay and paid holidays and leave and prohibits excessive or compulsory overtime.

The law prescribes occupational safety and health standards.  It states every employer must provide industry-appropriate safe and healthy conditions for workers.  The law recognizes the right of workers to remove themselves from dangerous work situations, and workers may challenge dismissals based on such actions in court.  The safety law does not apply to domestic servants, casual workers, or agricultural workers.  There was no credible information available regarding work-related accidents or fatalities during the year.

Government enforcement of labor law was weak to nonexistent.  Working conditions generally were poor, and wage and overtime violations were common. Foreign migrant workers, youth, and female workers typically faced the most exploitative working conditions.

# Exhibit B



# SAUDI ARABIA

*and*

# THE YEMEN CONFLICT

APRIL 2017 REPORT



"Yemen is where the real proxy war is going on, and winning the battle in Yemen will help define the balance of power in the Middle East."

IRANIAN OFFICIAL TO REUTERS, MARCH 22, 2017

# Contents

01  Executive Summary                                            4

02  Overview of Saudi-led Coalition Achievements in Yemen        8

03  Strategic Interests in Yemen                                12

04  The Houthis and Iran                                        16

05  A Recent History of Yemen                                   20

06  AQAP and Daesh in Yemen                                     30

07  Houthi Violations                                           34

08  Humanitarian Aid to the People of Yemen                     38

09  Blockade Accusations                                        42

10  Steps to Reduce Civilian Casualties                         44

11  Appendix                                                    50



President Hadi stated that Yemen would have fallen in four days and would have been an Iranian state had it not been for the Operation Decisive Storm launched by the Arab military coalition under the leadership of Saudi Arabia.

# 01

---

# Executive Summary

Yemen has experienced political turmoil and a climate of lawlessness for decades. In recent years, however, Iran's covert support for a Yemeni faction exacerbated existing divisions and triggered a political and economic crisis that led to the violent ouster of President Abd-Rabbuh Mansour Hadi in 2015. As Yemen found itself on the brink of civil war, an international coalition led by Saudi Arabia and supported by the United States intervened. Its objectives were to protect the civilian population from attacks by Iranian-supported Houthi militias, restore the legitimate government and prevent Yemen from becoming a safe haven for Al-Qaeda and a base for Iranian adventurism and subversion in the region.

Saudi Arabia and the states of the Gulf Cooperation Council (GCC) began an intense diplomatic effort aimed at avoiding civil war in Yemen when nationwide protests began in February 2011. Saudi Arabia helped to broker the departure of Yemen's longtime leader, Ali Abdullah Saleh, and the formation of a National Unity government. It also promoted a United Nations-led National Dialogue among all political factions and free elections in 2012 in which Abd-Rabbuh Mansour Hadi was elected president. This period of optimism was cut short by repeated attempts by the Houthis to sabotage the nation-building process, at first by political obstruction, and then by military means.

The root causes of the conflict in Yemen are complex. The al Houthi family and the political-rebel movement whose adherents collectively refer to themselves by "the Houthis" have waged a decade-long campaign to achieve political power by military force. This campaign of aggression has aggravated longstanding divisions and produced attacks on both fellow Yemenis and Saudi civilians across the border. Their insurgency against Yemen's central government has been aided by the financial and operational support of Iran's Islamic Revolutionary Guard Corps (IRGC) and Lebanon's Hezbollah militia.

Iran's interference in Yemen is of a piece with its activities in Lebanon, Iraq, and elsewhere, and Iranian involvement has escalated in Yemen as the conflict wore on. Indeed, upon the capture of the Yemeni capital, Sana'a by the Houthis in 2014, a prominent Iranian government official boasted that Iran now controls four Arab capitals, with Sana'a joining Beirut, Baghdad and Damascus.[1] Iran has smuggled weapons into Yemen, in violation of an arms embargo imposed by the United Nations Security Council, that have been used to attack Saudi, U.S. and Emirati ships off the Yemeni coast and civilians in Saudi Arabia. Major General Qassem Soleimani, commander of the Qods Force—the external arm of the Islamic Revolutionary Guard Corps—met top IRGC officials in Tehran in February 2017 to evaluate plans that would further advantage the Houthis in Yemen. A senior Iranian official told Reuters, "Yemen is where the real proxy war is going on, and winning the battle in Yemen will help define the balance of power in the Middle East."[2]

> In 2014, a prominent Iranian government official boasted that Iran now controls four Arab capitals, with Sana'a joining Beirut, Baghdad and Damascus.

As President Hadi sought to draft a constitution that could represent the interests of all Yemenis and capitalize on the achievements of a political transition endorsed by the United Nations, former president Saleh found common cause with Iran and its Houthi allies, who sought to unilaterally redraw Yemen's internal boundaries in their favor. The Houthis resisted repeated diplomatic efforts by multilateral organizations to find a political solution. As violence escalated, the international community expressed grave concern at the prospect of a coup d'état by an Iranian-backed extremist militia that had already violently occupied several cities, seized government posts, and bombed the Presidential Palace.

---

1   Middle East Monitor, "Sana'a is the fourth Arab capital to join the Iranian revolution," September 27, 2014

2   Reuters, "Exclusive: Iran steps up support for Houthis in Yemen's war," March 22, 2017

It was successive Houthi military offensives throughout 2014 and 2015 that finally provoked the Hadi government to request the intervention of what was to become the Saudi-led coalition. Military action was based upon the principle of self-defense contained in Article 51 of the UN Charter. Preventing Houthi control of Yemen and protecting Yemen's neighbors from the Houthis' arsenal of ballistic weapons, tanks and other advanced military equipment was essential to the national security of Saudi Arabia and other GCC nations.

As part of the effort to restore the legitimate government of Yemen, Saudi Arabia and its Coalition partners have also degraded the ability of Al-Qaeda in the Arabian Peninsula (AQAP) and Daesh (ISIS) to use Yemeni territory as a safe haven. AQAP terrorists have exploited the security vacuum that followed the Houthi assault on Sana'a in September 2014, and expanded their presence in the countryside, specifically Yemen's southern and eastern regions. In April 2015, AQAP fighters attacked and occupied the strategic port city of Mukalla, which was subsequently liberated by Yemeni armed forces, in collaboration with Saudi and Emirati special forces. Today, AQAP does not control a single city in Yemen. In November 2014, Daesh established a foothold in Yemen and began to directly target Coalition forces in Yemen in response to the Kingdom's coordinated efforts to degrade the terror group's operational bases in Syria.

Saudi Arabia remains committed to a peaceful, diplomatic and multilateral solution to the crisis in Yemen. Saudi Arabia supports the UN-led efforts to achieve a political solution in Yemen based upon UNSC Resolution 2216, the GCC initiative, and the outcomes of the National Dialogue. Although military intervention in Yemen was necessary to prevent Yemen's collapse, the solution to the country's conflict will be political: the formation of a new national unity government, with power shared among the parties. Such a unity government would respect the sanctity of international borders, ensure Yemen's territorial integrity, and prohibit the deployment of weapons from Yemeni territory that threaten international waterways or the security of Yemen's neighbors.

A stable, prosperous and self-governing Yemen free of foreign influence and transnational terrorist organizations is within reach. As the single-largest donor of humanitarian aid to Yemen, the Kingdom has committed to play a substantial role in future reconstruction efforts.



Left unchecked, the Houthi militias, backed by Iran, would have taken control of Yemen—along with its military arsenal of ballistic weapons, tanks and other advanced military equipment—and turned those weapons on its neighbors.

Armed Houthi militia in southern Sana'a, April 2015.

# 02

—

# Overview of Saudi-led Coalition Achievements in Yemen

Following are the achievements in the campaign against Iran-backed Houthi separatists as well as against the terrorist organizations in Yemen:

## Improved Containment of Iranian Influence on the Arabian Peninsula

After the fall of the legitimate Yemeni government at the beginning of 2015 because of the Houthi offensive, Iran sought to provide the Houthis with political and financial support. The Houthis subsequently became the single largest militia force in the country, and were particularly strong in north and central Yemen. The Houthis were then able to direct significant violence at Saudi targets:  In July 2015, Houthi military units shelled Saudi military sites in Jizan Province. Between May 2015 and January 27, 2017, the Kingdom intercepted more than 40 missiles launched at Saudi territory from Yemen[3], nine of these missiles have struck Saudi territory. A convoy of Iranian ships headed to the Gulf of Aden in March 2016 carrying weapons to that group's militia was intercepted by U.S. naval vessels responding to Saudi Arabia's request. Saudi intervention has stalled Iranian ambitions to turn Yemen into a proxy-state and Houthi militias into another Hezbollah.

## Substantial Eradication of Houthi-led Separatism

Houthi rebels participated in the Yemeni national dialogue and agreed to its outcomes. The Houthis, however, reneged in their commitments and launched a military offensive occupying the city of Amran in the summer of 2014 and the capital of Sana'a in September 2014. Saudi Arabia's intervention, done as a response to a request by the legitimate government of Yemen,  prevented the fall of Aden and supported the legitimate government in regaining control over more than 85 percent of Yemen's territory.

3   The Missile War in Yemen; Missile Defense Project, Center for Strategic and International Studies



Humanitarian aid distributed by the King Salman Humanitarian Aid and Relief Center

Saudi Arabia is the single largest donor of humanitarian aid to Yemen, having contributed over $847 million in food, medicine, shelter and other assistance.

### Erosion of Religious Extremism

Left unchecked, Yemen's political power struggle and resulting civil war would have left that country more vulnerable to the violent influence of terror groups already inflaming the region.

### Reduction of Aggression Against Yemen's Civilian Population

Over the course of the war, Houthis have bombed civilians on the ground, used child soldiers, and withheld humanitarian food assistance as a means of intimidation. In Taiz, where the Houthis used such brutal tactics against civilians, Saudi Arabia dropped food and medicine to relieve the siege against the city.

### Resumption of Humanitarian Assistance

Saudi Arabia has been able to extend significant humanitarian support to help ameliorate the suffering of a population that was devastated by internal conflict long before Riyadh's decision to intervene. The Kingdom has been the single largest donor of humanitarian aid to Yemen, contributing more than $847 million during the conflict. In April 2015, responding to an appeal by the United Nations, the Kingdom gave $274 million to support UN efforts in Yemen, and then announced in May that it would supply an additional

10

$267 million in assistance. Such aid is not new: Riyadh pledged $3 billion to help Yemen implement reforms against poverty and hunger in 2012 and donated millions of barrels of crude oil and petroleum products to assist with Yemen's energy needs that year and beyond.

## Thwarting the Menace of Al-Qaeda and the Rise of Daesh

Al Qaeda in the Arabian Peninsula (AQAP), cited by the U.S. State Department in 2014 as the greatest threat to Saudi internal security, sought to exploit the Yemen civil war for its own objectives, including suicide bombings that targeted Saudi and Western nationals. Daesh has penetrated Yemen, having carried out car bombings, attacks on mosques, and grisly executions that claimed more than 130 lives by the end of December 2015. Terrorist strongholds have subsequently been liberated by Coalition forces.

## Diplomatic Efforts

Saudi Arabia, the GCC, G10 countries and the Special Representative of the UN Secretary General have worked diplomatically to seek a peaceful transition of government. In 2011, political parties in Yemen agreed to accept the GCC Initiative. However, while Riyadh and President Hadi have sought compromise with Houthi forces—including parliamentary representation and greater autonomy within Yemen's provinces—the Houthis chose to attempt to win territory through military action. Today, diplomatic efforts are mainly UN-led with the political support of Saudi Arabia, the GCC and the international community. The Kingdom and its Coalition partners continue to prevent further destabilization and create a more hospitable climate for negotiations.

Left unchecked, the Houthi militias, backed by Iran, would have taken control of Yemen—along with its military arsenal of ballistic weapons, tanks and other advanced military equipment—and turned those weapons on its neighbors. Saudi Arabia continues to work toward a peaceful solution that maintains the integrity and independence of Yemen. Saudi Arabia is committed to providing the financial support necessary to rebuild Yemen and improve the quality of life for all Yemenis. Without Saudi involvement, Yemen's conflict could have produced unacceptable consequences for regional and international security.



Saudi artillery shelling Houthi targets along the Saudi-Yemeni border.

Saudi Arabia's intervention, done at the request of the legitimate government of Yemen, prevented the fall of Aden and has successfully restored legitimate government control to more than 85 percent of Yemen's territory.

# 03

—

# Strategic Interests in Yemen

The strategic interest of Saudi Arabia in securing stability in Yemen and in maintaining the legitimate, popularly-elected national government of President Abd-Rabbuh Mansour Hadi is four-fold: securing Saudi Arabia's border, stemming Iran's regional expansionist ambitions, combating terrorist threats and safeguarding regional security.

Many of Saudi Arabia's strategic interests in seeing stability in Yemen are in line with international priorities in the region. In particular, with respect to fighting terrorism, containing Iranian aggression, and promoting regional stability and cooperation, the interests of the United States and Saudi Arabia run parallel.

Combating Iran-backed Houthi violence directed against the Yemeni population and, by extension, against Saudi Arabia is the first strategic priority of the Kingdom. Saudi Arabia has endured unprovoked attacks towards its Jizan Province, Houthi ballistic missile attacks against civilians, and attacks against Saudi border security forces. To date, Houthi separatists have attempted more than 40 missile strikes against Saudi Arabia from the Yemen border and coastal territories, with nine such attempts striking Saudi land.

Secondly, Saudi Arabia's interest in quelling this conflict also includes thwarting the geopolitical expansionist ambitions of Iran in Yemen - a sentiment also echoed by the Kingdom's Coalition partners and allies.

Iran, the world's biggest state sponsor of terrorism, has provided Houthis with weaponry, financial support and training as part of an effort to swing Yemen in favor of Iran's regional ambitions. Iran has publicly admitted that they will continue to meddle in Yemen's domestic politics, telling Reuters "Yemen is where

the real proxy war is going on and winning the battle in Yemen will help define the balance of power in the Middle East."

Iran has backed the Houthi militia, an effort that dates back over a decade. The Houthi have been a proxy for Iran, which is seeking to extend its influence in the region, and Iran has provided the Houthis with weaponry, financial support and training.

It will be necessary to break Iranian influence in order to bring stability to Yemen and restore peace in the region. The burden of keeping Iran in check will have to be shared by a strong Arab coalition backed by the United States, all while continuing to press the attack on terrorist organizations. The United States has committed to standing by Saudi Arabia to accomplish this.

Additionally, the international community has strategic interest in preventing Al Qaeda in the Arabian Peninsula (AQAP), long a highly active terrorist group operating in Yemen, from taking advantage of civil strife and political conflict in Yemen to extend its presence there. AQAP is considered by the U.S. Department of Homeland Security to be the Al Qaeda affiliate "most likely to attempt transnational attacks against the United States." To date, that terrorist group has unsuccessfully attempted to target the U.S. at least three times – using concealed explosive devices designed to destroy commercial aircraft or detonate inside parcel packages. The intelligence services of Saudi Arabia helped disrupt two of these plots.

The status of Yemen as a safe haven for transnational terrorist organizations has challenged four consecutive U.S. Presidents. Since the bombing of the USS Cole on Oct 12, 2000, terrorist groups have continued to threaten U.S. interests in Yemen. For example, a September 2008 attack on the U.S. embassy in Sana'a resulted in 18 killed and 16 wounded. In November 2014, AQAP claimed it had attempted to kill U.S. Ambassador Matthew Tueller, but the two bombs were detected minutes before their detonation.

Furthermore, terrorist plots originating in Yemen have threatened the U.S. homeland. Saudi and American intelligence have worked together to foil these terrorist plots. For example, Saudi intelligence was crucial in foiling a 2010 AQAP plot to detonate a bomb lodged in a printer on a cargo plane bound for Chicago. The U.S. State Department and National Counter Terrorism Center has designated the

group as the most active of terrorists openly intent on attacking the U.S. homeland. The conflict in Yemen, and all developments that stem from it, are a vital part of the United States' Global War on Terror. Restoration of the legitimate, internationally-recognized government of Yemen would further enhance U.S. counterterrorism objectives in Yemen.

Finally, there is the Kingdom's interest in safeguarding regional security. Yemen is of considerable geopolitical importance. The country, with its 1,184-mile coastline, is strategically located next to the Bab al Mandab strait, through which commercial oil tankers carry an estimated 3.4 million barrels per day (3.5% to 4% of the global oil supply).[4]

> With respect to fighting terrorism, containing Iranian aggression, and promoting regional stability and cooperation, the interests of the United States and Saudi Arabia run parallel.

United States foreign policy, as articulated by President Donald Trump, places a greater emphasis on U.S. allies taking greater responsibility for their own regional security. Saudi Arabia is in full agreement with this policy. Indeed, Saudi efforts to stabilize Yemen are an effort to assert the Kingdom's role as a guarantor of regional stability. These areas of agreement were further outlined by Foreign Minister Adel bin Ahmed Al-Jubeir in remarks to the Munich Security Conference on February 19, 2017: "[President Trump] believes in destroying Daesh; so do we. He believes in containing Iran; so do we. He believes in working with traditional allies; so do we. And when we look at the composition of the Cabinet and the personalities that he appointed: Secretary of Defense, Secretary of State, Secretary of Homeland Security, Secretary of Commerce, Secretary of Treasury. These are very experienced, highly skilled, highly capable individuals who share that worldview."

---

[4]   Congressional Research Service. "Yemen: Background and U.S. Relations"; Jeremy M. Sharp; February 11, 2015. For information on the geostrategic position of Yemen, see also: The United States Energy Administration, "World Oil Transit Chokepoints", 2012; available at www.eia.gov



Iran actively supported members of the Houthi tribe in northern Yemen, including activities intended to build military capabilities, which could pose a greater threat to security and stability in Yemen and the surrounding region. In July 2012, the Yemeni Interior Ministry arrested members of an alleged Iranian spy ring, headed by a former member of the IRGC.

COUNTRY REPORTS ON TERRORISM 2012
U.S. DEPARTMENT OF STATE MAY 30, 2013

Tribal gunmen loyal to the Houthi militia brandish their weapons, March 2015

# 04

## The Houthis and Iran

Iran's Islamic Revolutionary Guard Corps (IRGC) have provided the Houthis with money, training, and sophisticated weaponry for more than a decade, according to the U.S. State Department. The Revolutionary Guard is believed to have transferred rocket and missile capability as well.



A Houthi sniper trains his sights on Sana'a. Iran has supplied the Houthis with weaponry, financial support and training.

"Iran continues to provide arms to the Houthi forces, despite a U.N. Security Council resolution prohibiting such actions," said Senator Bob Corker to the Senate Committee on Foreign Relations on March 9, 2017. "Houthis have used these weapons to attack U.S. ships off of the Yemeni coast, and they are launching missiles across the border into Saudi Arabia."

Thomas Joscelyn of the Foundation of the Defense of Democracies at the same hearing added, "There is no question that Iran and the Houthis are allies." He continued: "It is in Iran's interest to work with the Houthis against Saudi-backed forces in Yemen, while also encouraging Houthi incursions into the Saudi kingdom". These statements sum up the general U.S. government view of the Iranian relationship with the Houthi forces as well as that of the Gulf and other Saudi-led coalition forces in Yemen

The U.S. Government has long recognized Iran as one of the Houthis' two key backers, the other being former President Saleh and his network. In its Country Reports on Terrorism 2012, the State Department noted.[5]

---

5    Country Reports on Terrorism: 2012; U.S. Department of State; May 30, 2013

"Iran actively supported members of the Houthi tribe in northern Yemen, including activities intended to build military capabilities, which could pose a greater threat to security and stability in Yemen and the surrounding region. In July 2012, the Yemeni Interior Ministry arrested members of an alleged Iranian spy ring, headed by a former member of the IRGC."



# The Threat at Sea

IRANIAN–BACKED HOUTHIS SMUGGLE ARMS, THREATEN SHIPS

SAUDI ARABIA

YEMEN

NOTE: All vessel locations are approximations

The U.S. and its allies have intercepted multiple shipments from Iran to the Houthis that have included coastal defense systems, according to senior U.S. officials. Tehran has stepped up its assistance since May 2016, sending anti-ship missiles, explosives, and personnel.

## Interdiction of vessels smuggling arms to Iranian-backed Houthi militias in Yemen have been ongoing for years.

- **JANUARY 23, 2013:** Yemeni naval forces seize Jihan 1, carrying surface-to-air missiles and 16,716 blocks of C4 explosive.

- **MARCH 7, 2013:** Yemeni naval forces seize Jihan 2 in Bab al Mandab strait while unloading weapons onto a Yemeni fishing boat.

- **SEPTEMBER 26, 2015:** Coalition naval forces seize Iranian-registered fishing boat southeast of Salalah, carrying 18 Konkurs anti-armor missiles and 54 BGM-17 anti-tank missiles.

- **FEBRUARY 27, 2016:** Australian frigate HMAS Darwin of the Royal Australian Navy seized a cache of arms from a vessel 313 km off the coast of Oman, including machine guns, rocket-propelled grenade launchers, and mortars.

- **MARCH 20, 2016:** The French frigate FS Provence stopped a vessel off the Yemeni island of Socotra, seizing AK-47s, sniper rifles and anti-tank missiles.

- **MARCH 28, 2016:** USS Sirocco, operating as part of U.S. Naval Forces Central Command, intercepted and seized the shipment of weapons hidden aboard a small, stateless vessel. The arms cache included 1,500 AK-47s, 200 RPG launchers and 21 .50-caliber machine guns.

- **OCTOBER 9, 2016:** Iranian-backed Houthi militias fire missiles at the USS Mason, patrolling in the Red Sea.

- **JANUARY 31, 2017:** Houthi suicide boats attack Saudi patrol frigate off coast of Hodeidah, killing two Saudi sailors.



On February 21, 2012,
Abd-Rabbuh Mansour Hadi
was elected president in a
momentous vote that marked
a new chapter of optimism
for legitimate governance in
Yemen.

## 05

——

# A Recent History of Yemen

Yemen has always been a fragile state, one that hostile foreign actors have used as a proxy for their own regional ambitions. Throughout Yemen's history, the United States and Saudi Arabia have partnered with the legitimate government of Yemen to fight transnational terrorist groups and promote regional stability. Hostile actors such as Iran, however, have preyed upon internal political divisions in the country to destabilize Yemen and use it as a base to threaten Saudi territory, as well as disrupt vital commercial shipping lanes.

Meanwhile, transnational terrorist groups such as Al Qaeda in the Arabian Peninsula and Daesh have taken advantage of internal divisions in Yemen to carve out a safe haven for terrorist activities. The Al-Qaeda bombing of the USS Cole in October 2000 in Aden harbor was the first of many attacks on Western targets in Yemen in recent years. In September 2004, a Yemeni court sentenced two men to death and four others to prison terms for orchestrating the suicide bombing of the USS Cole.

### Continuous Counterinsurgency: 2004–2011

In June 2004, Houthi rebels began a revolt in the northern province of Saa'da. On August 5, 2004, Yemeni officials announced a major offensive to quash this rebellion in these northern mountains. In the six-week conflict that ensued, 500 people were killed—the first large-scale death toll in the conflict.

By 2007, the Yemeni government seized bases belonging to the Houthis in northern Yemen, following fighting that claimed 4,000 lives and drove approximately 2,500 civilians from their homes. On June 16, 2007, representatives of both sides announced a ceasefire in that three-year fight. The ceasefire was broken on January 10, 2008 when Houthis attacked military bases near Jabal

Marran. On September 17, 2008, the U.S. Embassy was attacked with automatic weapons and rocket-propelled grenades.

In 2009, the conflict began to escalate on the border, with Houthi fighters infiltrating Saudi Arabia. In response, Saudi Arabia launched a large-scale military incursion into northern Yemen in November to address the infiltration of Houthi militias and stop attacks targeting Saudi border areas. By January 2010, this cross-border fighting had claimed the lives of 133 Saudi soldiers.

## Peaceful Political Transition: 2011–2014

On February 2, 2011, facing a Tunisia-style "Arab Spring" national uprising, President Saleh announced that he would not seek re-election in 2013, but would serve out the remainder of his term. This decision came after the start of demonstrations that drew people from all interest groups, including Houthis, to protest the poor governance and corruption that had marred Yemeni political institutions under Saleh. Over 16,000 protestors participated in the early demonstrations of January 2011, urging an end to the 33-year presidency of Saleh, who had failed to adequately improve the welfare of Yemen's people during his rule.

The youth of Yemen played an instrumental role in the protests as leading activists and civil society representatives calling for a prosperous future for all Yemenis. For years, stagnant development and widespread poverty were significant aggravators of unrest in Yemen. After decades of political and economic frustration, opposition groups put forth a proposal to have Saleh peacefully step down from power. Saleh rejected all popular demands for political change, instead resorting to a crackdown on demonstrators that lasted for more than a year. Protests were met with relentless violence by Saleh-backed forces that targeted crowds of civilians and left countless demonstrators wounded.

Finally, the contentious political turmoil in Yemen reached its culmination with a power transfer agreement to remove Saleh from office. By November 2011, the Government of Yemen, alongside allied neighboring states in the Gulf Cooperation Council, introduced the GCC Initiative to prevent the country's descent into civil war. Despite attempts by Saleh to impede the GCC Initiative and the transitional phase that followed, a national unity government emerged with the unprecedented guarantee of transparent and free elections. On February 21, 2012, Abd-Rabbuh

Mansour Hadi was elected president in a momentous vote that marked a new chapter of optimism for legitimate governance in Yemen.

As part of the GCC Initiative, a National Dialogue Conference, structured by United Nations Security Council Resolution 2051, began in 2013. The details of the accord were worked out by the United Nations, led by Special Envoy Jamal L. Benomar. President Hadi had managed to bring together all the nation's political factions—including the Houthis—in an attempt to reach consensus on governance.



A Saudi solider patrols the Saudi-Yemeni border. Houthi militias have fired over 55,000 projectiles into Saudi territory.

The NDC started its sessions on March 18, 2013, and all parties agreed on a political "road map" following the conclusion of the NDC on January 24, 2014. The NDC called for Aden and Hadramawt to be the south's two new federal regions, with the remaining four federal regions to be in the north. The capital, Sana'a, would have a special status. The next step was drafting the constitution. The Houthis, who had initially agreed to support the outcome of NDC, obstructed its implementation.

## Houthi Destabilization: 2014-2015

The promise of progress and stability arising from Yemen's political transition began to erode throughout 2014 and early 2015. When the NDC concluded in January 2014, Yemen's political transition was not yet complete. The National Dialogue worked to modify the government structure and the rights of citizens. Still, a constitution was yet to be drafted, a referendum on its approval had to be held, and subsequent presidential and parliamentary elections were still on hold.

Many international observers were concerned that the momentum in Yemen would shift from the positive gains made by President Hadi to those opposed to the internationally-backed transition process—namely, former president Saleh and his Houthi allies who sought to redraw Yemen's internal boundaries in their favor.

Within weeks, the Houthi movement, at war with the government on-and-off since 2004, launched another military offensive against various local allies of President Hadi. In February 2014, days after the conclusion of the National Dialogue Conference, the Houthis launched an attack against tribal forces in Amran province. Forces aligned with former President Saleh reportedly joined the Houthis. In May, a brigade of the Yemeni Army with ties to former General Ali Mohsen (who had fought the Houthis in previous rounds of conflict) engaged Houthi fighters in Amran. By July, Houthis had seized the province and city of Amran, killing the leader of the brigade that had been dispatched to stop the Houthis.

Beginning in August, Houthi protestors surrounded the capital, demanding that the government resign and fuel subsidies be reinstated. (Yemen has the highest level of energy subsidies in the region). Government security forces clashed with Houthis encamped around the capital, killing several people. By September, Houthis had taken control of Sana'a, gaining control of principal government buildings and forcing the resignation of the Yemeni prime minister, Mohammed Basindawa.

On September 21, 2014, the United Nations brokered a ceasefire agreement known as the Peace and National Partnership Agreement. Under the terms of the deal, the Houthis and a separatist movement in the southern part of the country were to be granted greater representation in a new government. The deal also called for the reinstatement of fuel subsidies. An annex to the deal, which the Houthis did not sign, called on that group to abide by the ceasefire, disarm their militia, and leave the capital.

On November 7, Yemeni officials announced the formation of a new government consistent with the terms of the Peace and Partnership Agreement. However, the Houthis and the General People's Congress refused to participate in the new government. On the same day, the United Nations Security Council imposed sanctions under UN Security Council Resolution 2140 (asset freeze and travel ban) on former president Saleh and Houthi leaders Abd al Khaliq al Huthi and Abdullah Yahya al Hakim.

The United States, which had sought the sanctions, announced that "As of fall 2012 Ali Abdullah Saleh had reportedly become one of the primary supporters of the Houthi rebellion. Saleh was behind the attempts to cause chaos throughout Yemen." A day after the formation of the new government and the imposition of



Yemeni protestors in Aden condemn Houthi ballistic missile attacks on Saudi Arabia.

OCTOBER 2016

As of fall 2012, Ali Abdullah Saleh had reportedly become one of the primary supporters of the Houthi rebellion. Saleh was behind the attempts to cause chaos throughout Yemen.

U.S. Letter to United Nations Security Council, October 31, 2014

sanctions, the former ruling party headed by ex-president Saleh ousted President Hadi from his role as the party's Secretary General. In addition, AQAP claimed that it tried to assassinate U.S. Ambassador to Yemen Matthew Tueller, but its bombs were detected "minutes before their detonation."[6]

Throughout the winter of 2014, the Houthis continued to circumvent the authority of President Hadi. The group unilaterally appointed regional governors and rejected the appointment of a new army chief of staff. Despite politcal efforts, the Houthis continued to retain armed militiamen in the capital. Houthi militiamen detained President Hadi's chief of staff, Ahmed Awad bin Mubarak, one of the primary figures involved in the drafting process of the new constitution.

Houthi aggression continued in early 2015, led by troops loyal to Abdul Malik al Houthi. The Presidential Palace was seized on January 20, 2015 and Houthi militias attacked the private residence of President Hadi in Sana'a. This Houthi leader was praised by Mohsen Rezaei, former senior Islamic Revolutionary Guards Corps (IRGC) commander, claiming "Congratulations to you, the heroic resistance of the people and the glorious victory of you the children of Islam."[7] The Houthis placed President Hadi under house arrest, and Prime Minister Khaled Bahah and his cabinet resigned.

6   Agence France Presse, "Qaeda kills 'dozens' in Yemen as government formed," November 8, 2014

7   "Iran's Mohsen Rezaei Writes Open Letter to Yemen's Abdul Malik al Houthi," Tasnim News Agency, March 30, 2015. English translation at https://www.criticalthreats.org/analysis/irans-mohsen-rezaei-writes-open-letter-to-yemens-abdul-malik-al-houthi

On February 6, the Houthi movement illegally disbanded Parliament and attempted to establish the appointive Supreme Revolutionary Committee as the highest governing authority. By this time, the Houthi-Saleh coup controlled elements of the Yemeni Army, including its air forces and ballistic missile capabilities. President Hadi fled Sana'a and moved to Aden.

## Regional Intervention: 2015–Present

Following the failure among political factions to produce a consensus government in the wake of the coup against Hadi, the Houthis unilaterally announced an extra-constitutional governance plan, while the United States, United Nations, and Gulf Cooperation Council (GCC) called for President Hadi's return to office. On February 10, the U.S. State Department announced that it would suspend embassy operations in Sana'a and was relocating U.S. personnel elsewhere.

In March 2015, the Houthi militias, in an alliance with former president Saleh, continued their offensive and seized Taiz, Yemen's third-largest city, including the international airport. They advanced to Aden, where they surrounded the Presidential Palace and threatened to kill or capture President Hadi. On March 8, 2015, Saudi Arabia, in response to a request by President Hadi, invited Yemeni factions to hold a conference under the umbrella of the GCC in Riyadh. The Houthis and their allies declined. Houthi militias bombed the Presidential Palace using seized aircraft from the Yemeni air forces on March 19, 2015.

On March 25, 2015, the Houthis expanded their control over most cities in Yemen, seizing the southern capital, Aden. The Kingdom had by then clearly communicated that any move to capture Aden would trigger military action. The Saudi government then announced that it would intervene in Yemen with a coalition consisting of nine other nations: United Arab Emirates, Egypt, Morocco, Bahrain, Jordan, Qatar, Sudan, Senegal and Kuwait. On March 26, Saudi Arabia, leading the Coalition, launched Operation Decisive Storm.

The Coalition's March 2015 operations in Yemen came in response to an appeal for assistance by the legitimate president of Yemen, Abd-Rabbuh Mansour Hadi, based upon the principle of self-defense contained in Article 51 of the UN Charter. A coup d'état by an extremist militia supported by Iran had resulted



Operations in Yemen came in response to an appeal for assistance by the legitimate president of Yemen, Abd-Rabbuh Mansour Hadi, based upon the principle of self-defense in Article 51 of the U.N. Charter.

in the occupation of several cities (including Sana'a), the seizure of government posts, and the bombing of the Presidential Palace. The Houthis and forces loyal to former president Saleh occupied major cities in violation of international law, the GCC Initiative, and the outcomes of the National Dialogue, to which the Houthis had given their consent.

## Operation Decisive Storm: March 2015

On March 26, 2015, Saudi Arabia deployed its armed forces at the request of President Hadi to help resist Houthi aggression. The Houthis were advancing toward the southern city of Aden, where the Yemeni government was based, in order to remove him from power in another attempted coup.

The 10-country Coalition joined the military campaign in order to protect and defend the legitimate government of Yemen. Saudi Arabia pledged to protect the people of Yemen and its legitimate government from a takeover by the Houthis. Gulf officials also stated that the operation was intended to deter the strategic threat against Gulf states posed by the Houthi advance and Iran's growing strategic designs in the region.

Several Gulf states joined Saudi Arabia in military operations. The United Arab Emirates, Bahrain, Kuwait and Qatar all contributed air support. Non-Gulf states of Jordan, Morocco, and Sudan also showed their support for Operation Decisive Storm. These Coalition members lent their support out of a desire to preserve the legitimate government of Yemen under President Hadi.

## Operation Renewal of Hope: April 2015–Present

On April 20, 2015, Saudi spokesman for the Coalition forces, Brigadier General Ahmed Asiri announced that Operation Decisive Storm had ended and would be replaced by a new campaign, Operation Renewal of Hope. The new operation was to mark the start of a more limited military campaign aimed at preventing the rebels from operating. Speaking at a news conference in Riyadh that day, Asiri said that Decisive Storm's

The United States stepped up its efforts to prevent Iranian interference in Yemen and Tehran's supplying of weapons to the Houthis. The U.S. Navy sent the USS Theodore Roosevelt to Yemen on April 20, 2015 to join other American ships prepared to intercept vessels carrying weapons.

———

heavy airstrikes would be scaled down. Asiri maintained that the goals of the coalition's new phase, Renewal of Hope, are to prevent Houthi rebels from "targeting civilians or changing realities on the ground."

At this time, the U.S. stepped up its efforts to prevent Iranian interference in Yemen and Tehran's supplying of weapons to the Houthis.  White House spokesperson Joshua Earnest announced at a press conference on April 20, that Iran was seeking to supply weapons to that rebel group, in violation of U.N. Security Council Resolution 2216, which authorized an arms embargo against the Houthis. The U.S. Navy sent the aircraft carrier USS Theodore Roosevelt to Yemen on April 20, 2015 to intensify security and join other American ships prepared to intercept any Iranian vessels carrying weapons to the Houthis.

In March 2016, Yemeni President Hadi declared that Yemen's national army and popular resistance forces had liberated more than 85 percent of the Yemeni territories from Houthi militia control and from the Houthi-allied forces of the ousted former president Ali Abdullah Saleh.

President Hadi also said during those interviews that Yemen would have "fallen in four days" and would have been "an Iranian state" had it not been for the launch of Operation Decisive Storm by the Arab military coalition under the leadership of Saudi Arabia.[8]

———

8     Saudi Gazette, "Over 85% of Yemen liberated: Hadi," March 3, 2016



Since the liberation of the port city of Mukalla in April 2016, Al Qaeda in the Arabian Peninsula (AQAP) does not control cities in Yemen.

Yemeni soldier patrolling a street in Mukalla, May 2016

for some of the most-notable terrorist attacks in the region and throughout the world. AQAP inspired or orchestrated the January 2015 Paris terrorist attacks, the failed bombing on a Detroit-bound plane in December 2009, and attacks on the U.S., Italian and British embassies in Yemen. In 2009, an AQAP suicide bomber attempted to assassinate Saudi Crown Prince Mohammad bin Naif, then serving as deputy interior minister, in Jeddah.

Saudi Arabia has been an international force in combatting the rise of terrorism in the Middle East, including AQAP in Yemen. For example, Saudi intelligence was crucial in foiling a 2010 AQAP plot to detonate a bomb lodged in a printer on a Chicago-bound cargo plane. Today, Saudi Arabia, along with the military coalition in Yemen and Western allies, are focused on defeating AQAP and determined to prevent Yemen from being a safe haven for terrorists.

The expansionist goals and tactics of the Houthi militias in Yemen have been a boon for AQAP recruitment efforts. Since the Houthis overthrew President Hadi, AQAP terrorists have expanded their presence in the country, specifically the southern and eastern regions. AQAP was able to take advantage of the security vacuum in the country and establish based across a large stretch of Yemen's southern coast.

In April 2015, AQAP fighters attacked the port city of Mukalla and were able to seize control of the city's key buildings and infrastructure. AQAP fighters in Mukalla stormed a prison during the attack, reportedly freeing approximately 300 imprisoned terrorists. The practice of freeing inmates has become a regular tactic for AQAP since the Houthis consolidated power.

A few weeks after AQAP gained control of Mukalla, the Yemeni armed forces, in collaboration with Saudi and Emirati special forces, conducted a multi-faceted attack on AQAP in Mukalla in order to retake the city. The campaign, which included airstrikes and ground forces, was successful in driving AQAP from the city and is estimated to have killed up to 800 terrorist fighters.[9] Since the liberation of Mukalla in April 2016, Al Qaeda in the Arabia Peninsula does not control cities in Yemen.

## Daesh

In November 2014, after AQAP was weakened by the counterterrorism campaign led by Saudi Arabia and its allies, Daesh established a foothold in Yemen and formally announced a branch in the country. As of 2015, at least eight sub-groups have operated under the banner of Daesh in Yemen, though the activity of each geographic cell is

inconsistent across the country. Daesh in Yemen has made opposition to both Saudi Arabia and Houthi militias a large part of its ideology. In response to the progressive loss of AQAP forces in U.S. airstrikes, Daesh fighters presented itself as an alternative to attract a new cadre of followers, some of whom defected from AQAP. Through 2016, analysts estimated that Daesh in Yemen had hundreds of followers.

The group gained international attention in March 2015 with the execution of its first attack in Yemen. Daesh claimed responsibility for two suicide bombings on mosques in Sana'a. The attacks, which killed 137 and wounded 357, marked the beginning of an ongoing series of executions and bombings targeting mosques, Houthi headquarters, and Yemeni army bases.

Daesh has played an increasingly antagonistic role in Yemen's civil war. The group has exploited instability and the country's power vacuum to wage war against the legitimate Yemeni government. In October 2015, Daesh launched its first attack against Yemeni government installations through coordinated suicide bombings in Aden, targeting Yemeni forces under President Hadi and the Saudi-led military coalition. In December 2015, Daesh called for attacks against Saudi Arabia in retaliation for the Kingdom's participation in the 68-member Global Coalition Against Daesh and conducting airstrikes against Daesh targets in Syria. Daesh has directly targeted coalition forces in revenge for their coordinated efforts to degrade the terror group's operational bases in Syria. In particular, Daesh fighters have placed Saudi forces in their crosshairs as the coalition has successfully liberated areas of Yemen from Houthi and AQAP control.

The expansion of military coordination between the Saudi-led coalition and Yemeni government forces has prompted an uptick in violent terror from Daesh-affiliate militants. As Saudi Arabia has increased its support to the Yemen air campaign, forces allied with the legitimate government have faced targeted attacks on their security installations. In August 2016, Daesh forces carried out a suicide car bomb attack in northern Aden, killing over 70 Yemeni army recruits. In December 2016, Daesh claimed responsibility for the death of 35 Yemeni soldiers at a military camp in Aden. As the Coalition forces continue to regain control over Yemeni territory, the long-term viability of Daesh is under significant threat.

---

9    Statement by General Asiri, Coalition to Restore Legitimacy in Yemen, April 25, 2016



We have received numerous reports of the recruitment of children in Yemen for use in the armed conflict, mostly by the Popular Committees affiliated with the Houthis. In all, between 26 March 2015 and 31 January 2017, the UN has managed to verify the recruitment of 1,476 children, all boys.

RAVINA SHAMDASANI, SPOKESPERSON FOR THE UN HIGH COMMISSIONER FOR HUMAN RIGHTS

Houthi child soldiers at a rally in Sana'a, May 2015

# 07

⸺

# Houthi Violations

In addition to violating UN resolutions, the Houthis have committed many other serious acts, including:

On October 1, missiles from Yemen struck HSV Swift, a UAE civilian logistics ship carrying humanitarian aid while it transited the Bab al Mandab strait. The ship was transiting the Red Sea near the port of Mokha. Houthi-Saleh forces are believed to have used Chinese-built C-802s in the attack. The UN Security Council condemned the attack, saying that "Members take threats to shipping around Bab al Mandab, a strategically important shipping passage, extremely seriously."

On October 7, a Houthi ballistic missile was fired at the Saudi city of Khamis Mushait;

On October 9, a ballistic missile landed near the Saudi summer capital of Taif, near Makkah;

Another missile was launched at the ancient Yemeni city of Marib on October 9, on the same day two missiles were fired at U.S. Navy ships in the Bab al-Mandab and deflected by defensive systems.

On October 27, the coalition intercepted and destroyed missiles that were targeting Makkah, one of Islam's most sacred sites.

A 105-page, declassified report to the United Nations Security Council published in August 2016, documented violations of international humanitarian law and international human rights committed by the Houthi-Saleh forces. The report on the implementation of an arms embargo and targeted sanctions on Saleh and four Houthi leaders was submitted to the 15-member Security Council Sanctions

Committee, which had imposed an arms embargo on those rebels and soldiers loyal to Saleh. Resolution 2216 of April 14, 2015 demanded that the Houthis withdraw from all seized areas and that they relinquish all seized arms. It also established an arms embargo on the Houthis and on forces loyal to former president Saleh.

The UN report, in addition to other reports of late 2016, details the following such violations by the Houthi rebels:

The concealment of fighters and equipment in or close to civilians in Mokha in the Taiz governorate "with the deliberate aim of avoiding attack" and in violation of international humanitarian law;

The diversion of approximately $100 million a month from Yemen's central bank to support the group's war effort and that the foreign reserves of the central bank had dropped to $1.3 billion in June 2016 from $4.6 billion in November 2014;[10]

The recruitment of children, and for the killing and maiming of children and attacks on schools and hospitals;[11]

The usage of fishing vessels for alleged weapons' transfers, as described by the 2410 Committee of the UN Verification and Inspection Mechanism (UNVIM). This latter body was established in May 2016 to facilitate the flow of commercial goods into Yemen, while ensuring compliance with the targeted arms embargo set up in Resolution 2216. This Committee received accounts from member states of such fishing vessels that were intercepted while transferring arms, believed to be for the Houthis.

---

[10]   Please see the following list of reports on the conflict in Yemen and Houthi violations at the UN Security Council publications site at: http://www.securitycouncilreport.org/

[11]   Reuters, "Exclusive: UN Report on Yemen Says Houthis Used Human Shields, Islamic State Got Cash," August 4, 2016

# By the Numbers

## BETWEEN MARCH 2015 AND JANUARY 2017

| | |
|---|---|
| Projectiles (missiles and mortar rounds), including more than 40 ballistic missiles, launched into Saudi territory by the Houthis. | **55,138** |
| Civilians in Saudi Arabia killed by the Houthis. | **80** |
| Civilians in Saudi Arabia injured by the Houthis. | **630** |
| Civilian locations in Saudi Arabia, including homes, mosques and schools, impacted by Houthi attacks. | **2,724** |



Saudi relief worker from the King Salman Humanitarian Aid and Relief Center

Saudi humanitarian assistance funded 124 projects totaling $847 million — offering food, shelter, health and education to the people of Yemen.

# 08

——

# Humanitarian Aid to the People of Yemen

The Coalition and the Kingdom of Saudi Arabia continue to make the protection of civilians the priority in its efforts to restore safety and stability to Yemen.

Saudi Arabia has been the single largest donor of humanitarian aid to Yemen, providing more than $847 million in humanitarian assistance. In April 2015, in response to an appeal by the United Nations Custodian of the Two Holy Mosques King Salman bin Abdulaziz ordered the donation of $274 million to the UN to support its humanitarian efforts in Yemen. In May 2015, the Kingdom established the King Salman Humanitarian Aid and Relief Center (KSRelief) to more effectively deliver aid to the people of Yemen. The Kingdom then donated an additional $267 million.

KSRelief is providing aid to all areas of Yemen, including areas controlled by Houthi militias. In fact, 70 percent of all humanitarian aid to Yemen arrives through the Port of Hodeidah. The city of Hodeidah is one of the major population concentrations under Houthi control and at very high risk of famine.

KSRelief, cooperates with a number of international humanitarian organizations, such as the Red Cross, the UN, and Doctors Without Borders, to facilitate their efforts in Yemen.

KSRelief is also working closely with the UN International Children's Emergency Fund (UNICEF) in training 3,153 health workers on the social management of acute malnutrition and opened 854 centers for therapeutic nutrition program. The program also provided medical treatment and follow up cases of acute malnutrition. KSRelief mobile health teams have treated over a quarter of a million children suffering from

acute malnutrition and provided immunization and postnatal care to over 1.2 million children throughout Yemen. The teams also provided services for pregnant women and post-delivery care for over 220,000 women.

KSRelief has also provided funding to the World Health Organization to assist with the organization's life-saving heath care services in Yemen. As of May 2016, funding from KSRelief has allowed WHO to deploy 14 mobile teams to five governorates in Yemen. Additionally, WHO has sent several health facility teams to Yemen, including seven surgical teams, to provide trauma care in the governorates of Aden, Abyan, Hajjah, Sada'a and Amran. Funding from KSRelief have allowed the WHO to provide life-saving medicines and supplies to hospitals serving more than 2 million patients.

Since its establishment, KSRelief has been an active force for providing aid to the people of Yemen.

In March 2017, KSRelief sent 58 trucks carrying medical supplies and equipment to a number of provinces in Yemen. Of these, 11 trucks delivered supplies to Republic Hospital in Aden and six trucks to Mareb Hospital. KSRelief has entered into a number of agreements with private hospitals in Aden and Taiz aimed at providing full medical care for more than 750 wounded in these provinces. KSRelief seeks to activate the role of government hospitals to treat the injured inside Yemeni territories by providing medical services and treatment devices.

KSRelief has launched 51 projects in health, nutrition, water and environmental sanitation in Yemen totaling more than $208 million and benefiting 24.5 million Yemeni citizens, in addition to programs providing medical care and treatment for people inside Yemeni territory.

In collaboration with the World Health Organization (WHO), KSRelief provided basic services such as diabetes and cancer medicines, and support the operation of emergency rooms by providing 350,000 gallons of fuel to 88 hospitals and 19 health facilities in Yemen. KSRelief has provided more than 12 million vaccines, to date, for Yemeni children against measles, rubella, tetanus and whooping cough.

In January 2017, KSRelief distributed 300,000 food baskets in the Hodeidah Province of Yemen. The baskets are expected to benefit more than 460,000 Yemenis in need.

# Humanitarian Assistance in Yemen



- Saudi Arabian remains by far the largest donor of aid to Yemen.

- $847 million in humanitarian assistance through King Salman Humanitarian Aid and Relief Center.

- Legal residency inside the Kingdom to 600,000 Yemeni refugees fleeing the civil war.

- 12 million vaccines for Yemeni children.

In July 2016, KSRelief distributed more than 900 tons of medicine and medical supplies as part of its continuing support of health care services in Yemen.

In another major humanitarian effort, Saudi Arabia has allowed Yemenis who fled the civil war and entered the Kingdom illegally to adjust their status and become legal residents. This initiative has enabled more than 600,000 Yemenis to obtain medical care, education, and jobs.

The U.S. and the U.K. also helped form the Friends of Yemen Group, a multilateral forum of 31 concerned countries that was launched at a January 2010 conference in London in order to raise funds for Yemen's development and increase donor coordination.



The Coalition has not imposed
a blockade or an economic
boycott on Yemen, and it
continues to grant permits in
record time for all relief and
humanitarian ships.

Humanitarian aid from the United Arab
Emirates at the Port of Aden, May 2015

# 09

——

# Blockade Accusations

The obstruction of the flow of commercial and humanitarian shipments in Yemen is confined to ports in areas controlled by Houthi militias and forces loyal to former President Saleh. These parties have deliberately obstructed the entry of shipments in order to deepen the humanitarian crisis and arouse international public opinion against the Coalition.

In order to ensure that maritime commerce to Yemen complies with the UN Security Council arms embargo, the Government of Yemen authorized the creation of the the United Nations Verification and Inspection Mechanism (UNVIM) on May 2, 2016. Based in Djibouti, UNVIM provides fast and impartial clearance services for shipping companies transporting commercial imports and bilateral assistance to Yemeni ports outside of the authority of the Government of Yemen. Ships bound for Yemen are cleared expeditiously. For example, in March 2017, the most recent month for which data is available, 34 certificates of clearance were issued expediently. These ships transported 636,810 metric tons of cargo to Yemeni ports, including 254,690 metric tons of food.[12]

In addition to hindering humanitarian and trade shipments, Houthi militias and forces loyal to former President Saleh have exploited their control over Yemeni ports, including the Port of Hodeidah, by engaging in smuggling activities. This has created a black market for petroleum, goods, and humanitarian supplies. Houthi militias have used the proceeds to finance their operations and raise the profile of their leaders. They have similarly used their control of ports as a political bargaining chip by imposing sieges and starvation on provinces and cities.

The Coalition has not imposed a blockade or an economic boycott on Yemen, and it continues to grant immediate and periodic permits in a record time for all relief and humanitarian ships. In the case of commercial ships, the UNVIM, in cooperation with the Coalition and the legitimate government of Yemen, issues permits on a neutral basis to ships entering all Yemeni ports.

---

12    UN Verification and Inspection Mechanism for Yemen: Statement by the Secretary-General, May 3, 2016. Operational Snapshot: March 2017. Available online at  https://www.vimye.org/media



Destroying land mines laid by
Houthi forces, April 2016

The Joint Incidents Assessment
Team (JIAT), tasked with assessing
claims of violations and accidents
as a result of the Coalition's
military operations in Yemen,
continues to display a strong
commitment to independent
investigations by releasing its
findings to the public.

# 10

---

# Steps to Reduce Civilian Casualties

## Safeguard Civilians

The Saudi-led Coalition in Yemen is committed to protecting civilians in Yemen and has taken steps to avoid causalities in an ongoing war zone. Among these steps, the Coalition launched an independent assessment team, fostered active partnerships with relief organizations and focused on safeguarding Yemen's urban centers as part of a concerted effort to protect civilians and uphold international humanitarian law.

Saudi Arabia established an independent Joint Incidents Assessment Team (JIAT) and tasked it with assessing claims of violence against civilians by Coalition forces, including violations and accidental fire incidents. The Coalition's JIAT is composed of military members, weapons experts and legal specialists in the laws of war. The independent group reviews reports of Coalition activities that are known to have led to civilian casualties, and offers recommendations for ways to avoid future incidents.

One of the JIAT recommendations adopted by the Coalition is the policy to issue repeated warnings to Houthi militias and Saleh forces so that they can evacuate cities prior to a Coalition air strike. The Coalition also has heightened its emphasis on safeguarding critical infrastructure and, as a result, civilian lives in Yemen's urban centers.

The Coalition is working alongside UN agencies and the International Committee of the Red Cross as part of a collaborative approach to minimize the possibility of harm to civilians, medical personnel, journalists and relief organizations.

## JIAT Findings

### GREAT HALL INCIDENT

With respect to the unfortunate Great Hall incident in Sana'a on October 8, 2016, the Coalition expressed its deepest condolences and support to the victims' families, and for all those affected by violence in Yemen. After conducting immediate investigations, the JIAT concluded that a party affiliated to the Yemeni Presidency of the General Chief of Staff passed inaccurate information that there was a gathering of armed Houthi leaders in a known location in Sana'a, and insisted that the location be targeted immediately as a legitimate military target.

The JIAT found that because of non-compliance with Coalition Rules of Engagement and Procedures (ROEs), and the release of inaccurate information, a Coalition aircraft wrongly targeted the location, resulting in civilian deaths and injuries.

The Coalition, tasked with supporting the legitimate government of Yemen, has publicly affirmed that it accepts the results of the investigations conducted by the JIAT and is committed to implementing its recommendations.

### ABS HOSPITAL

In response to the alleged bombing carried out by the coalition forces on Abs Hospital in the Yemeni city of Abs in the province of Hjjah on August 8, 2016, which resulted in killing seven people and injuring 13 others, the official spokesperson for the JIAT confirmed that the Coalition was unaware of the presence of the hospital that was inadvertently struck.

Intelligence reports confirmed that Houthi militia leaders were gathered in the northern part of the city of Abs. The Coalition forces then targeted the location of that gathering. As a result, air forces monitored a moving vehicle from the targeted site heading southwards, pursued and shelled it immediately. The vehicle was next to the building that had no signs of a hospital before the bombing. It was later proved to be Abs Hospital.

### KHALEQ MARKET

On February 28, 2016, the UN Secretary General strongly condemned the airstrike in Nahem District in Sana'a on February 27 that killed at least 32 civilians and injured at least 41. The Joint Incidents Assessment Team found after reviewing

the facts that one of the Coalition's warplanes was on a humanitarian mission close to the Popular Resistance and the army loyal to the legitimate government. It observed two heavily armed transport vehicles and armed Houthi militia stopped near a small market beside some small buildings and canvas tents on a road linking the Directorate of Naham with Sana'a. These transport vehicles and Houthi militia were considered to be high-value military targets and a laser-guided missile was deployed.

**ASMAA SCHOOL, HODEIDAH**

Refuting allegations by the Amnesty International that Asmaa school, located in the city of Al-Mansouriya in the Yemeni province of Hodeidah was subject to air shelling on August 24, 2015, JIAT spokesperson Al-Mansour said that the site was targeted based on surveillance information showing armed Houthi militias were using it as a headquarters, storage facility and distribution post for weapons smuggled through the Hodeidah port. The site was classified as a military target of high value.

Based on the laws of war, the legal protections of civilian sites are dropped when that site is being used for a military purpose. Considering this fact, as well as the fact that students had vacated the school for some time, the Coalition forces targeted the site. The investigation showed that no human life was lost and the building only sustained partial damage (less than 25 percent.) The Joint Incidents Assessment Team reached the conclusion that the procedures followed by the Coalition forces targeting the site were correct.

**MOKHA COMPLEX**

Human Rights Watch alleged on July 27, 2015 that the Coalition forces bombed a compound in the Directorate of Mokha, Taiz governorate three days earlier, resulting in the deaths of 65 civilians. The Joint Incidents Assessment Team found, after reviewing the intelligence information, that there were four targets in the areas controlled by the Houthi militia and forces of the former President Saleh. These included coastal defense missile batteries, which pose an immediate danger to ships and the Coalition's naval forces in the Red Sea.

It was later found that a residential compound was erroneously targeted due to inaccurate information from the intelligence source. The Joint Incidents Assessment Team informed the Coalition forces about these findings, and the coalition has expressed its deep regret at this unintentional error. Coalition forces



## Foreign Minister
# Adel Bin Ahmed Al-Jubeir

CHATHAM HOUSE  |  SEPTEMBER 7, 2016

"There is a fault with how information is gathered in Yemen, which is not accurate. People say this is a school. Well, it may have been a school a year ago, but was not a school when it was bombed, and then they say the Coalition hit a school, not true.

People accuse us — the Coaltion — of bombing a wedding party in which 120 people died. We had no planes the day of the wedding, or the day after the wedding. But I do not see anyone retracting the charges.

We were accused of bombing the old city of Sana'a, common heritage of mankind, when we had no fliers anywhere near the old city."

are committed to observing the rules laid down in international conventions of humanitarian law. In particular, the Coalition maintains its commitment not to target civilians during military operations and to take all measures to preserve their safety. The Coalition confirmed its readiness to make financial reparation to the victims' families in accordance with international law once the supporting documentation has been submitted to the Reparation Commission.

**HAYDAN HOSPITAL**

According to the claims of Doctors Without Borders, the Haydan Hospital in Saa'da Province was bombed by the Coalition forces. The Joint Team found after reviewing the facts that the Coalition forces had accurate intelligence information that there

was a military gathering of Houthi militia in the Directorate of Haydan. A warplane was ordered to strike the military gathering. After verification of the incident from the Joint Incidents Assessment Team, it became clear that the building was a medical facility that the armed Houthi militia was using as a military shelter in contravention of international law [under Article 52, Paragraph 2, Annex Protocol I]. This fact made it a legitimate target after coalition forces warned the persons in charge under Article 19 of the Fourth Geneva Convention.

The team has confirmed that Coalition forces were unable to warn Doctors Without Borders because of the immediate threat posed by the armed Houthi militia using the medical facility located on the borders of the Kingdom. Although the Coalition bombed the installations as a military target, it acknowledges that it should have warned Doctors Without Borders that they would lose international protection before carrying out the air strike. However, the Houthi militia had already fled the building, which was empty—there were no medical staff and no patients at the facility. There were no casualties.

**MOBILE CLINIC OF DOCTORS WITHOUT BORDERS, TAIZ**

The Joint Incidents Assessment Team found that Coalition forces targeted hostile militant gatherings at the request of Yemeni forces loyal to the legitimate government and local popular resistance forces in Directorate of Hoban, Taiz Province. This was considered a high-priority target whose destruction would deliver military advantage.

The tent of the Doctors Without Borders organization was not bombed, but was affected by these bombings due to its proximity to the target. There were no civilian casualties. Coalition forces expressed its regrets about this unintentional error.

The Joint Incidents Assessment Team established that the clinic was not a direct target and concluded that Doctors Without Borders should have set up its facility away from military targets in order to avoid the risk of casualties. JIAT also established that the Coalition coordinates with the humanitarian organizations and works with them to assist with their humanitarian missions. JIAT is satisfied that all safety procedures implemented by Coalition forces were observed and that they adhered to international law.

# Appendix

---

# Main Actors in the Yemen Crisis
## 2011 – Present

### President Abd-Rabbuh Mansour al Hadi

President Abd-Rabbuh Mansour al Hadi is a former military officer, having served in the Yemen armed forces as a field marshal.

Hadi's rise as President of Yemen begin with his role as Acting President between June 4 and September 23, 2011 following the attacks on the Presidential Palace in Sana'a in the wake of the 'Arab Spring' protests—a period referred to as the "2011 Yemeni Uprising"—in which then-President Saleh went to Saudi Arabia for medical treatment. Hadi became Acting President again on November 23, 2011 after Saleh moved into a non-active role pending the results of the next  presidential elections. Hadi was chosen as a president for a two-year transitional period on February 21, 2012.

In a September 2012 interview[13], Hadi warned that his country, still reeling from the popular uprising that ousted Saleh, risked a descent into a civil war "worse than Afghanistan" should an upcoming months-long national dialogue fail to resolve the state's deep political and societal rifts. Hadi warned that Yemen was facing three separate enemies, which he believed were extremist terrorists Al Qaeda, pirates in the Gulf of Aden and Houthi rebel militias. He stated his strong belief that Iran was supporting these adversaries.

### Ali Abdullah Saleh al Sanhani al Humairi

As of the early 2000s, the Houthis fought against the national government of former Yemeni President Saleh. This radically changed in May 2015, when Saleh confirmed his alliance with that group. Saleh is not Houthi, but is Zaydi and a part of the Sahan tribe of northern Yemen. Traditionally, the Houthis and/or 'Ansar Allah,' the political organization of the Houthis, distrusted Saleh and saw him as corrupt. These views

were not unfounded: In February 2015 a panel of UN experts released a report, alleging that, during his time in power, Saleh amassed a fortune worth between $30 billion to $62 billion.[14]

The background to his political career and that arc of development vis-à-vis the Houthis is as follows:

From 1978 to 1990 Saleh served as President of North Yemen until its unification with South Yemen in 1990. The South accepted Saleh as president of the newly unified country. A former soldier, he had participated in the 1962 coup against Yemeni King Mohammad al Badr which saw the establishment of the establishment of the Republic of Yemen that year.

From 2004, a sporadic civil war in the country has been underway with the security forces of the Yemen government battling "the Believing Youth" (Al-Shabab al Mumin), the pro-Zaydi Houthi-led movement based in the mountains west of Saa'da, the capital of Yemen's northwestern most province.

On February 2, 2011, facing a Tunisia-style, "Arab Spring" national uprising, Saleh announced that he would not seek re-election in 2013, but would serve out the remainder of his term.  In response to government violence against unarmed protesters, 12 MPs of Saleh's party resigned on February 23. By March 5, this number had increased to 13, as well as the addition of two deputy ministers. On November 23, 2011, Saleh agreed to legally transfer the office and powers of the presidency to his deputy, Vice President Abd-Rabbuh Mansour Hadi. On February 27, 2012, Saleh formally ceded power to Hadi and stepped down as the President of Yemen.

Since that time, Saleh has been a behind-the-scenes ally of the Houthi movement in Yemen. Tribesmen and government forces loyal to Saleh have joined the Houthis in their ambitions to take over the government. On July 28, 2016, Saleh and the Houthi rebels announced a formal alliance to the fight Saudi-led military coalition, to be run by a political council of 10 members—made up of five members from Saleh's General People's Congress, and five from the Houthis.

---

13    Blake Hounshell, "Yemen's president warns of a civil war 'worse than Afghanistan'," Foreign Policy, September 29, 2012

14    BBC, "Yemen ex-leader Saleh 'amassed up to $60 billion' - UN probe" February 25, 2015

## The Houthis

Houthi is the name of an ancient and powerful Yemeni dynasty, in turn named after a town known as Houthi or "Huthi" that is located about halfway between Saa'da in the north and Yemen's capital Sana'a to the south. The al Houthi family is a "sayyid" family —that is, descendants of the Prophet Mohammad and who played key theological and political roles in north Yemen. This family, and the political-rebel movement whose adherents collectively refer to themselves by "the Houthis," adhere to what is known "Zaidism" or "Zaydism"—the Zaidi school of jurisprudence which emerged in the 8th century as a moderate interpretation of the Shia branch of Islam. Approximately 35 to 40 percent of Muslims in Yemen adhere to Zaidism.

Zaydis ruled parts of Yemen for almost 1,000 years until 1962 and were even supported by Saudi Arabia in the 1970s. But then the Houthis, who emerged as a Zaidi revivalist movement in the 1990s, fought a series of wars between 2004 and 2010 against the Saudi-supported central Yemeni state led by then-President Ali Abdullah Saleh.

Leadership in the movement has rested in various al Houthi family relatives. At present, Abdul Malik Badreddin al Houthi is the leader. He leads this group with his brothers Yahia Badreddin al Houthi, Abdul Karim Badreddin al Houthi, and the late Hussein Badreddin al Houthi. Abdul Malik al Houthi is the leading figure in an insurgency in the Saa'da province in northern Yemen, which has been continuing from 2004 to the present day.

# Summary of Saudi Aid to Yemen





**Total of aid provided by Saudi to Yemen**

(April 2015 - April 2017)

# $ 8.2

Billion U.S. Dollars



Humanitarian aid and relief provided through KSrelief

**$ 847,598,580**



Aid provided to Yemenis inside Saudi Arabia

**$ 1,130,186,557**



Development aid allocated to Yemen

**$ 2,950,000,000**



Bilateral Government Assistance

**$ 2,275,718,347**



Saudi Arabia's deposit to the Central Bank of Yemen

**$ 1,000,000,000**







## Health Sector Projects in Yemen



The Centre implemented several projects and programs in the health, nutrition and WASH sectors that target Yemenis, and they are :

**More than 2,500** Beneficiaries of medical clinics in Djibouti that were built to serve Yemeni refugees in Obock Camp

**Providing 27** Million liters of water to health facilities and Yemeni beneficiaries

**More than 2785** Tons of health and medical aid were provided, in addition to more than 2 million liters of fuel to support health facilities

**More than 27** Tons of medicine, solutions and medical supplies were air-dropped to break the siege of Taiz

**More than 103** Health facility was prepared. In addition to supporting dialysis centers, oncology centers and central laboratories

**More than 30** Airplanes carrying medical support directly through the Centre or its international partners

**More than 250** Trucks carrying medical aid, devices and equipment to support the health sector

## Saudi's Aid to Wounded Yemenis

**Treated Inside Saudi**
Beneficiaries
5966
$
Cost
37,267,029

**Treated Inside Yemen**
Beneficiaries
22,269
$
Cost
11,506,034

**Total**
Beneficiaries
29,368
Cost
64,157,063

**Treated Inside Sudan**
Beneficiaries
599
$
Cost
1,384,000

**Treated Inside Jordan**
Beneficiaries
534
$
Cost
14,000,000

2017 REPORT    SAUDI ARABIA AND THE YEMEN CONFLICT



## Food Security Projects in Yemen



### Implemented Food Baskets Projects

**Implemented**

| 18 | 6.2 | 1.6 |
|---|---|---|
| Projects | Million beneficiaries | Million baskets |

**Ongoing**

| 2 | 130 |
|---|---|
| Projects | Thousand baskets |

## Dates Project

**647** tons
2015 - 2016

**1305** tons
2016 - 2017

**All Yemeni governorates**

### Our Partners

Research and information department | April 2017





Aid provided by Saudi
to Yemeni and Syrian visitors (refugees)

# inside Saudi
(2015 - 2017)

**603,833** Yemeni

+

**291,342** Syrian

=

**895,175**

Equal to **4.5%** of Saudi citizens

**Health**
Saudi hospitals provided medical services

Around **35** thousand beneficiary

Primary Health Care Centers received

Around **370** thousand beneficiary

**Education**
Higher Education Grant

More than **8** thousand students

Public Education

**141** thousand students

**Health**
Saudi hospitals provided medical services

Around **41** thousand beneficiary

Primary Health Care Centers received

Around **437** thousand beneficiary

**Education**
Higher Education Grant

More than **4** thousand students

Public Education

**285** thousand students



Exhibit C

**Pick Your NPR Station**
There are at least three stations nearby

MIDDLE EAST

NEWSCAST      LIVE RADIO      SHOWS

# Trapped In Yemen's 'Armageddon,' An American Made A Dangerous Escape

LISTEN · 4:24    QUEUE    Download

Transcript

April 11, 2015 · 6:08 PM ET
Heard on All Things Considered

NPR STAFF



A "getaway selfie," as Mokhtar Alkhanshali calls it: Alkhanshali (left) makes his way across the Red Sea with this boat driver — and without navigation equipment.

*Mokhtar Alkhanshali*

Businessman Mokhtar Alkhanshali was used to the complications of traveling to Yemen. He'd been traveling there and back for years; sometimes the American Embassy would close for a few days amid turmoil, but it always opened back up.

But on March 27, the situation changed dramatically. "Overnight, the country went to war," he says.

The Yemeni-American coffee importer had been in Sana'a, Yemen's capital, on business when the city was rocked by explosions. He stepped outside at 2 a.m. to find anti-aircraft guns lighting up the night sky.

"It looked like Armageddon. All hell had broken loose," Alkhanshali recalls. "I really didn't know if I was going to live to see the morning. It was very frightening."



**THE TWO-WAY**
StuckInYemen.com Website Offers To Help Americans Trapped In Yemen

These were the opening rounds of the Saudi-led airstrikes against the Houthis, Yemeni rebels who had taken control of the capital city. And they were also the start to Alkhanshali's harrowing escape from Yemen's civil war, which he recounts for NPR's Arun Rath.

Alkhanshali realized immediately that he needed to get out of the country. But actually doing so would prove complicated. The civilian airport had been bombed that night; there was a no-fly zone, and all naval activity was stopped. He was effectively trapped in Yemen.

When he tried calling the American Embassy in the countries around Yemen, the response he got back was always some variation on the same statement: "We are not evacuating any U.S. citizens at the moment. What we can do, though, is relay your messages to your loved ones."

Alkhanshali didn't exactly find this comforting.



"We show them our passports, and they're like, 'What the heck are these two Americans doing on a boat?' "

Mokhtar Alkhanshali

"I for one didn't want to tell my mother and father that I'm terrified that I might die tonight," he says. "When I realized that there was no help coming, I had decided to take matters into my own hands, even though that meant putting myself at extreme risks."

His precise plan, ginned up just a little bit later, involved an old Red Sea port called Mocha, a seven-hour car ride from where Alkhansi was at the time. He grabbed a friend, traversed difficult terrain and crossed Houthi checkpoints to get to the port. There, he and his friend hopped in a boat about 20 feet long, with a little 40-horsepower engine, and set to sea.

For a little while, Alkhanshali was happy in the thrill of his escape.



GOATS AND SODA

Dreams Of Hope And Happiness In Turbulent Yemen

"This crazy idea was actually coming to life," he says. "But it wasn't until probably a half-hour into the boat ride that I realized, 'Wow, I'm in the middle of the Red Sea on a small boat, with no navigational equipment. I mean, what am I doing? There's pirates in this ocean ...' "

Waves were crashing into the boat. "It wasn't an easy place to be," he says.

Four or five hours later, Alkhanshali and his friend made it. They'd crossed the Red Sea and reached the coast of the East African country of Djibouti.

Security forces there had no idea what to make of them, he says, and seemed to suspect they were smugglers.

"We show them our passports, and they're like, 'What the heck are these two Americans doing on a boat?' "

Eventually, after a few days of detainment and an interview with a local official — who was dumbfounded by their story — Alkhanshali and his friend were flown back to the U.S. with help from the American Embassy.

But, he says, there are thousands of Yemeni-Americans who remain trapped in the country, including dozens of his friends and family — from an aunt and her children, all U.S. citizens, to a friend who had traveled to Yemen to get married.

Despite the dangers of his flight to safety, he thinks often of those who were not so lucky as he was.

"There are other people there that deserve to be here more than I do," Alkhanshali says. "I'm thankful, I'm very happy and blessed that I'm back here. I'm saddened by the way I had to come back — but I'm also sad that I left behind a lot of my fellow citizens."

yemen

# Read All About It: Breaking News From NPR

When major news happens, stay on top of the latest developments, delivered to your inbox.

What's your email?

SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy.

Exhibit D

WEATHER ALERT Heat Advisory

# San Francisco man escapes war-torn Yemen

SHARE    TWEET    SHARE    EMAIL

00:15 -
visit sponsor's site



00:00                                                              02:52

EMBED </>    MORE VIDEOS

A San Francisco man trapped in Yemen finally escaped from the country via a fishing boat and arrived back in San Francisco Tuesday.

By Cornell Barnard

Tuesday, April 07, 2015

SAN FRANCISCO (KGO) -- A San Francisco man is back home with his family Tuesday after surviving a terrifying journey out of Yemen.

Mokhtar Alkhanshali is back on United States soil after a journey which nearly cost him his life, but now he worries about the American friends he left behind.

"I'm happy to be back, I forced myself to come back to see my family," said Alkhanshali. "I'm saddened by the way I came back."

Alkhanshali arrived at SFO, the final leg of his trek to escape the war-torn nation of Yemen, a country under siege.

"It's just getting worse each day," he said.

The 26-year-old San Franciscan was in Yemen working on a project with coffee farmers, helping them, improve their trade skills.

When Saudi led airstrikes began, he knew getting out would be nearly impossible.

"The first night they bombed the civilian airport in Sana'a, and so they implemented a no fly zone, stopped any naval activity so we were trapped in Yemen," he said."

Best friend Juliano Sarinelli feared the worst.

"Bombs don't care who you are. They are indiscriminate, and for that matter I was really worried about him," Sarinelli said.

Alkhanshali tried several times to escape. He Skyped with ABC7 News last week after he was taken prisoner by an armed militia group.

"They assumed I was a Houthi rebel," he said. "They literally yanked me out of my car, blindfolded me and my two friends and threw us in a truck"

His friends were released and over the weekend, he took desperate measures. He traveled from Sana'a to Aden, then into Africa and on to Amsterdam before flying back to SFO. He rode with a fisherman across the Red Sea.



San Francisco resident Mokhtar Alkhanshali escaped from Yemen via a fishing boat and arrived in San Francisco International Airport April 7, 2015. (San Francisco resident Mokhtar Alkhanshali)

"I've never been on a small boat like that, in a huge sea like that to a country I've never been to and not knowing if I'd make it or not," Alkhanshali said.

Alkhanshali says he got no help from the U.S. State Department, which closed its embassy in Yemen in February.

"Yemni Americans have been abandoned in Yemen. Thousands who want to get out," he said.

The Bay Area Council on American Islamic Relations says hundreds of Americans are still trapped. "We're also hearing from people without Internet who are saying 'I don't know how to reach anyone my Internet is so sporadic I can't do anything.'"

Alkhanshali said he plans to spend time with family and may take a deep breath to enjoy being home.

The state department said has no plans to evacuate American citizens from Yemen. It advises those to leave if they can, but those who remain should use caution and avoid travel unless it's necessary.

In related news, the United Nations may be asked to take action on Yemen. The latest proposal being circulated is a resolution to condemn the aggression, and impose an arms embargo on the Houthi rebels.

# Exhibit E

Case 4:18-cv-02539-HSG   Document 42   Filed 07/27/18   Page 112 of 121



   
**Conflict**

# 'Am I going to make this or not?' — One American's escape from Yemen

*April 09, 2015 · 3:00 PM EDT*

By **Monica Campbell**

Listen to the story.  



Mokhtar Alkhanshali, third from left wearing a burgundy shirt, prepares to take a boat from Yemen's small port of Mocha to Djibouti, about seven hours away.

Credit: Courtesy of Mokhtar Alkhanshali

# Back in December, the coast seemed clear for Mokhtar Alkhanshali.

Alkhanshali, raised in the US by Yemeni parents, wanted to keep pursuing the business he has worked on for years: bringing high-quality Yemeni coffee to the world.

"The situation was not as bad as it is right now," he says of Yemen, which is now consumed by fighting and airstrikes. "There was unrest, but there were not any aerial bombardments. There were not any wars going on like there are right now."

ADVERTISING

 Replay

inRead invented by Teads

That all changed in March. A Saudi-led coalition backing Yemen's now ousted president, Abdrabbuh Mansour Hadi, launched strikes on the Houthi rebels who had taken over the capital and much of Aden, Yemen's second city.

Alkhanshali was asleep at his coffee mill in Yemen's capital, Sanaa, when the battle started.

"This is a very vivid moment," he says. It was about 2:30 a.m. when he heard loud explosions. "I went outside and I remember seeing — it looked like laser beams being shot in the sky. It was anti-aircraft machine guns firing at night. It felt like Armageddon. I didn't know if I was going to see the morning."

He planned to leave immediately, but bombs had destroyed landing strips. Commercial flights stopped. The US evacuated its embassy, but there was no offer at the time to assist US citizens.

Alkhanshali decided to head to Aden, a seven-hour drive away, and try to board a ship there. But armed militamen blocked the way, thinking Alkhanshali and his friends were Houthi rebels. He says they were blindfolded and put in the back of a truck. They were eventually let go, but  were blocked from boarding the ship in Aden.

Alkhanshali was now desperate.

"And then I had this idea," he says. "There's a small port called Mokha."



Mokhtar Alkhanshali, a 26-year-old Yemeni American who lives in the San Francisco Bay Area, works with coffee farmers in Yemen. His goal is to "be a bridge between these two countries. Not to have the thing that connects them to be drones and war, but to have something that we all know and love—coffee."

Credit: Courtesy of Mokhtar Alkhanshali

That would require another long, dangerous drive through checkpoints. But at the end of it, Alkhanshali hoped, he and Andrew Nicholson, another US citizen and a colleague, could rent a small boat. It worked.

"The boat that we rented out was a small boat, no bigger than 20 feet," Alkhanshali says. "It had a small 40-horsepower Yamaha engine behind it." It would take them across the Red Sea to Djibouti, about a seven-hour journey.

He traveled light — sort of. He had the "clothes on my back" and two pieces of luggages full of coffee samples, representing a year of work with Yemeni farmers.

"I put them in a luggage bag, wrapped them in other bags and other bags, and threw a bunch of blue tarps around them," he says.

They set off. Alkhanshali remembers leaving the white sandy beach behind, turquoise water. He noticed a bird in the air. It was like a vacation postcard.

"In the beginning, I was happy," he says. "I was like, 'Wow, this crazy idea is actually coming to fruition. We're escaping.'" But after 30 minutes, the waves got "very violent." He worried about capsizing.

"It started to sink in that I'm in the middle of the Red Sea with a small boat going to a country that I've never been to," Alkhanshali says. "This guy has no navigational equipment, just back there steering by himself. There are pirates, Somali pirates, in this ocean. Am I going to make this or not? What the heck am I doing here?

But they finally landed at a small port in Djibouti. It was night, and the local authorities who spotted the boat offered to take the two Americans to the local governor's house.

"We told him our story. He looked at us dumbfounded and said, 'Well, welcome to our country!'" Alkhanshali sayas.

Next came flights to Kenya, Amsterdam and then onto San Francisco. Alkhanshali, his eyes still bloodshot from the journey, is relieved. But he knows who was left behind.

"I left my aunt, she has five children. They are all US citizens," he says. "I have cousins there. Even now, I'm happy that I'm here, but there are a lot of people who need to be here more than I do. Even now, I get so many messages from Yemeni Americans and British nationals, people trying to escape, and asking me how I did it, and I can't recommend them my route. It's not safe enough for them to do what I did."

Case 4:18-cv-02539-HSG   Document 42   Filed 07/27/18   Page 117 of 121

But Alkhanshali says that one of his cousins told him to do one thing: "Don't worry. Just tell your story and let people know that we are still here, stuck here."

---

**One more thing...**

PRI takes a global approach to the news of the day. We help you understand how what happens around the world matters in Washington and in your neighborhood. Today more than ever, we need conversations, perspectives and diverse voices.

**Support PRI with a monthly donation TODAY! >**

## *Share*

 

---

In *Conflict & Justice* , *Conflict* and *Global Nation* .

**Tagged:** *Yemen* , *war* , *coffee* , *conflict* and *immigrants* .

---

### *Sign up for the weekly Global Nation newsletter*

> Your name

> Your email

SUBSCRIBE

# Exhibit F

(http://www.ktvu.com)

 **63° (/weather)**

**News**

Local (http://www.ktvu.com/local-news)   National (http://www.ktvu.com/news/world-national-news)   Politics (http://www.ktvu.com/news/po

# San Francisco man shares story of escaping war-torn Yemen



**POSTED:** APR 07 2015 06:17PM PDT
**VIDEO POSTED:** JUL 30 2015 09:51PM PDT
**UPDATED:** APR 07 2015 07:31PM PDT



SAN FRANCISCO (KTVU) - While the conflict and bombing in Yemen continues to escalate, it has become nearly impossible for people to leave the war-torn country.
Citizens from other countries, including India and China have had help from their governments evacuating, but the U.S. has no embassy in Yemen and there is no U.S. campaign to move its citizens out of the country.

A San Francisco man who made it out of the war-torn country thanks to sheer luck, and daring, shared his story with KTVU, in the hopes that it would highlight the plight and struggles of other Yemeni-Americans trapped in the country.

Mokhtar Alkhanshali grew up in San Francisco. He travels to his parents' native country of Yemen often to visit coffee farms for his business. He never expected he would be trapped there while the country was embroiled in a full-scale war.



In a photo he shared with KTVU, Alkhanshali is smiling, sitting in a motor boat, with blue skies and turquoise water in the background. It looks like he's taking a pleasure cruise, but this was no vacation for him. The photo documents part of his three-day journey out of Yemen, back to the Bay Area.

"It really feels like I was in some sort of action adventure novel," he said.

Alkhanshali owns a coffee distribution start up, called Mocha Mill. He spent the past five months in Yemen meeting with coffee farmers, through a program that had been partly sanctioned by US AID. The morning of March 27, he woke up to the sound of bombs exploding in the capital.

"It felt like Armageddon. All hell broke loose," Alkhanshali said. "I didn't know if I was going to live to see the morning. That's how bad it was."

The capital's civilian airport was destroyed by the bombing. Alkhanshali knew he could not escape to Oman, since it was a 28 hour drive through the "cold, hard, desert" away. The only way out of the country was by sea. He drove seven hours to the port city of Mocha and convinced a stranger to take him across the Red Sea to Africa.

"There it was, a small boat, 16 to 20 footer, a small 40 horse-power Yamaha engine behind it," he said. "After a few hours it started to sink in, I'm in the middle of the ocean with no navigation equipment."

He ended up in the African country of Dijbouti. From there he traveled to Kenya, then boarded a flight to Amsterdam, and later, flew from Amsterdam to San Francisco International.

"I was very fortunate, very lucky to be here. There are still thousands of Yemenis still there. My aunt is still there with her five kids, all U.S. citizens," Alkhanshali said.

"Unfortunately there is no safe way out, our government is not supporting or creating one," said Zahra Billoo, Executive Director of the Bay Area Chapter of the Council on American Islamic Relations.

American legal aid groups have created a website called "StuckInYemen.com (http://StuckInYemen.com)".

They said they've received more than 300 requests for help from U.S. citizens trying to escape.

"We wanted to centralize a place where people who were effectively abandoned by their government could seek help from civil rights groups," Billoo said.

As for Alkhanshali, he not only escaped with his life, but also two suitcases full of coffee samples.

"I brought all my samples with me. These samples have survived rockets and mortars and pirates! I'm not kidding," he said.

He says he felt he owed it to the farmers he'd worked with for the past five months to help them access some sort of economic opportunity, despite the conflict they're now living through.

Alkhanshali is going to an International Coffee Conference in Seattle, where he hopes to find buyers for his Yemeni coffee, although he knows if the conflict in the country drags on, it will be difficult to get those products out of Yemen.

UP NEXT

