Michael Shipley (SBN 233674)
Edward Hillenbrand (SBN 310872)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500
E-Mail:          michael.shipley@kirkland.com
                     edward.hillenbrand@kirkland.com

*Attorneys for Blue Bottle Coffee, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**DECLARATION OF MICHAEL SHIPLEY IN SUPPORT OF BLUE BOTTLE COFFEE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:          Honorable Haywood S. Gilliam<br>Courtroom:   2, 4th Floor<br>Date:            September 27, 2018<br>Time:            2:00 p.m. |

### DECLARATION OF MICHAEL SHIPLEY

I, Michael Shipley, declare as follows:

1. I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendant Blue Bottle Coffee, Inc. I submit this declaration in support of Blue Bottle's Motion to Dismiss Plaintiffs' First Amended Complaint. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of a Statement and Designation by Foreign Corporation that was filed by Port of Mokha Inc. with the California Secretary of State on July 11, 2016. I retrieved the document by searching the Secretary of State's Internet website.

3. On July 26, 2018, I ran searches on the Secretary of State's Internet website for various iterations of the name of Plaintiff Monk of Mocha Specialty Coffee Production and Export, Inc. The Secretary of State's records did not indicate that any such corporation has ever been registered with the State of Calfiornia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2018 at Los Angeles, California.

*/s/ Michael Shipley*
Michael Shipley

1
**DECLARATION OF MICHAEL SHIPLEY**
**CASE NO. 4:18-cv-02539-HSG**