# EXHIBIT 1

3925711

| S&DC-S/N | **Statement and Designation by Foreign Corporation** |
|---|---|

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form, and submit for filing along with:

- A **$100** filing fee (for a foreign stock corporation) or **$30** filing fee (for a foreign nonprofit corporation), and
- A certificate of good standing, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**FILED**
Secretary of State
State of California
JUL 1 1 2016

ICC — This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① Port of Mokha Inc.

**Corporate History**

② State or foreign country where this corporation was formed: Delaware

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Ahmad Ibrahim
   *Agent's Name*

   b. 800 North 8th St Unit 307, San Jose    CA  95112
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 3098 E 10th St, Oakland, CA, 94601
   *Street Address of Principal Executive Office - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

   b. _____   CA
   *Street Address of Principal Office in California, if any - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

   c. _____
   *Mailing Address of Principal Executive Office, if different from 4a or 4b   City (no abbreviations)   State   Zip*

**Read and sign below:** This form must be signed **by an officer** of the foreign corporation.

▶ _[signature]_                    Ahmad Ibrahim              Vice President
   Sign here                       Print your name here        Your officer title

| Make check/money order payable to: Secretary of State | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 2105, 2106, Revenue and Taxation Code § 23153                      2014 California Secretary of State
S&DC-STK/NP (REV 04/2014)                                                                www.sos.ca.gov/business/be

<sub>Case 4:18-cv-02539-HSG   Document 43-2   Filed 07/27/18   Page 3 of 3</sub>

3925711

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PORT OF MOKHA INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE ELEVENTH DAY OF JULY, A.D. 2016.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "PORT OF MOKHA INC." WAS INCORPORATED ON THE SEVENTH DAY OF MARCH, A.D. 2016.

Jeffrey W. Bullock, Secretary of State

5983157  8300
SR# 20164851627

Authentication: 202634472
Date: 07-11-16

You may verify this certificate online at corp.delaware.gov/authver.shtml