1  Michael Shipley (SBN 233674)
2  Edward Hillenbrand (SBN 310872)
   KIRKLAND & ELLIS LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, California 90071
4  Telephone:    (213) 680-8400
   Facsimile:    (213) 680-8500
5  E-Mail:       michael.shipley@kirkland.com
                 edward.hillenbrand@kirkland.com
6
7  *Attorneys for Blue Bottle Coffee, Inc.*

8  **IN THE UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**BLUE BOTTLE COFFEE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:      Honorable Haywood S. Gilliam<br>Courtroom:  2, 4th Floor<br>Date:       September 27, 2018<br>Time:       2:00 p.m. |

Pursuant to Federal Rule of Evidence 201, Defendant Blue Bottle Coffee, Inc. requests that the Court take judicial notice of or otherwise consider the following document in connection with its concurrently filed Motion to Dismiss Plaintiffs' First Amended Complaint: a Statement and Designation by Foreign Corporation, filed by Port of Mokha Inc. with the California Secretary of State on July 11, 2016 (**Exhibit 1 to the concurrently filed Declaration of Michael Shipley**).

In deciding a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court's inquiry is generally directed to the face of the complaint. *See Van Buskirk v. Cable News Network*, *Inc.,* 284 F.3d 977, 980 (9th Cir. 2002). There are, however, several established exceptions that permit the Court to consider matters extrinsic to the pleading without converting the motion into a motion for summary judgment. These include (1) matters subject to judicial notice under Federal Rule of Evidence 201, (2) documents attached to the complaint, (3) documents incorporated by reference into the complaint, even if not quoted, and (4) documents that are integral to the claims and whose authenticity is not in dispute. *United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003). Here, the document listed above is the proper subject of judicial notice, or is otherwise appropriate for consideration in connection with a motion under Rule 12(b)(6) without converting it into a summary judgment motion, because it is a matter subject to judicial notice under Federal Rule of Evidence 201.

When considering a motion to dismiss for failure to state a claim under Rule 12(b)(6), the Court may look outside the pleadings to take judicial notice of matters in the public domain. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."). Matters in the public domain that are judicially noticeable include filings with the California Secretary of State. *See Theta Chi Fraternity, Inc. v. Leland Stanford Junior Univ.*, 212 F. Supp. 3d 816, 822-23 (N.D. Cal. 2016); *eBay Inc. v. Digital Point Solutions, Inc.*, 608 F. Supp. 2d 1156, 1164 n.6 (N.D. Cal. 2009).

Exhibit 1 to the Declaration of Michael Shipley is a filing with the California Secretary of State, it is a matter in the public domain, and therefore it is properly the subject of judicial notice.

| | |
|---|---|
| 1  Dated: July 27, 2018 | Kirkland & Ellis LLP |

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
Edward Hillenbrand (SBN 310872)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500
E-Mail:       michael.shipley@kirkland.com
              edward.hillenbrand@kirkland.com

*Attorneys for Blue Bottle Coffee, Inc.*