1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**[PROPOSED] ORDER GRANTING BLUE BOTTLE COFFEE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge:       Honorable Haywood S. Gilliam<br>Courtroom:   2, 4th Floor<br>Date:        September 27, 2018<br>Time:        2:00 p.m. |

**DEFENDANT BLUE BOTTLE COFFEE, INC.'S [PROPOSED] ORDER**
**CASE NO. 4:18-cv-02539-HSG**

Defendant Blue Bottle Coffee, Inc.'s ("Blue Bottle") Motion to Dismiss Plaintiffs' First Amended Complaint was filed with the Court on July 27, 2018. The Court, having considered the papers submitted and the oral arguments presented by counsel on September 27, 2018, and with good cause appearing,

**HEREBY ORDERS THAT** Blue Bottle's Motion to Dismiss Plaintiffs' First Amended Complaint is **GRANTED**.  All claims for relief against Blue Bottle are hereby **DISMISSED** with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
The Honorable Haywood S. Gilliam