Michael Shipley (SBN 233674)
Edward Hillenbrand (SBN 310872)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:       michael.shipley@kirkland.com
               edward.hillenbrand@kirkland.com

*Attorneys for Blue Bottle Coffee, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, AND ADNAN G. AWNALLAH,<br><br>         Plaintiff,<br>    v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNDATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, AND IBRAHIM AHMAD IBRAHIM,<br><br>         Defendants. | Case No. 4:18-cv-02539-HSG<br><br>**DEFENDANT BLUE BOTTLE COFFEE, INC.'S CERTIFICATE OF SERVICE**<br><br>Judge:          Honorable Haywood S. Gilliam<br>Courtroom:  2, 4th Floor<br>Date:           September 27, 2018<br>Time:          2:00 p.m. |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the documents listed below with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record listed below:

1. **NOTICE OF BLUE BOTTLE COFFEE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **DECLARATION OF MICHAEL SHIPLEY IN SUPPORT OF BLUE BOTTLE COFFEE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

3. **BLUE BOTTLE COFFEE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

4. **[PROPOSED] ORDER GRANTING BLUE BOTTLE COFFEE, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

5. **CERTIFICATE OF SERVICE**

| | |
|---|---|
| **Yasin Mohammad Almadani**<br>Almadani Law<br>14742 Beach Boulevard, Suite 410<br>La Mirada, CA 90638<br>Telephone:   (213) 335-3935<br>Email:           yma@lawalm.com<br><br>*Attorneys for Plaintiffs* | **Terrence Matthew Jones**<br>The Law Office of Terrence Jones<br>6737 Bright Avenue, Suite B6<br>Whittier, CA 90601<br>Telephone:   (213) 863-4390<br>Email:           terrence@jonesonlaw.com<br><br>*Attorneys for Plaintiffs* |

///

///

| | |
|---|---|
| **Mark R. Conrad**<br>Conrad & Metlitzky LLP<br>Four Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone:   (415) 343-7102<br>Email:   mconrad@conradmetlitzky.com<br><br>*Attorneys for Port of Mokha, Inc., Port of Mokha LLC, Mokha Foundation, Mokhtar F. Alkhanshali, and Ibrahim Ahmad Ibrahim,* | **Frank H. Busch**<br>Kerr & Wagstaffe LLP<br>101 Mission Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone:   (415) 371-8500<br>Email:   busch@kerrwagstaffe.com<br><br>*Attorneys for Metra Computer Group Fzco and T&H Computers, Inc.* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2018 at Los Angeles, California.

KIRKLAND & ELLIS LLP

*/s/ Michael Shipley*
Michael Shipley (SBN 233674)
Edward Hillenbrand (SBN 310872)
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
E-Mail:   michael.shipley@kirkland.com
          edward.hillenbrand@kirkland.com

*Attorneys for Blue Bottle Coffee, Inc.*