Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: YMA@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., et al., <br><br> Defendants. | Case No. 4:18-CV-2539-HSG <br><br> **DECLARATION OF TERRENCE JONES** <br><br> **In Support of Plaintiffs' Opposition to Defendant Metra Computer Group FZCO's and Defendant T&H Computers, Inc.'s Motion to Dismiss First Amended Complaint** <br><br> Courtroom: Two (Fourth Floor) <br> Date: September 27, 2018 <br> Time: 2:00 p.m. <br><br> Hon. Haywood S. Gilliam, Jr. <br> United States District Judge |

# DECLARATION OF TERRENCE JONES

I, Terrence Jones, do declare and state the following:

1.  I am an attorney at law, duly licensed to practice before all state and federal courts in California. I am counsel of record in the above-captioned matter for Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, "Plaintiffs"), and therefore, principally responsible for litigating this matter on their behalf along with my co-counsel, Yasin Almadani. I submit this declaration and the exhibits attached hereto in support of Plaintiffs' Opposition to Defendant Metra Computer Group FZCO's ("Metra") and Defendant T&H Computers, Inc.'s ("T&H") Motion to Dismiss First Amended Complaint.

2.  According to the Articles of Incorporation T&H filed with the State of California's Secretary of State, the company was incorporated in October 1996. Attached hereto as **Exhibit A** is a true and correct copy of T&H's Articles of Incorporation. The document is publicly accessible and downloadable from the Secretary of State's website at the following URL: https://businesssearch.sos.ca.gov/

3.  In its Articles of Incorporation, T&H identified its initial agent for service of process as Tarek Ismail Mohamed Ahmed and designated an initial service address in Fremont, California. (*See* Exhibit A at pg. 1.)

4.  Since at least 2016, upon the filing of its annual Statement of Information with the Secretary of State, T&H has identified Wael Fadl as its agent for service of process, and designated both a corporate and service address in San Carlos, California (situated within this judicial district) as follows: 751 Laurel Street, #955, San Carlos, California 94070. That same address was renewed, and Fadl was redesignated as the company's registered agent for service, again as of the filing of T&H's annual Statement of Information in April 2018. Attached hereto as **Exhibit B** is a true and correct copy of T&H's 2016 Statement of Information. Attached hereto as **Exhibit C** is a true and

///
///

1

*Declaration of Terrence Jones in Support of Plaintiffs' Opposition to*        Case No. 4:18-CV-2539-HSG
*Defendant Metra Computer Group FZCO's and T&H Computers, Inc's*
*Motion to Dismiss First Amended Complaint*

correct copy of T&H's 2018 Statement of Information.  The documents are publicly accessible and downloadable from the Secretary of State's website at the following URL: https://businesssearch.sos.ca.gov/

5. According to its Statements of Information filed with the Secretary of State, T&H is engaged in the computer sales business.  (*See* Exh. B at Box No. 16.)

6. According to its Statements of Information filed with the Secretary of State, T&H's two corporate directors are Mohammed Eissa and Tarek Eissa.  (*See* Exh. B at Box Nos. 10-11.)

7. On June 7, 2018, a process served named Edgar Mendez from Plaintiffs' retained service company, First Legal, personally delivered to T&H's registered agent for service of process copies of (1) the summons and complaint in this matter, and (2) an accompanying cover letter regarding the nature of the process.  Mr. Mendez served the manager at the location of the address that T&H registered with the Secretary of State.  (*See infra* at ¶ 4.)  Mr. Mendez then mailed a copy of the same documents to that address that same day.  Attached hereto as **Exhibit D** is a true and correct copy of Mr. Mendez's proof of service.

*   *   *

Under penalty of perjury, and in accordance with 28 U.S.C. § 1746, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Executed this 27th day of August 2018, at Los Angeles County, California.

   /s/  Terrence M. Jones
TERRENCE M. JONES
*Attorney for Plaintiffs*

2

*Declaration of Terrence Jones in Support of Plaintiffs' Opposition to Defendant Metra Computer Group FZCO's and T&H Computers, Inc's Motion to Dismiss First Amended Complaint*   Case No. 4:18-CV-2539-HSG

# Exhibit A

1991884

FILED
In the office of the Secretary of State
of the State of California

OCT 1 8 1996

BILL JONES, Secretary of State

ARTICLES OF INCORPORATION

OF

T&H COMPUTERS, INC.

I.

The name of this corporation is T&H COMPUTERS, INC.

II.

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III.

The name and address in the State of California of this corporation's initial agent for service of process is:

Tarek Ismail Mohamed Ahmed
4542 Crestwood Street
Fremont, CA  94538

IV.

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 100,000.

V.

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

VI.

The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) through bylaws provisions, agreements with agents, vote of shareholders or disinterested directors or otherwise, in excess of

239203.1

the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject only to the applicable limits set forth in Section 204 of the California Corporations Code with respect to actions for breach of duty to the corporation and its shareholders.

Dated:   October 16, 1996

_Tarek Ismail Mohamed Ahmed_
TAREK ISMAIL MOHAMED AHMED

239203.1

# Exhibit B

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE    CITY    STATE    ZIP CODE

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY    CITY    STATE    ZIP CODE

6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4    CITY    STATE    ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/    ADDRESS    CITY    STATE    ZIP CODE

8. SECRETARY    ADDRESS    CITY    STATE    ZIP CODE

9. CHIEF FINANCIAL OFFICER/    ADDRESS    CITY    STATE    ZIP CODE

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

10. NAME    ADDRESS    CITY    STATE    ZIP CODE

11. NAME    ADDRESS    CITY    STATE    ZIP CODE

12. NAME    ADDRESS    CITY    STATE    ZIP CODE

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY    STATE    ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

_____    _____    _____    _____
DATE             TYPE/PRINT NAME OF PERSON COMPLETING FORM    TITLE             SIGNATURE

SI-200 (REV 01/2013)                        Page 1 of 1                    APPROVED BY SECRETARY OF STATE

# Exhibit C

# State of California
## Secretary of State

S

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FV90889**

**FILED**

In the office of the Secretary of State
of the State of California

**APR-11 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
   T&H COMPUTERS, INC.

2. **CALIFORNIA CORPORATE NUMBER**    C1991884

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
   ☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 04/11/2018 | WAEL FADEL | GENERAL MANAGER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)                                                                                                        APPROVED BY SECRETARY OF STATE

# Exhibit D

| Attorney or Party without Attorney:<br>THE LAW OFFICE OF TERRANCE JONES<br>Terrence M. Jones (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br> *Telephone No:* 213-863-4490<br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

*Plaintiff:* MOCHA MILL, INC., et al.
*Defendant:* METRA COMPUTERS FZCO, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:18-cv-02539 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Letter Dated: June 5, 2018

3. a. Party served: METRA COMPUTER GROUP FZCO
   b. Person served: WAEL FADEL, AGENT FOR SERVICE OF PROCESS, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 751 Laurel St Suite 955, San Carlos, CA 94070

5. I served the party:
   a. **by substituted service.** On: Thu, Jun 07 2018 at: 01:15 PM by leaving the copies with or in the presence of:
   SHITAL PATEL, MANAGER

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)
   b. FIRST LEGAL
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



06/10/2018
(Date)       (Signature)



PROOF OF SERVICE

2356195
(3654016)

| Attorney or Party without Attorney:<br>THE LAW OFFICE OF TERRANCE JONES<br>Terrence M. Jones (256603)<br>6737 BRIGHT AVENUE SUITE B6<br>WHITTIER , CA 90601<br>  Telephone No: 213-863-4490<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: MOCHA MILL, INC., et al. |
|---|
| Defendant: METRA COMPUTERS FZCO, et al. |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:18-cv-02539 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint, Letter Dated: June 5, 2018

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 8, 2018
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: METRA COMPUTER GROUP FZCO
       751 Laurel St, Suite 955 San Carlos, CA 94070

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 8, 2018 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK                d. **The Fee** for Service was:
   b. FIRST LEGAL                   e. I am: Not a Registered California Process Server
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

06/10/2018                                  _(Signature)_
(Date)                                      (Signature)

Judicial Council Form                       PROOF OF SERVICE                        2356195
Rule 2.150.(a)&(b) Rev January 1, 2007          BY MAIL                             (3654016)

# CERTIFICATE OF SERVICE

I, Terrence Jones, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

Michael Shipley
KIRKLAND & ELLIS LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
T: (213) 680-8400
E: michael.shipley@kirkland.com

*Attorneys for Defendant
Blue Bottle Coffee, Inc.*

Mark R. Conrad
CONRAD & METLITZKY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
T: (415) 343-7102
E-Mail: mconrad@conradmetlitzky.com

*Attorneys for Defendants Port of Mokha, Inc., Port of Mokha LLC, Mokha Foundation, Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim*

Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
T: (415) 357-8902
E: busch@kerrwagstaffe.com

*Attorneys for Defendants
Metra Computer Group FZCO
and T&H Computers, Inc*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  August 27, 2018

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

 */s/ Terrence M. Jones*

*Attorneys for Plaintiffs*

#