Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
Telephone: (213) 335-3935
E-Mail: YMA@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, CA 90601
Telephone: (213) 863-4490
E-Mail: Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., et al.,<br><br>Defendants. | Case No. 4:18-CV-2539-HSG<br><br>**DECLARATION OF**<br>**YASIN M. ALMADANI**<br><br>**In Support of Plaintiffs' Opposition to Defendant Blue Bottle Coffee Inc.'s Motion to Dismiss First Amended Complaint**<br><br>Courtroom: Two (Fourth Floor)<br>Date:  September 27, 2018<br>Time:  2:00 p.m.<br><br>Hon. Haywood S. Gilliam, Jr.<br>United States District Judge |

**DECLARATION OF YASIN M. ALMADANI**

I, Yasin M. Almadani, do declare and state the following:

1. I am an attorney at law, duly licensed to practice before all state and federal courts in California. I am counsel of record in the above-captioned matter for Plaintiffs Mocha Mill, Inc., Monk of Mocha Specialty Coffee Production and Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, "Plaintiffs"), and therefore, principally responsible for litigating this matter on their behalf along with my co-counsel, Yasin Almadani. I submit this declaration and the exhibits attached hereto in support of Plaintiffs' Opposition to Defendant Blue Bottle Inc.'s Motion to Dismiss First Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Plaintiffs to Defendants dated July 6, 2018, for judicial notice by the Court. *See United States v. Ritchie*, 342 F.3d 903, 907-09 (9th Cir. 2003).

Dated: August 27, 2018

*/s/ Yasin M. Almadani*
YASIN M. ALMADANI
*Attorney for Plaintiffs*

---

1

*Declaration of Terrence Jones in Support of Plaintiffs' Opposition to*     Case No. 4:18-CV-2539-HSG
*Defendant Metra Computer Group FZCO's and T&H Computers, Inc's*
*Motion to Dismiss First Amended Complaint*

# CERTIFICATE OF SERVICE

I, Yasin M. Almadani, hereby certify that I have electronically filed the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to Defendants' counsel of record as listed below:

| | |
|---|---|
| Michael Shipley<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street, Suite 2900<br>Los Angeles, CA 90071<br>T: (213) 680-8400<br>E: michael.shipley@kirkland.com<br><br>*Attorneys for Defendant*<br>*Blue Bottle Coffee, Inc.* | Mark R. Conrad<br>CONRAD & METLITZKY LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>T: (415) 343-7102<br>E-Mail: mconrad@conradmetlitzky.com<br><br>*Attorneys for Defendants Port of Mokha, Inc.,*<br>*Port of Mokha LLC, Mokha Foundation, Mokhtar*<br>*Alkhanshali, and Ibrahim Ahmad Ibrahim* |

Frank Busch
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
T: (415) 357-8902
E: busch@kerrwagstaffe.com

*Attorneys for Defendants*
*Metra Computer Group FZCO*
*and T&H Computers, Inc*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 27, 2018

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

  /s/ Yasin M. Almadani

*Attorneys for Plaintiffs*

# Exhibit 1



Yasin M. Almadani

14742 Beach Blvd., Suite 410
La Mirada, CA 90638
Tel: (213) 335-3935
yma@LawAlm.com

July 6, 2018

Mark Conrad (Conrad & Metlitzky)
mconrad@conradmetlitzky.com
Michael J. Shipley (Kirkland & Ellis)
michael.shipley@kirkland.com
Frank Busch (Kerr & Wagstaffe)
busch@kerrwagstaffe.com

*Via*: E-mail

**RE: Typographical Errors in the First Amended Complaint**

Dear Counsel:

      We hope this letter reaches you well.  In reviewing the first amended complaint, we noticed some minor typographical errors that we wanted to bring to your attention in case they bear upon your respective answers.

      Paragraphs 160-163 identify a number of emails sent in the month of "May."  While we believe those paragraphs are accurate, the month was mistyped.  The month reflected in those paragraphs should be **March**, *not May*.  So, the paragraphs should read:

> 160.    Plaintiffs are informed and believe that, in furtherance of the scheme, on **March** 5, 2016, Habegger met Mokhtar at Mokhtar's residence to discuss the Port of Mokha scheme and fraudulent acquisition of Mocha Mill's coffee so that it could be sold under the Port of Mokha brand.  At the time, Habegger was well aware that Mokhtar was Mocha Mill's CEO with a fiduciary duty to his company.

> 161.    Plaintiffs are informed and believe that, in furtherance of the scheme, on **March** 7, 2016, Mokhtar emailed Habegger concerning "pricing and long term projects" with Port of Mokha.  Mokhtar promised to be "flexible with the pricing of the single farmer lots."  Mokhtar also discussed Blue Bottle's opportunity to invest in future harvesting efforts, couching it as "our long term strategy" to develop the Yemeni Hayma coffee region and "the story we can both tell together about these farmers."  Both Habegger and Freeman knew that Mokhtar was CEO of Mocha Mill at the time and that the coffee belonged to Mocha Mill, not



July 6, 2018
Page 2

> Port of Mokha. Both knew that their plans hinged on the fraud. Port of Mokha and Blue Bottle purposely left Plaintiffs in the dark to ensure success of the RICO conspiracy.
>
> 162. Plaintiffs are informed and believe that, by this time, Blue Bottle was fully invested in Mokhtar's fraud scheme and Blue Bottle's plans depended on Mokhtar being able to successfully defraud Mocha Mill out of its coffee. In furtherance of the scheme, on **March** 13, 2016, Habegger emailed Mokhtar stating "how this first round will set the foundation for an annual project [between Blue Bottle and Port of Mokha] . . ." Habegger went on to write, "The next shipment that lands, which we know is going to have coffees just as beautiful (or better), will be timed with all your media work and be a slam!" Habegger stated, "I spoke with James [Freeman] last week as I mentioned, and we are both 100% on board for pre-financing next harvest." At the time, Habegger was well aware that Mokhtar was Mocha Mill's CEO owing a fiduciary duty to Mocha Mill. Port of Mokha and Blue Bottle purposely left Plaintiffs in the dark to ensure success of the RICO conspiracy.
>
> 163. Plaintiffs are informed and believe that, in furtherance of the scheme, on **March** 26, 2016, Clare McPharland of Blue Bottle and Ahmad of the RICO Enterprise exchanged emails, copying Mokhtar and Ezell, to discuss Port of Mokha's marketing and "logistics" with Blue Bottle. At the time, Blue Bottle was aware that Mokhtar was Mocha Mill's CEO, Ezell was a Mocha Mill Director, and that the coffee still belonged to Mocha Mill. Port of Mokha and Blue Bottle purposely left Plaintiffs in the dark to ensure success of the RICO conspiracy.

We imagine Blue Bottle and Port of Mokha already have the above-mentioned emails, but we are including them with this letter in an abundance of caution to be sure there is no confusion.

We trust that this letter will help you answer the complaint in the most accurate manner possible, and hope that we can all work toward conserving resources by avoiding unnecessary arguments.



July 6, 2018
Page 3

      Please feel free to call or write should you have any questions.

      Kind regards,

      Yasin M. Almadani

      Terrence M. Jones
      Attorneys for Plaintiffs

Enclosures



Stephen Ezell <stephen@mochamill.com>

# Fwd: 2:20 :)

**Ahmad Ibrahim** <ahmadiaibrahim@gmail.com>      Sat, Mar 19, 2016 at 8:37 AM
To: MochaMill <mokhtar@mochamill.com>
Cc: Stephen Ezell <stephen@mochamill.com>

Hey Charlie,

Thanks for your note. Hope your travels are going well.

Which lots exactly were you referencing when you said 'all 3 lots' and did you mean $100 per kilo across the board? As per the prices we shared previously, there are 4 single farmer lots *totaling* 330 kilos at $200 per kilo and the micro-lot of 2970 kilos at $150 per kilo. When we met, we had discussed bringing down the prices for the single farmer lots. But I think your email suggests reducing the price for the micro-lot itself. In talking to the team, we can probably also be flexible with the micro-lot. Instead of back-and-forth negotiations, we can just meet you halfway and call it $125 per kilo.

I don't believe we've discussed this much (except perhaps twice and not in much detail): we have an additional 1000 kilos of the micro-lot that we are air-lifting out of Yemen in early April. So that's definitely something we can include in this conversation if you guys are interested.

We are totally open to the idea of a longer-term agreement to lock in the Hayma lots for Blue Bottle. It'll also provide a lot more predictability as we plan our marketing and communication activities. We probably need to have a conversation around quantities as they fluctuate and inevitably grow (we have begun working with nearby farmers in the same villages with the same varietals and micro-climates).

We are also excited about the idea of Blue Bottle becoming a part of the pre-financing story. Happy to talk specifics later once we're all stateside, but a good starting point for the conversation can be 50% pre-financing 3 months ahead of harvest. We had to begin giving money to the cooperatives fairly early this year to disincentivize farmers from rushing the early part of harvest and selling locally to generate cashflow to make ends meet.

Best,
Ibrahim

On Mon, Mar 14, 2016 at 5:38 AM, MochaMill <mokhtar@mochamill.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:

**From:** Charlie Habegger <charlie@bluebottlecoffee.com>
**Date:** March 13, 2016 at 8:51:33 PM PDT
**To:** MochaMill <mokhtar@mochamill.com>
**Subject: Re: 2:20 :)**

Hey Mokhtar,

Sorry this took a few days. I'm now in Guatemala city and pretty well hooked up so will have internet access most nights I'm here, so we can continue to discuss. I forget your travel dates, but if you're in Yemen now, I wish you safe travels and hopefully no pins need to be pulled from grenades to make any points :)

Pricing: Consider agreeing to $100/kg for this delivery, as a way of keeping the future open to go higher as we build a base now. At this level we could easily take all of the Hayma (3 lots) and sell out as a way to open the door to a higher point in the future. I'm very open here, but mostly thinking about how this first round will set the foundation for an annual project that will count on customer participation--so that you understand Blue Bottle's perspective. The next shipment that lands, which we know is going to have coffees just as beautiful (or better), will be timed with all your media work and be a slam!

Pre-financing: I spoke with James last week as I mentioned, and we are both 100% on board for pre-financing next harvest. It's a great idea, and I'm glad you asked. I know we'll be in touch, but when you have a timeline and quantity for the financing, I'm all ears, and James has my back. So, let's do it.

Can't wait for the arrivals...

-C


On Mon, Mar 7, 2016 at 9:11 PM, MochaMill <mokhtar@mochamill.com> wrote:
> Hey Charlie,
>
> Thanks for coming over it was great having you.
>
> As far as pricing and long term projects, I talked to the team and we had a great conversation. I think we can be flexible with the pricing of the single farmer lots in exchange for Blue Bottle to be a part of the pre-harvest financing efforts. Getting resources into Yemen will help us in our long term strategy of building the right infrastructure to develop the Hayma region and improve quality and living conditions. It's a part of the Port of Mokha story that we felt resonated with you and it's consistent and aligned with the story we can both tell together about these farmers.
>
> Story-wise, I think we're off to a great start and I'm really looking forward to spending more time with Vera.

Have a safe trip and let's connect when you're back.

Best,
Mokhtar

Sent from my iPhone

On Mar 5, 2016, at 1:38 PM, Charlie Habegger <charlie@bluebottlecoffee.com> wrote:

> A few minutes behind here in Oakland, be there about 2:20!
>
> If you know of parking nearby, that would be helpful!
>
> See you shortly,
> C
>
>
> --
> **Charlie**
> Blue Bottle Coffee

--
**Charlie**
Blue Bottle Coffee



Stephen Ezell <stephen@mochamill.com>

# Meeting with Blue Bottle Comms team

**Ahmad Ibrahim** <ahmadiaibrahim@gmail.com>   Sat, Mar 26, 2016 at 2:21 AM
To: Clare McParland <clare@bluebottlecoffee.com>
Cc: Mokhtar Alkhanshali <mokhtar@mochamill.com>, Stephen Ezell <stephen@mochamill.com>, Charlie Habegger <charlie@bluebottlecoffee.com>, Sarah Grieb <sarahg@bluebottlecoffee.com>, Vera Kachouh <vera@bluebottlecoffee.com>, Stephen@portofmokha.com, Mokhtar@portofmokha.com, Ibrahim@portofmokha.com

Hi Clare,

Thanks for your email. Adding the team's work emails.

Mokhtar is traveling this Sunday for almost two weeks. Can we schedule something the week of April 11th? He should be back before then, but just to be safe I think that's the best time to target.

Thanks!

On Saturday, March 26, 2016, Clare McParland <clare@bluebottlecoffee.com> wrote:
> Hello Mokhtar (and team)!
> Vera and Sarah, our writers, would love to meet with you next week to talk more about your story, and to get some more information on logistics. Could you join them on Friday? They're free from 9-11:30.
>
> Thanks,
> Clare
>
>
> Clare McParland
> Executive Assistant to James Freeman, CEO
> Blue Bottle Coffee

--
Best,
Ibrahim