UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOCHA MILL, INC., et al., <br><br> Plaintiff(s) <br><br> v. <br><br> PORT OF MOKHA, INC., et al., <br><br> Defendant(s) | Case No. C CV-18-25396-HSG <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).

(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 19, 2018    Signed: */s/ Ibrahim Alaeli (by authorization)*
*/s/ Yasir Khanshali (by authorization)*
*/s/ Adnan Awnallah (by authorization)*
Party

Date: September 20, 2018    Signed: /s/ Yasin M. Almadani
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process
☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference
**The parties met and conferred on September 17, 2018, and are in discussions.**

Date: September 20, 2018    Signed: /s/ Yasin M. Almadani
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 5-1-2018*