MARK R. CONRAD (CA Bar No. 255667)
**CONRAD & METLITZKY LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mconrad@conradmetlitzky.com

Attorneys for Defendants Port of Mokha, Inc.,
Port of Mokha, LLC, Mokha Foundation,
Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., *et al.*,<br><br>    Defendants. | CASE NO. 4:18-CV-02539-HSG<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, FED. R. CIV. P. 7.1 & N.D. CAL. CIV. L.R. 3-15** |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Port of Mokha, Inc.,
2  and Port of Mokha, LLC, declare that neither entity has a parent corporation and no publicly traded
3  corporation currently owns 10% or more of either entity's stock.
4    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named
5  parties, there is no such interest to report.

7  DATED: September 20, 2018             Respectfully submitted,

8                                        CONRAD & METLITZKY LLP

11                                       /s/ Mark R. Conrad
                                         MARK R. CONRAD

13                                       Attorneys for Defendants Port of Mokha, Inc.,
                                         Port of Mokha, LLC, Mokha Foundation,
14                                       Mokhtar Alkhanshali, and Ibrahim Ahmad Ibrahim

- 1 -

Case No. 4:18-CV-02539-HSG                                CERTIFICATION OF INTERESTED ENTITIES