UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOCHA MILL, INC., et al.          ,<br><br>          Plaintiff(s)<br><br>v.<br><br>PORT OF MOKHA, INC., et al.          ,<br><br>          Defendant(s) | Case No. C 4:18-cv-02539-HSG<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Yasin Almadani & Terrence Jones<br>Plaintiffs | (213) 335-3935, (213) 863-4490<br>yma@lawalm.com, terrence@jonesonlaw.com |
| Mark Conrad<br>Port of Mokha Defendants | (415) 343-7100<br>mconrad@conradmetlitzky.com |
| Michael Shipley<br>Defendant Blue Bottle, Inc. | (213) 680-8400<br>michael.shipley@kirkland.com |
| Frank Busch<br>Defendants Metra and T&H | (415) 371-8500<br>busch@kerrwagstaffe.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: September 21, 2018          Signed: /s/ Yasin Almadani
                                          Attorney for Plaintiff

Date: September 21, 2018          Signed: /s/ Mark R. Conrad
                                          Attorney for Defendant

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*