Yasin M. Almadani (Cal. Bar No. 242798)
ALMADANI LAW
14742 Beach Blvd., Suite 410
La Mirada, California 90638
(213) 335-3935 | YMA@LawAlm.com

Terrence M. Jones (Cal. Bar No. 256603)
THE LAW OFFICE OF TERRENCE JONES
6737 Bright Ave., Suite B6
Whittier, California 90601
(213) 863-4490 | Terrence@JonesOnLaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., *et al.*, <br><br> Defendants. | Case No. 4:18-CV-2539-HSG <br><br> **NOTICE** <br><br> Hon. Haywood S. Gilliam, Jr. <br> United States District Judge |

Plaintiffs Mocha Mill, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah (collectively, "Plaintiffs"), by and through their counsel of record, Yasin M. Almadani and Terrence M. Jones, hereby notify the Court that Plaintiffs do not intend to

/ / /

/ / /

/ / /

file an amended complaint. Plaintiffs request that the Court dismiss the case without prejudice per its March 5, 2019 Order (Dkt. 68) and issue final judgment.

Dated: April 2, 2019                              Respectfully submitted,

                                                  */s/ Yasin M. Almadani*
                                                  YASIN M. ALMADANI
                                                  ALMADANI LAW

                                                  TERRENCE M. JONES
                                                  THE LAW OFFICE OF TERRENCE JONES

                                                  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Yasin M. Almadani, hereby certify that I caused service of the foregoing document on all counsel of record by electronically filing the above-captioned document with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 2, 2019         /s/ Yasin M. Almadani

Yasin M. Almadani
ALMADANI LAW

Terrence M. Jones
THE LAW OFFICE OF TERRENCE JONES

*Attorneys for Plaintiffs*