1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF MOKHA, INC., *et al.*, <br><br> Defendants. | Case No. 4:18-CV-2539-HSG <br><br> **[PROPOSED] ORDER** <br><br> Hon. Haywood S. Gilliam, Jr. <br> United States District Judge |

UPON the Court's March 5, 2019 Order (Dkt. 68), and Plaintiffs' notice that they do not intend to file an amended complaint and request for this Court to dismiss the case without prejudice and issue final judgment, the Court

HEREBY dismisses the case without prejudice and issues final judgment.

SO ORDERED.

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge