# Exhibit A

# [Plaintiffs' Proposed Judgment]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MOCHA MILL, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PORT OF MOKHA, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 4:18-CV-2539-HSG<br><br>**[PLAINTIFFS' PROPOSED] JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr.<br>United States District Judge |

　　This action came for hearing before this Court on October 11, 2018, on Defendants' Motions to Dismiss. The arguments of the parties having been fully considered, the issues having been duly heard and a decision having been duly rendered in the Court's Order dated March 5, 2019,

　　**IT IS ORDERED AND ADJUDGED** that Plaintiffs' federal RICO claims are **DISMISSED WITH PREJUDICE** and all remaining claims are **DISMISSED WITHOUT PREJUDICE**.

　　The Court's Judgment and Order do not bar any Plaintiff in this action from bringing any state law claim against any Defendant.

　　Each party to bear its own costs and attorney fees.

Dated: _____

　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge