# Exhibit B

# [Defendants' Proposed Judgment]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MOCHA MILL, INC., MONK OF MOCHA SPECIALTY COFFEE PRODUCTION AND EXPORT, INC., IBRAHIM A. ALAELI, YASIR H. KHANSHALI, and ADNAN G. AWNALLAH,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF MOKHA, INC., PORT OF MOKHA LLC, MOKHA FOUNATION, BLUE BOTTLE COFFEE, INC., METRA COMPUTER GROUP FZCO, T&H COMPUTERS, INC., MOKHTAR F. ALKHANSHALI, and IBRAHIM AHMAD IBRAHIM,<br><br>Defendants. | Case No. 4:18-CV-02539-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2<br><br><br><br>**[PROPOSED] JUDGMENT** |

This action came on for hearing before the Court, on October 11, 2018, Hon. Haywood S. Gilliam, Jr., District Judge Presiding, on Defendants' Motions to Dismiss. The arguments of the parties having been fully considered, the issues having been duly heard and a decision having been duly rendered in the Court's Order dated March 5, 2019,

**IT IS ORDERED AND ADJUDGED** that the federal claims brought by plaintiff Mocha Mill, Inc., alleging violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c), (d), and all claims brought by plaintiffs Monk of Mocha Specialty Coffee Production and

Export, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah are **DISMISSED WITH PREJUDICE**; per 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over plaintiff Mocha Mill, Inc.'s state-law claims, which therefore are **DISMISSED WITHOUT PREJUDICE** to refiling in state court; defendants Port of Mokha, Inc., Port of Mokha LLC, Mokha Founation, Blue Bottle Coffee, Inc., Metra Computer Group FZCO, T&H Computers, Inc., Mokhtar F. Alkhanshali, and Ibrahim Ahmad Ibrahim shall be entitled to recover their costs.

DATED This _____ Day of April, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge