UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOCHA MILL, INC., et al.,

        Plaintiffs,

    v.

PORT OF MOKHA, INC., et al.,

        Defendants.

Case No. 18-cv-02539-HSG

**FINAL JUDGMENT**

This action came before the Court on October 11, 2018 for a hearing on Defendants' motions to dismiss. *See* Dkt. No. 63. The arguments of the parties having been fully considered, the issues having been duly heard, a decision having been rendered in the Court's Order dated March 5, 2019, *see* Dkt. No. 68, and in consideration of Plaintiffs' April 2, 2019 notice to the Court that they "do not intend to file an amended complaint," *see* Dkt. No. 69, the Court enters final judgment as follows:

1. The Federal claims brought by all Plaintiffs are DISMISSED WITH PREJUDICE.

2. The state law claims brought by Plaintiff Monk of Mocha Specialty Coffee Production and Export, Inc. are DISMISSED WITH PREJUDICE.

3. The state law claims brought by Plaintiffs Mocha Mill, Inc., Ibrahim A. Alaeli, Yasir H. Khanshali, and Adnan G. Awnallah are DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED.**

Dated: 4/9/2019

_Haywood S. Gilliam, Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge